B1 (Official Form 1)(4/10)

| United States Bankruptcy Court Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**LRJC, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Land Rover Jaguar Cerritos; DBA Jaguar Land Rover Cerritos; DBA Jaguar Cerritos; DBA Land Rover Cerritos** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-3014380** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5425 E. La Palma Avenue<br>Anaheim, CA**<br>ZIP Code **92807** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**10861 183rd Street<br>Cerritos, CA**<br>ZIP Code **90703** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**10861 183rd Street<br>Cerritos, CA 90703** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ■<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ■<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**B1 (Official Form 1)(4/10)** Page 2

| **Voluntary Petition** | Name of Debtor(s):<br>**LRJC, Inc.** | |
|---|---|---|
| *(This page must be completed and filed in every case)* | | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     (Date)</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(4/10)** Page 3

| **Voluntary Petition** | Name of Debtor(s):<br>**LRJC, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Martin J. Brill**
Signature of Attorney for Debtor(s)

**Martin J. Brill 53220**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name

**10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067**

Address

**(310) 229-1234**
Telephone Number

**September 9, 2011      53220**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ernest W. Townsend IV**
Signature of Authorized Individual

**Ernest W. Townsend IV**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 9, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re **LRJC, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Land Rover North America - Parts**<br>**PO BOX 674266**<br>**Detroit, MI 48267** | **Dealer 356**<br>**LRNA - Parts**<br>**PO BOX 674266**<br>**Detroit, MI 48267**<br>**201-818-8094** | | | **90,036.59** |
| **Unipart North America(Jaguar Parts)**<br>**PO BOX 651570**<br>**Charlotte, NC 28265** | **Dealer 5464**<br>**Unipart North America-Jaguar Parts**<br>**PO BOX 651570**<br>**Charlotte, NC 28265**<br>**888-524-3577** | | | **89,299.43** |
| **Sentry Insurance Company**<br>**Box 88315**<br>**Milwaukee, WI 53288** | **Sentry Insurance Company**<br>**Box 88315**<br>**Milwaukee, WI 53288**<br>**800-447-0633** | | | **26,838.50** |
| **Enterprise Rent a Car (Cerr)**<br>**10901 AUTO SQUARE DRIVE**<br>**Cerritos, CA 90703** | **Enterprise Rent a Car (Cerr)**<br>**10901 AUTO SQUARE DRIVE**<br>**Cerritos, CA 90703**<br>**(562) 860-3500** | | | **26,450.44** |
| **City of Cerritos**<br>**18125 Bloomfield Ave.**<br>**Cerritos, CA 90703** | **Mary Ann Camacho**<br>**City of Cerritos**<br>**18125 Bloomfield Ave.**<br>**Cerritos, CA 90703**<br>**(562) 860-0311** | | | **22,166.67** |
| **Cerritos Center for the Performing Arts**<br>**12700 Center Court Drive**<br>**Cerritos, CA 92833** | **Patron No. 10095361**<br>**Cerritos Center for the Performing Arts**<br>**12700 Center Court Drive**<br>**Cerritos, CA 92833**<br>**562-916-8510** | | | **14,700.00** |
| **Cerritos Auto Square**<br>**3349 CAHUENGA BOULVARD WEST**<br>**Los Angeles, CA 90068** | **Cerritos Auto Square**<br>**3349 CAHUENGA BOULVARD WEST**<br>**Los Angeles, CA 90068**<br>**(323) 851-5075** | | | **12,313.24** |

B4 (Official Form 4) (12/07) - Cont.
In re   **LRJC, Inc.**

Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Southern California Edison**<br>**PO Box 300**<br>**Rosemead, CA 91772** | 2-28-733-5020<br>Southern California Edison<br>PO Box 300<br>Rosemead, CA 91772<br>800-747-8908 | | | 7,069.12 |
| **Autotrader.com LLC**<br>**PO Box 932207**<br>**Atlanta, GA 31193** | 100005498<br>Autotrader.com LLC<br>PO Box 932207<br>Atlanta, GA 31193<br>800-353-9350 | | | 6,450.00 |
| **Christopher Stark**<br>**29 Alegria**<br>**Irvine, CA 92620** | Christopher Stark<br>29 Alegria<br>Irvine, CA 92620 | To be paid pursuant to emergency motion to pay pre-petition wages | | 5,376.17 |
| **Robert Giannini**<br>**3902 Berenice Pl.**<br>**Los Angeles, CA 90031** | Robert Giannini<br>3902 Berenice Pl.<br>Los Angeles, CA 90031 | To be paid pursuant to emergency motion to pay pre-petition wages | | 4,454.55 |
| **Aramark Uniform Services**<br>**PO Box 101004**<br>**Pasadena, CA 91189** | 11768005<br>Aramark Uniform Services<br>PO Box 101004<br>Pasadena, CA 91189<br>800-504-0328 | | | 4,314.80 |
| **Eric Moreno**<br>**15765 Lashburn St.**<br>**Whittier, CA 90603** | Eric Moreno<br>15765 Lashburn St.<br>Whittier, CA 90603 | To be paid pursuant to emergency motion to pay pre-petition wages | | 4,297.35 |
| **On-Line Administrators Inc.**<br>**PO Box 4539**<br>**Chatsworth, CA 91311** | On-Line Administrators Inc.<br>PO Box 4539<br>Chatsworth, CA 91311<br>818-773-8000 | | | 4,119.73 |
| **Kenneth Benson**<br>**1118 S. Miramar Avenue**<br>**Anaheim Hills, CA 92808** | Kenneth Benson<br>1118 S. Miramar Avenue<br>Anaheim Hills, CA 92808 | To be paid pursuant to emergency motion to pay pre-petition wages | | 4,000.00 |
| **BP Lubricants USA Inc.**<br>**PO Box 409383**<br>**Atlanta, GA 30384** | 150751<br>BP Lubricants USA Inc.<br>PO Box 409383<br>Atlanta, GA 30384<br>630-821-9260 | | | 3,911.00 |

B4 (Official Form 4) (12/07) - Cont.
In re   **LRJC, Inc.**                                                  Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Fernando Glickman**<br>**2934 Candelwood St.**<br>**Lakewood, CA 90812** | **Fernando Glickman**<br>**2934 Candelwood St.**<br>**Lakewood, CA 90812** | To be paid pursuant to emergency motion to pay pre-petition wages | | **3,800.00** |
| **Trinity Financial Services**<br>**P.O. BOX 7167**<br>**Pasadena, CA 91109** | **Trinity Financial Services**<br>**P.O. BOX 7167**<br>**Pasadena, CA 91109** | | | **3,700.40** |
| **Justin Ellis**<br>**5601 E. Orangethorpe, U107**<br>**Anaheim Hills, CA 92807** | **Justin Ellis**<br>**5601 E. Orangethorpe, U107**<br>**Anaheim Hills, CA 92807** | To be paid pursuant to emergency motion to pay pre-petition wages | | **3,551.33** |
| **Vartan Asatryan**<br>**17155 Barneston St.**<br>**Granada Hills, CA 91344** | **Vartan Asatryan**<br>**17155 Barneston St.**<br>**Granada Hills, CA 91344** | To be paid pursuant to emergency motion to pay pre-petition wages | | **3,181.82** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 9, 2011**          Signature **/s/ Ernest W. Townsend IV**
                                             **Ernest W. Townsend IV**
                                             **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **Name: Townsend Corporation (affiliate)**
    **Case Number: 8:11-bk-22690-RK**
    **Filed: Concurrently on 9/9/11**
    **Nature: Chapter 11**
    **Judge: The Hon. Robert N. Kwan**
    **Court: C.D. Cal. - Santa Ana Division**
    **Disposition: Filed concurrently on 9/9/11**
    **Property Listed in Schedule A: None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Dated      **September  9, 2011**

**/s/ Ernest W. Townsend IV**
**Ernest W. Townsend IV**
*Debtor*

_____

*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 **F 1015-2.1**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name       **Martin J. Brill 53220**

Address    **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone  **(310) 229-1234**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years:<br>**LRJC, Inc.**<br>**DBA Land Rover Jaguar Cerritos; DBA Jaguar Land Rover Cerritos; DBA Jaguar Cerritos; DBA Land Rover Cerritos** | Case No.: |
|---|---|
| | Chapter:      **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __**16**__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **September 9, 2011**        **/s/ Ernest W. Townsend IV**

                                     **Ernest W. Townsend IV/President**
                                     Signer/Title

Date:   **September 9, 2011**        **/s/ Martin J. Brill**

                                     Signature of Attorney
                                     **Martin J. Brill 53220**
                                     **Levene, Neale, Bender, Yoo & Brill LLP**
                                     **10250 Constellation Blvd.**
                                     **Suite 1700**
                                     **Los Angeles, CA 90067**
                                     **(310) 229-1234**

LRJC, Inc.
10861 183rd Street
Cerritos, CA 90703

Martin J. Brill
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Abraham Montano
12152 Kenney St.
Norwalk, CA 90650

Access Purchasing Network
21418 Osborne St.
Canoga Park, CA 91304

ADP Commercial Leasing
15 WATERVIEW BOULEVARD-MS #934
PARSIPPANY, NJ 07054

ADP Dealer Services
PO BOX 88921
Chicago, IL 60695

ADP, Inc.
504 Clinton Center Drive
Suite 4400
Clinton, MS 39056

Advanced Impressions
16478 Beach Blvd. #235
Westminster, Ca 92683

All Star Tire Company
2721-35 E. Artesia Blvd.
Long Beach, CA 90805

America Shredding
9400 Hall Road
Downey, CA 90241

Anaheim Wheel & Tire
3421 E. La Palma Ave.
Anaheim, CA 92806

Anthony Rector
13337 South Street # 569
Cerritos, CA 90703

Aramark Uniform Services
PO Box 101004
Pasadena, CA 91189

Aspen Marketing Services Inc.
39878 Treasury Center
Chicago, IL 60694

AT&T
PO BOX 5019
Carol Stream, IL 60197

AT&T
Payment Center
Sacramento, CA 95887

Audio Fonix
28142 Camino Capistrano
Laguna Hills, CA 92677

Audio Messaging Solutions
P.O. Box 890271
Charlotte, NC 28289

Auto Appearance Specialists
2910 S. Archibald Ave. #A339
Ontario, CA 91761

Auto Registration Experts
17870 Skypark Circle, Suite 280
Irvine, CA 92614

Auto Shop Equipment Co. Inc
6675 Doolittle Avenue
Riverside, CA 92503

Autotrader.com LLC
PO Box 932207
Atlanta, GA 31193

Bank of the West
Trinity Division
475 Sansome Street, 19th Floor
San Francisco, CA 94111

Basics Etc.
PO BOX 1149
Temecula, CA 92593

Bellflower Auto Trim
9724 Alondra Blvd.
Bellflower, CA 90706

Benmatt Industries
PO Box 820959
Philadelphia, PA 19182

BMW Financial Services
Flooring Interest
5550 Britton Parkway
Hilliard, OH 43026

BMW Financial Services
Loan Interest
5550 Britton Parkway
Hilliard, OH 43026

BMW Financial Services NA, LLC
Attn: Manager, Ret. Comm. Fin.
5515 Parkcenter Circle
Dublin, OH 43017

Board of Equalization
Special Taxes and Fees Division
P.O. Box 942879
Sacramento, CA 94279-6087

BP Lubricants USA Inc.
PO Box 409383
Atlanta, GA 30384

CA State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279

California Chrome Wheels
PO Box 802936
Santa Clara, CA 91380

Calmet Services
PO Box 227
Paramount, CA 90723

Cerritos Auto Square
3349 CAHUENGA BOULVARD WEST
Los Angeles, CA 90068

Cerritos Center for the Performing Arts
12700 Center Court Drive
Cerritos, CA 92833

Cerritos Hyundai
18900 Studebaker Rd.
Cerritos, CA 90703

Cerritos Shell
11004 South Street
Cerritos, Ca 90703

Christopher Labady
12905 Indian Lande
Norwalk, CA 90650

Christopher Stark
29 Alegria
Irvine, CA 92620

City of Cerritos
18125 Bloomfield Ave.
Cerritos, CA 90703

City of Cerritos
18125 Bloomfield Avenue
Cerritos, CA 90703

Clean Tech
5820 Martin Rd.
Irwindale, CA 91706

Club Towing & Transportation
9317 La Shell Dr.
Tujunga, CA 91042

Coastal Maintenance
23052-H Alicia Parkway
Mission Viejo, CA 92692

Coats Car Care Products
1049 S. Melrose St.
Placentia, CA 92870

Dealer Fusion Inc.
1401 Willow Pass
Concord, CA 94520

Department of Motor Vehicles
P.O. Box 942869
Sacramento, CA 94269


DirecTv
PO Box 60036
Los Angeles, CA 90060


DMV-OL Collections
P.O. Box 932342  MS-L224
Sacramento, CA 94232-3420


Dyenamic Auto Reconditioning
PO Box 4301
Costa Mesa, CA 92628


Edward Hafferkamp
21190 Via Mariano
Yorba Linda, CA 92887


Enterprise Rent a Car  Cerr
10901 AUTO SQUARE DRIVE
Cerritos, CA 90703


Eric Moreno
15765 Lashburn St.
Whittier, CA 90603


Ernest W. Townsend IV
112 Lower Broadford Rd
Bellevue, ID 83313

Eurotech Refinishing & Collision
10117 Artesia Place
Bellflower, CA 90706

Fernando Glickman
2934 Candelwood St.
Lakewood, CA 90812

First Choice
10907 Painter Avenue
Santa Fe Springs, CA 90670

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Francisco Ortiz
1924 Bryce Road
So. El Monte, CA 91733

GE Water & Process Technologies
PO BOX 60000
San Francisco, CA 94160

Glass-Man Glass Company
3512 E. 1st St.
Long Beach, CA 90803

Gregg Kessler
11091 Essex Drive
Los Alamitos, CA 90720

Hap's Auto Parts
2716 Del Amo
Lakewood, CA 90712

HT Automotive
21619 S. Norwalk Blvd.
Hawaiian Gardens, CA 90716

Ikon Financial Services
PO Box 650073
Dallas, TX 75265

Ikon Office Solutions
1516 W. 17th St.
Tempe, AZ 85281

IMN
200 Fifth Avenue
Waltham, MA 02451

Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Interstate Battery
10891 FORBES AVENUE SUITE A
Garden Grove, CA 92843

Isotech Pest Management
PO Box 4214
Covina, CA 91723

ITW Wynn's U.S.
75 Remittance Dr.
Chicago, IL 60675

Jerardo Jimenez
9930 Cedardale Drive
Santa Fe Springs, CA 90670

Jerry Dobbs Jr.
16915 Roundhill Drive
Huntington Beach, CA 92649

Jerry's Brokern Drill & Top Removal

JMG Security
17150 NEWHOPE STREET SUITE 109
Fountain Valley, CA 92708

John Totaro
27842 Via Uribe
Laguna Niguel, CA 92677

Justin Ellis
5601 E. Orangethorpe, U107
Anaheim Hills, CA 92807

Kenneth Benson
1118 S. Miramar Avenue
Anaheim Hills, CA 92808

Keytrak, Inc.
Dept. 663
Houston, TX 77210

Kip Prahl & Associates
PO Box 203768
Houston, TX 77216

Lakin Tire West
15305 Spring Ave.
Santa Fe Springs, CA 90670

Land Rover Encino
File 50541
Los Angeles, CA 90074

Land Rover North America - Parts
PO BOX 674266
Detroit, MI 48267

Land Rover South Bay
900 N. Pacific Coast Hwy
Redondo Beach, CA 90277

Leather Only Inc.
9220 Summerbell Lane
Houston, TX 77074

Lo Jack
200 Lowder Brook Dr.
Westwood, MA 02090

Los Angeles County Tax Collector
P.O. Box 54027
Los Angeles, CA 90054-0027

Lourdes Sanchez
1424 N. Grand Ave., Apt. J
Covina, CA 91724

M. Park Maintenance
8502 E. Chapman Ave. #637
Orange, CA 92869

Norwalk Tow & Transport Inc.
11920 Regentview Ave.
Downey, CA 90241

On-Line Administrators Inc.
PO Box 4539
Chatsworth, CA 91311

Our First Aid Company
PO Box 18473
Anaheim Hills, CA 92807

Pacific Match Paint
24331 Landover Rd.
Laguna Hills, CA 92653

Pattison Sign Group
410 N. Cedar Bluff Road, Suite 101
Knoxville, TN 37923

Pedro Rodriguez
15351 Woodruff Pl, #63
Bellflower, CA 90706

Pete Ochoa
1018 Cabrillo Park Dr., Unit C
Santa Ana, CA 92701

Praxair Distribution
Dept. LA 21511
Pasadena, CA 91185

Provira Products
P.O. Box 92545
City of Industry, CA 91715

RAU Automotive Woodwork
2027 Pontius Avenue
Los Angeles, CA 90025

Robert Giannini
3902 Berenice Pl.
Los Angeles, CA 90031

Ryan Griffith
3119 Marwick Avenue
Long Beach, CA 90808

Sandy Holguin
836 Bridgewood St.
Corona, CA 92881

Scottsdale Group LLC
9779 E. Reflecting Mountain Way
Scottsdale, AZ 85262

Sentry Insurance Company
Box 88315
Milwaukee, WI 53288

Service Specialties
12-B Mason
Irvine, CA 92618

SKS, Inc.
PO BOX 469110
Escondido, CA 92046

Southern California Edison
PO Box 300
Rosemead, CA 91772

Southern California Edison
Attn: Scott Marques, Bk. Dept.
P.O. Box 9004
San Dimas, CA 91773

SPX Service Solutions
PO Box 406799
Atlanta, GA 30384

State Board of Equalization
POB 942879
Sacramento, CA 94279

Strictly Tint
9282 Arrow Route
Rancho Cucamonga, CA 91730

Travis Gale
159 E. Santa Fe Court
Placentia, CA 92870

Trinity Financial Services
P.O. BOX 7167
Pasadena, CA 91109

Unipart North America Jaguar Parts
PO BOX 651570
Charlotte, NC 28265

United Parcel Service
PO Box 894820
Los Angeles, CA 90189

Vartan Asatryan
17155 Barneston St.
Granada Hills, CA 91344

Webnet Services
247 Route 100
Somers, NY 10589

Wynn's, A Div. of Illinois
Tool Works, Inc.
1050 W. Fifth St.
Azusa, CA 91702

Zachary Wegner
275 E. Green St., Suite 1566
Pasadena, CA 91101

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Martin J. Brill**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>**53220**<br>☒ *Attorney for:* Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>    LRJC, Inc.<br><br>                                   Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists                             Date Filed:   **September 9, 2011**

☐ Amendments to the petition, statement of affairs, schedules or lists          Date Filed:

☐ Other: _____ Date Filed:

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

                                                        **September 9, 2011**

_____       Date
*Signature of Authorized Signatory of Filing Party*

**Ernest W. Townsend IV**
_____
*Printed Name of Authorized Signatory of Filing Party*

**President**
_____
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party,* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party,* and the Filed Document available for review upon request of the Court or other parties.

                                                        **September 9, 2011**

_____       Date
*Signature of Attorney for Filing Party*

**Martin J. Brill 53220**
_____
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Martin J. Brill
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067
(310) 229-1234
53220

☒ Attorney for: Debtor

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

LRJC, Inc.

Debtor(s).

CASE NO.:
CHAPTER: 11
ADV. NO.:

### ELECTRONIC FILING DECLARATION
(CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists    Date Filed: **September 9, 2011**
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed:
☐ Other:    Date Filed:

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in each places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

_Ernst Whrd III_    **September 9, 2011**
Signature of Authorized Signatory of Filing Party    Date

**Ernest W. Townsend IV**
Printed Name of Authorized Signatory of Filing Party

**President**
Title of Authorized Signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the Declaration of Authorized Signatory of Debtor or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document available for review upon request of the Court or other parties.

_/s/_    **September 9, 2011**
Signature of Attorney for Filing Party    Date

**Martin J. Brill 53220**
Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2005

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

## UNANIMOUS BOARD RESOLUTION AUTHORIZING CHAPTER 11 BANKRUPTCY FILING BY LRJC, INC. (A CALIFORNIA CORPORATION)

The following resolutions were duly enacted by a unanimous vote of the Board of

Directors (the "Board") of LRJC, Inc., a California corporation (the "Company"), at a

meeting of the Board held on September $\cancel{8}$ , 2011, and the same shall remain in full force

and effect, without modification, unless and until the Board adopts a further resolution to

the contrary:

> RESOLVED, that Ernest Townsend, or any other officer of the Company as directed by Ernest Townsend (the "Designated Officer") is hereby authorized on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case if the Designated Officer deems it to be in the best interests of the Company to do so;
>
> FURTHER RESOLVED, that the Designated Officer has the authority to cause the Company to employ the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") for purposes of filing the Chapter 11 bankruptcy case for the Company and representing the Company in its Chapter 11 bankruptcy case as bankruptcy counsel, and the Designated Officer has the authority to execute an application for the Company to employ LNBYB as bankruptcy counsel to the Company in connection with the Company's Chapter 11 bankruptcy case;
>
> FURTHER RESOLVED, that in the event of a Chapter 11 bankruptcy filing by the Company, the Designated Officer is hereby authorized on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Designated Officer deems necessary and proper in connection with the Company's bankruptcy case without the need for any further approval of the Board.  Such actions which the Designated Officer has the authority to cause the Company to take without any further approval of the Board shall include, but not be limited to, the following:  employing and compensating counsel and other professionals (both prior to and after the Company's bankruptcy

filing); seeking Bankruptcy Court approval for the Company to use cash collateral and/or post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; causing the Company to sell all or substantially all of the Company's assets; and causing the Company to file and seek to confirm a plan of reorganization.

Dated: September__, 2011

_____

Ernest Townsend, Board Chairman

filing); seeking Bankruptcy Court approval for the Company to use
cash collateral and/or post-bankruptcy financing and executing any
agreements related to any of the foregoing; compensating employees;
hiring and terminating employees; purchasing product or materials;
selling product; entering into or continuing with agreements;
collecting accounts receivable; negotiating with creditors, lenders,
vendors, suppliers and landlords; assuming, assigning, or rejecting
executory contracts and unexpired leases; renegotiating the terms of
executory contracts and unexpired leases; signing new or amended
contracts and leases; commencing and defending litigation involving
the Company; causing the Company to sell all or substantially all of
the Company's assets; and causing the Company to file and seek to
confirm a plan of reorganization.

Dated: September 8, 2011

Ernest Townsend, Board Chairman

2