1  MARTIN J. BRILL (State Bar No. 53220)
   TODD M. ARNOLD (State Bar No. 221868)
2  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
3  10250 Constellation Boulevard, Suite 1700
   Los Angeles, California 90067
4  Telephone:  (310) 229-1234
   Facsimile:  (310) 229-1244
5  Email: mjb@lnbyb.com, tma@lnbyb.com

6  Proposed Attorneys for Debtors and Debtors in Possession

7

8              UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                 SANTA ANA DIVISION

11

12 In re:                                    Case No.: 8:11-bk-22690-RK

13
   TOWNSEND CORPORATION                      Case No.: 8:11-bk-22695-RK
14 d/b/a Land Rover Jaguar Anaheim Hills,
                                             Chapter 11 Cases
15        Debtor and Debtor in Possession.
                                             OMNIBUS STATEMENT OF FACTS IN
16 ─────────────────────────────────────    SUPPORT OF FIRST DAY MOTIONS
                                             AND DECLARATIONS IN SUPPORT
17 In re:                                    THEREOF

18 LRJC, INC.
   d/b/a Land Rover Jaguar Cerritos,
19                                           **Hearing:**
          Debtor and Debtor in Possession.    Date:      September 12, 2011
20                                             Time:      11:00 a.m.
                                               Place:     Courtroom "5D"
21                                                        411 West Fourth Street
22                                                        Santa Ana, CA 92701-4593

23

24

25

26

27

28

1

1    OMNIBUS STATEMENT OF FACTS IN SUPPORT OF FIRST DAY MOTIONS

2        A. BACKGROUND ................................................................................................. 2

3        B. REASONS FOR FILING BANKRUPTCY AND EXIT STRATEGY ...................... 3

4            1.  ISSUES WITH JAGUAR LAND ROVER NORTH AMERICA, LLC ............... 3

5            2.  ISSUES WITH BMW FINANCIAL SERVICES NA, LLC ................................ 6

6            3.  EXIT STRATEGY ............................................................................................. 8

7        C. CASH COLLATERAL MOTION ........................................................................10

8        D. WAGE MOTION .................................................................................................12

9        E. UTILITY MOTION ..............................................................................................14

10       F. MOTION TO HONOR PREPETITION OBLIGATIONS TO CUSTOMERS .........15

11       G. MOTION FOR AUTHORITY TO CONTINUE USING CASH MANAGEMENT
         SYSTEM AND MAINTAIN EXISTING BANK ACCOUNTS ...............................17
12
             1.  LRJ ANAHEIM ...............................................................................................17
13
             2.  LRJ CERRITOS ...............................................................................................18
14
         H. MOTION FOR JOINT ADMINISTRATION ........................................................19
15
         J.  MOTION TO PAY PREPETITION TAXES ..........................................................20
16
         K. MOTION TO EXTEND THE TIME TO FILE SCHEDULES, STATEMENTS
17       OF FINANCIAL AFFAIRS AND RELATED DOCUMENTS ...............................20

18   DECLARATION OF ERNEST W. TOWNSEND IV .................................................................23

19   DECLARATION OF TODD M. ARNOLD ...............................................................................43

20

21

22

23

24

25

26

27

28

# **TABLE OF AUTHORITIES**

**Page(s)**

**FEDERAL CASES**

Citizens Bank of Maryland v. Strumpf
    516 U.S. 16 (1995)...........................................................................................18

**FEDERAL STATUTES**

11 U.S.C. § 101.........................................................................................2, 21

11 U.S.C. § 366(c)(1)(A)(i) ...............................................................................15

11 U.S.C. § 507(a)(7)........................................................................................15

11 U.S.C. § 521.................................................................................................19

11 U.S.C. § 521(a) ............................................................................................21

11 U.S.C. §§ 1107 and 1108 ..............................................................................2

**OTHER AUTHORITIES**

L.B.R. 1007-1 ...................................................................................................21

Fed. R. Bankr. P. 1007(c) .................................................................................21

1

**OMNIBUS STATEMENT OF FACTS IN SUPPORT OF FIRST DAY MOTIONS**

2  Townsend Corporation d/b/a Land Rover Jaguar Anaheim Hills ("LRJ Anaheim") and
3  LRJC, Inc. d/b/a Land Rover Jaguar Cerritos ("LRJ Cerritos"), the debtors and debtors in
4  possession in the above captioned cases for which joint administration is being sought
5  (collectively, the "Debtors"), hereby file their Omnibus Statement of Facts in Support of First
6  Day Motions (the "Omnibus Facts"). The Omnibus Facts set forth herein are based on the
7  annexed declarations of Ernest W. Townsend IV and Todd M. Arnold (the "Omnibus
8  Declarations") and the exhibits thereto.

9  **A.     BACKGROUND**

10  On September 9, 2011 (the "Petition Date"), the Debtors commenced their bankruptcy
11  cases by each filing a voluntary petition for relief under Chapter 11 of title 11, United States
12  Code § 101, et seq. (the "Bankruptcy Code").[1]  No trustees have been appointed, and the
13  Debtors are continuing to manage their financial affairs as debtors in possession pursuant to
14  Sections 1107 and 1108.

15  Ernest Townsend, who holds a bachelor's degree in economics from California State
16  University, Sacramento and a business degree from Harvard Business School and who has held
17  numerous senior management positions at large companies such as Frank's Nursery and Crafts,
18  Dole Food Company of North America, and Kraft/Philip Morris, has owned and operated car
19  dealerships in Southern California for over 13 years.  The Debtors are principally owned and
20  operated by Ernest Townsend and his son, Joshua Townsend.  LRJ Anaheim has been in
21  business since 2000.  LRJ Cerritos has been in business since 2006.  The Debtors sell new
22  Jaguar and Land Rover vehicles and various previously owned vehicles.  The Debtors also have
23  a service and parts departments.

24  Additional information regarding the Debtors and their business operations can be found
25  at http://www.lrjah.com/ (LRJ Anaheim) and http://lrjcerritos.com/ (LRJ Cerritos).

26

27  [1] Unless otherwise stated, all section references herein are to the Bankruptcy Code.

28

2

**B.     REASONS FOR FILING BANKRUPTCY AND EXIT STRATEGY**

**1.     ISSUES WITH JAGUAR LAND ROVER NORTH AMERICA, LLC**

The Debtors are parties to various agreements (the "Dealer Agreements") with Jaguar Land Rover North America, LLC ("JLRNA"). Under the terms of the Dealer Agreements, among other things, (1) JLRNA sells new Jaguar and Land Rover vehicles (the "New Vehicles") to the Debtors, which the Debtors then sell to their customers, and (2) JLRNA provides certain business builder programs (the "Business Builder Programs"), pursuant to which JLRNA is required to make payments to the Debtors if certain conditions are met (the "Business Builder Payments").

In summary, under the Business Builder Programs, by the last day of the month following a quarter, JLRNA makes Business Builder Payments to the Debtors based on sales of New Vehicles from the prior quarter (a "Business Builder Period"). At present, in order for sales of New Vehicles to count for the purposes of Business Builder Payments, the following general requirements (which have changed over time when it suited JLRNA) must be met (1) the vehicle has to be sold in the applicable Debtors' territory or an unassigned territory and (2) the vehicle must be registered to an end-user and there has to be proof of the address of the end-user. Up until about February 2011, the registration of the subject New Vehicle and proof of the address of the end-user were not requirements for New Vehicle sales to qualify under the Business Builder Programs. It is believed that this was added as a requirement to prohibit the sale of New Vehicles to auto brokers and auto brokers subsequently selling New Vehicles to dealers or end-users outside of the United States.

If the requirements are not met with respect to a particular New Vehicle, then JLRNA does not make the Business Builder Payment for such vehicle. If the requirements are not met with respect to 10% or more of the New Vehicles sold during a Business Builder Period, then JLRNA does not make any Business Builder Payments for any New Vehicle sales during the Business Builder Period, including New Vehicle sales that would otherwise meet the requirements of the Business Builder Programs. The Business Builder Payments make up a

1   substantial portion of the Debtors' revenue and are essential to the funding of the Debtors'
2   continued operations and profitability.

3       LRJ Anaheim has an ongoing dispute with JLRNA due to alleged issues raised by
4   JLRNA regarding Business Builder Payments to LRJ Anaheim under the Business Builder
5   Programs and JLRNA's efforts to recoup prior payments to LRJ Anaheim by offsetting
6   payments that came due and will come due in 2011. In particular, in or about January 2011,
7   JLRNA initiated an audit of the sales of LRJ Anaheim's New Vehicles and related Business
8   Builder Payments for the fourth quarter of 2010; the audit was eventually expanded to cover the
9   entire year of 2010 and the fourth quarter of 2009 (the "Audit Period").[2]   JLRNA did not
10  provide the audit information for the Audit Period to LRJ Anaheim until the last possible
11  moment allegedly allowed under the Dealer Agreements. Based on JLRNA's audit, JLRNA
12  concluded that more than 10% of New Vehicle sales during the fourth quarter of 2009 and the
13  first three quarters of 2010 (the "Subject Period") did not meet the requirements of the Business
14  Builder Programs and that, therefore, the Business Builder Payments for the Subject Period
15  totaling approximately $950,000 would have to be repaid by LRJ Anaheim to JLRNA (the
16  "Subject Period Business Builder Payments").

17      Ernest Townsend conducted an in-depth analysis of JLRNA's audit and pointed out
18  numerous errors in the audit. For example, Ernest Townsend identified a number of New
19  Vehicle Sales that met all of the requirements of the Business Builder Program, including the
20  registration of the subject New Vehicle and proof of the address of the end-user, yet were not
21  included as qualifying sales. If some of the foregoing sales had been counted, then LRJ
22  Anaheim would have been under the 10% threshold for total denial of Business Builder
23  Payments for all of the relevant periods within the Subject Period and a much smaller amount
24  would be at issue between the parties. Notwithstanding the clear evidence of audit errors

25  _____

[2] LRJ Anaheim asserts that the time for JLRNA to conduct audits for certain portions of the Audit Period had
26  passed when JLRNA concluded its audit for the Audit Period. LRJ Anaheim reserves all claims and rights against
    JLRNA, including, but not limited to, claims and rights regarding the validity and timeliness of any audits by
27  JLRNA, claims to recover setoffs as preferential transfers, claims to recover damages for interference with
    prospective economic advantage, and/or claims for violations of the Dealer Agreements.

28

4

1  provided by Ernest Townsend, such evidence was not considered by JLRNA which would not
2  even respond to such evidence.

3       As a result, JLRNA has offset approximately $576,000 in Business Builder Payments
4  that should have been made to LRJ Anaheim for the first and second quarters of 2011 (the
5  "2011 Business Builder Payments") against the 2010 Business Builder Payments, and JLRNA
6  asserts that it is owed approximately $374,000 more to fully recoup the Subject Period Business
7  Builder Payments.    LRJ Anaheim vigorously disputes the timeliness and conclusions of
8  JLRNA's audit for the Subject Period and JLRNA's claim that it was/is entitled to recoup the
9  Subject Period Business Builder Payments.    To the contrary, LRJ Anaheim is entitled to
10  payment of the 2011 Business Builder Payments and other amounts. In particular, JLRNA has
11  impermissibly withheld approximately $431,495 owed to LRJ Anaheim for warranty
12  reimbursements (i.e., for performing services on vehicles under warranty from JLRNA) (the
13  "Warranty Payments") and offset amounts owed by LRJ Anaheim to JLRNA for parts (which
14  are now being sold on a COD basis to LRJ Anaheim) against the Warranty Payments owed to
15  LRJ Anaheim. Additionally, JLRNA has unilaterally withheld approximately $153,500 owed to
16  LRJ Anaheim for incentive payments (i.e., incentives offered to buyers and dealers regarding
17  vehicle purchases) (the "Incentive Payments") by tying entitlement to Incentive Payments to
18  entitlement to the 2011 Business Builder Payments.    Neither of the foregoing actions are
19  allowed under the Dealer Agreements. In total, JLRNA owes LRJ Anaheim at least $1,160,995
20  for the foregoing amounts.

21       In or about August 2011, JLRNA made a request for information concerning New
22  Vehicle Sales by, and Incentive Payments to, LRJ Cerritos.[3]  LRJ Cerritos believes that JLRNA
23  has requested such information in an effort (1) to conduct an erroneous audit similar to the one
24  conducted for LRJ Anaheim, and (2) to use such audit as a basis for recouping past Incentive
25  Payments.

26  
    [3] LRJ Cerritos asserts that the time for JLRNA to conduct audits for certain portions of the period for which
27  information is being sought has passed. LRJ Cerritos reserves all claims and rights against JLRNA, including, but
    not limited to, claims and rights regarding the validity and timeliness of any audits by JLRNA.
28

1    In addition to the foregoing efforts to destroy the Debtors' businesses, JLRNA recently

2  placed additional financial pressure on LRJ Anaheim by placing it on COD for parts.

3    **2.   ISSUES WITH BMW FINANCIAL SERVICES NA, LLC**

4    The Debtors finance their inventory and operations principally through various loan

5  agreements (the "<u>Loan Agreements</u>") with BMW Financial Services NA, LLC ("<u>BMW FS</u>").

6  More specifically, by way of the Loan Agreements, BMW FS provides what are commonly

7  referred to as "flooring" loans to the Debtors. That is, when the Debtors order New Vehicles

8  from JLRNA, BMW FS pays JLRNA for the New Vehicles, which increases the Debtors'

9  obligations to BMW FS, but generally does not result in obligations to JLRNA. Pursuant to the

10  Loan Agreements, BMW FS also finances the Debtors' purchases of previously owned vehicles

11  (the "<u>Used Vehicles</u>"). BMW FS has also provided other loans to the Debtors for the build-out

12  of their dealerships.

13    As of the Petition Date, the Debtors owed BMW FS approximately $12,004,406

14  including the following: (a) $631,131 on a capital loan for the LRJ Anaheim Land Rover

15  dealership in 2000 owed by LRJ Anaheim, (b) $563,334 on a capital loan for the LRJ Anaheim

16  Jaguar dealership addition in 2006 owed by LRJ Anaheim, (c) $1,533,334 on a loan to complete

17  the LRJ Cerritos dealership in 2006 owed by LRJ Anaheim, (d) $4,442,212 in flooring loans

18  owed by LRJ Anaheim, and (e) $4,834,395 in flooring loans owed by LRJ Cerritos

19  (collectively, the "<u>BMW FS Claim</u>"). Thus, of the total BMW FS Claim, $7,170,011 is owed

20  by LRJ Anaheim and $4,834,395 is owed by LRJ Cerritos. The BMW FS Claim is allegedly

21  cross-guarantied and secured by a first priority lien on substantially all of the Debtors' assets,

22  including the Debtors' New Vehicles, Used Vehicles, furniture, fixtures, equipment, and bank

23  accounts.

24    As of the Petition Date, the Debtors were current on the BMW FS Claim. However,

25  BMW FS has taken actions, including (1) cutting off the Debtors' Used Vehicle flooring lines,

26  and (2) placing tremendous pressure on the Debtors to reduce the amounts owing under the pre-

27  existing flooring loans related to the Debtors' Used Vehicles, which have resulted in the

28

1   Debtors suffering substantial losses.

2        First, prior to April 2009, Used Vehicle sales at LRJ Anaheim and LRJ Cerritos were
3   important profit centers for both of the Debtors. Prior to that date, the Debtors were averaging
4   $62,000 per month in profits on Used Vehicle sales. However, in April 2009, and contrary to
5   agreements between BMW FS and the Debtors, BMW FS completely shut off the Debtors'
6   Used Vehicle flooring lines. This action had a double impact on the Debtors. First, it deprived
7   the Debtors of a substantial continuing revenue source. In addition, it made it more difficult for
8   the Debtors to sell aging Used Vehicles that it had in stock, because this aged inventory often
9   must be sold at a loss, which losses the Debtor could previously offset against gains made from
10  selling profitable newer Used Vehicle inventory. With BMW FS's cutting off of the Used
11  Vehicle flooring line, the Debtors' successful Used Vehicle business model was essentially
12  destroyed.

13       Second,  starting in or about March 2009, BMW FS informed the Debtors that they
14  would be required to reduce their inventory of Used Vehicles and the amounts outstanding on
15  the pre-existing flooring loans for such vehicles.  Since that demand from BMW FS in March
16  2009, the Debtors have engaged in an extremely aggressive and costly forced sell-down of its
17  Used Vehicles, as follows:

| Date | Amt Owing to BMW FS on Used Vehicles | Used Vehicles |
|---|---|---|
| 12/31/2008 | $10,430,656.32 | 254 |
| 12/31/2009 | $6,100,377.55 | 170 |
| 12/31/2010 | $3,936,842.66 | 60 |
| 06/30/2011 | $3,084,207.88 | 32 |
| **Total Reduction:** | **$7,346,448.44** | **222** |

24       As set forth above, at the end of 2008 the Debtors had over $10 million owing to BMW
25  FS on their pre-owned flooring lines.  BMW FS promised that if the Debtors reduced the
26  amount owing on the pre-owned flooring lines to $4 million, BMW FS would reinstate the pre-
27  owned flooring line.  BMW FS also threatened to terminate the New Vehicle flooring line

28

7

1  (which would have ended the Debtors' business) if these demands were not met.   Under
2  extreme financial duress, the Debtors met those demands, however, BMW FS did not reinstate
3  the pre-owned flooring line.  Instead, BMW FS moved the "target" again, first demanding that
4  the pre-owned flooring line be paid down to $2 million, and then later again reducing the pre-
5  owned line to $1.5 million.  Had BMW FS reinstated the Used Vehicle flooring lines, as it
6  repeatedly promised, the Debtors would have been able to sell off their aging Used Vehicles,
7  their Used Vehicle business would have been highly profitable, and any issues with BMW FS
8  would have been resolved.

9       This pattern of BMW FS setting sales and Used Car flooring loan reduction
10  requirements under threat of shutting off the financing of New Vehicle flooring loans has
11  continued to the present.  In the most recent quarter, BMW FS demanded that the Debtors
12  reduce the pre-owned flooring line by another $1.2 million.  Also, at a minimum, the pre-owned
13  flooring line had to be paid down by at least $300,000 per month (under threat of BMW FS
14  terminating the Debtors' New Vehicle flooring lines, and thus putting the Debtors out of
15  business).  The Debtors were able to meet this demand and reduced the pre-owned flooring line
16  by $1.2 million in the most recent quarter.

17       Despite the Debtors repeatedly informing BMW FS that this pace for reducing the
18  amounts owing under the pre-owned flooring lines was unsustainable, BMW FS insisted that
19  the pre-owned lines be reduced by yet another $1.2 million in the current quarter, with the first
20  monthly paydown of $300,000 due by September 10, 2011.

21       **3.    EXIT STRATEGY**

22       LRJ Anaheim disputes and continues to dispute the claims made by LRJNA regarding
23  audit issues related to in the LRJ Anaheim Business Builder Program and LRJNA's efforts to
24  offset to recover prior Business Builder Payments.  To the contrary, as discussed above, LRJ
25  Anaheim is owed at least $1,160,995 by JLRNA for Business Builder Payments, Warranty
26  Payments, and Incentive Payments.  LRJ Cerritos also disputes any alleged issues regarding
27  LRJ Cerritos' compliance with the provisions of the LRJ Cerritos Dealership Agreements.

28

1    However, rather than jeopardize the value of the Debtors' businesses, the Debtors
2    decided to sell their businesses. Prior to the Petition Date, the Debtors retained a broker to
3    market both of the Debtors' dealerships for sale. The broker obtained an offer from a well-
4    known Southern California auto dealer (the "Potential Buyer"). The Debtors engaged in
5    substantial discussions with the Potential Buyer and sought JLRNA's approval of the sale of the
6    Debtors' dealerships to the Potential Buyer. JLRNA approved the Potential Buyer, and the
7    Debtors and the Potential Buyer exchanged drafts of an asset purchase agreement.

8    For inexplicable reasons, as the parties were negotiating and the Potential Buyer was
9    conducting its due diligence, the Debtors believe that Carrie Catherine, of JLRNA, made false
10   statements about the Debtors' inventory and other issues. The Debtors also believe that,
11   contrary to the confidentiality provisions of the Dealership Agreements and the Debtors'
12   admonishments, Carrie Catherine, made statements to the Potential Buyer regarding the
13   Debtors' business. It is still unknown why JLRNA and Carrie Catherine would take actions
14   manifestly contradictory to their efforts to terminate their business relationship with the Debtors
15   and to replace them with the Potential Buyer. In any event, as a result of, among other things,
16   the foregoing conduct by JLRNA, on the afternoon of August 31, 2011, the Potential Buyer
17   indicated that it was no longer interested in purchasing the Debtors' dealerships.

18   While the apparent loss of the proposed sale to the Potential Buyer is a setback, the
19   Debtors are still focused on selling their businesses. The Debtors are already negotiating with a
20   new buyer (the "New Buyer") that is interested in purchasing one or both of the Debtors'
21   businesses. In addition, the Debtors intend to engage a broker specializing in the sale of auto
22   dealerships to attract additional potential buyers and obtain the best possible price for the
23   Debtors and their assets. Barring extraordinary circumstances, the Debtors believe that any sale
24   of the Debtors' businesses will result in sale proceeds sufficient to pay BMW FS and all of the
25   Debtors' other creditors in full. If the Debtors are unable to locate a viable buyer or buyers for
26   one or both of the Debtors' businesses and to consummate a sale or sales to such buyer or
27   buyers in the near-term, the Debtors will seek to reorganize and continue operations, as doing so

28

1    is in the best interests of the Debtors, their estates, and their creditors.

2         In the meantime, it is imperative that Debtors maintain the value of their businesses.  In

3    order to do so, the Dealership Agreements and the Loan Agreements will have to remain in full

4    force and effect.  In order to achieve the foregoing and to allow the Debtors a breathing spell

5    while they try to consummate a sale or sales or the confirmation of a reorganization plan or

6    plans, the Debtors decided to file their bankruptcy cases.

7    **C.    CASH COLLATERAL MOTION**

8         As discussed above, as of the Petition Date, the amount the Debtors owed to BMW FS

9    on the BMW FS Claim was approximately $12,004,406.  As also discussed above, the BMW

10   FS Claim is allegedly cross-guarantied and secured by a first priority lien on substantially all of

11   the Debtors' assets (the "Assets"), including the Debtors' cash collateral (the "Cash

12   Collateral").

13        Collectively attached hereto as Exhibit "1" and "2" are summaries of UCC-1 Financing

14   Statements and the actual UCC-1 Financing Statements (collectively, the "LRJ Anaheim

15   Financing Statements") affecting LRJ Anaheim that were obtained by conducting searches

16   under the name "Townsend Corporation" (Exhibit "1") and "Land Rover Jaguar Anaheim Hills"

17   (Exhibit "2").  Collectively attached hereto as Exhibit "3" and "4" are summaries of UCC-1

18   Financing Statements and the actual UCC-1 Financing Statements (collectively, the "LRJ

19   Cerritos Financing Statements" and, together with the LRJ Anaheim Financing Statements, the

20   "Financing Statements") affecting LRJ Cerritos that were obtained by conducting searches

21   under the name "LRJC, Inc." (Exhibit "3") and "Land Rover Jaguar Cerritos" (Exhibit "4").

22        Based on a review of the Financing Statements, the Debtors believe that BMW FS is the

23   only entity that has an interest in the Debtors' Cash Collateral.  The other entities that filed

24   Financing Statements (ADP Commercial Leasing, LLC, Ford Motor Company, the

25   Employment Development Department, the IRS, Sterling Savings Bank, Bank of the West

26   (Trinity Division), Anthony Rector, and Wayne's (a Division of Tool Works, Inc.), either (1)

27   only have interests in particular pieces of equipment or alleged tax liens that do not attach to

28

1  Cash Collateral, and/or (2) were erroneously included in the Financing Statements obtained by
2  the search because the liens are against entities other than the Debtors.

3          Collectively attached hereto as Exhibit "5" are the Debtors' balance sheets dated as of
4  August 31, 2011 (the "Balance Sheets"). As can be seen from the Balance Sheets, as of August
5  31, 2011, (1) the value of LRJ Anaheim's Assets was approximately $12,875,723 (including,
6  among other things, approximately $2,554,248 in accounts receivable, $4,379,011 in new and
7  used vehicle and parts and other inventory, and $3,164,096 in buildings and improvements,
8  furniture fixtures and equipment, and service vehicles), (2) the value of LRJ Cerritos' Assets
9  was approximately $14,655,559 (including, among other things, approximately $1,311,666 in
10 accounts receivable, $3,636,286 in new and used vehicle and parts and other inventory, and
11 $717,768 in buildings and improvements, furniture fixtures and equipment, and service
12 vehicles). Thus, the total value of the Debtors' Assets was approximately $27,531,282.

13         The Debtors hope to be able to negotiate a cash collateral stipulation and a postpetition
14 financing arrangement with BMW FS that will enable the Debtors sufficient time to (1)
15 consummate a sale of substantially all of the Debtors' assets, (2) obtain a new flooring lender,
16 and/or (3) confirm a plan or plans of reorganization. In the meantime, the Debtors are seeking
17 authority to use Cash Collateral on an interim basis pending a final hearing, as it is imperative
18 that the Debtors immediately be allowed to use Cash Collateral.

19         The only source of revenue available to the Debtors to use to operate their businesses is
20 the revenue generated from the sale of vehicles, services, and equipment. As a result, the
21 Debtors have no ability to continue to operate their businesses and maintain the going concern
22 value thereof unless the Debtors have immediate access to, and use of, their Cash Collateral to
23 pay the Debtors' ordinary operating expenses, including, but not limited to, payroll, rent,
24 utilities, etc. The expenses the Debtors must be able to pay are set forth in the budgets (the
25 "Budgets") for each of the Debtors collectively attached hereto as Exhibit "6." The Debtors'
26 inability to pay those expenses would cause immediate and irreparable harm to the Debtors and
27 their businesses. The inability of the Debtors to use their Cash Collateral would likely result in
28

1   the immediate closure of the Debtors' dealerships, which would lead to a precipitous decline in
2   the Debtors' going concern value and gravely jeopardize any sale or reorganization of the
3   Debtors' businesses, which would harm all creditors of the Debtors, including causing
4   substantial losses for BMW FS.

5       As discussed in the concurrently filed cash collateral motion, the Debtors believe that
6   BMW FS will be adequately protected by a large equity cushion, continued operations,
7   continued ordinary course payments on the BMW FS Claim (i.e., as vehicles are sold, the
8   Debtors will payoff BMW FS's liens on such vehicles arising from the flooring loans and the
9   Debtors will continue to make ordinary course interest and principal payments on the other
10  obligations owing to BMW FS), and the granting of a replacement lien..

11      Accordingly, the Debtors respectfully request that the Court enter an order authorizing
12  the Debtors to use Cash Collateral pursuant to the Budgets on an interim basis pending a final
13  hearing, except that the Debtors seek Court authority to exceed the total budgeted sums (both
14  individually and in the aggregate) by no more than 15% to enable the Debtors to avoid having
15  to rush back into Court if the Debtors' actual expenses exceed the Debtors' budgeted expenses
16  by a small amount. Moreover, if actual expenditures for any line items during a particular
17  period are less than in the Budgets, the difference shall carryover to the following months.
18  Notwithstanding the foregoing, each Debtor, its particular Cash Collateral, its particular Budget,
19  and the accounting under its particular Budget will be treated separately. That is, there will be
20  separate accounting and no commingling between the Debtors. A proposed form of order
21  regarding Cash Collateral Use is attached hereto as Exhibit "7."

22  **D.    WAGE MOTION**

23      The Debtors have approximately 56 employees (35 for LRJ Anaheim and 21 for LRJ
24  Cerritos). The Debtors pay their employees on the 5th and 20th of each month. The Debtors'
25  next pay period covers September 1, 2011 through September 15, 2011 (the "Pay Period").
26  Thus, the Pay Period includes both a prepetition period covering September 1, 2011 through and
27  including September 9, 2011 (the "Prepetition Period") and a postpetition period covering
28

12

1  September 10, 2011 through and in including September 15, 2011.  Collectively attached hereto

2  as Exhibit "8" are charts showing all of the wages, salaries, commissions, and bonuses (the

3  "Wages") that accrued during the Prepetition Period for each of the Debtors that remain unpaid.

4  As can be seen from Exhibit "8" the total amount of Wages for the Prepetition Period is

5  approximately $110,808 ($62,034.00 for LRJ Anaheim and $48,774 for LRJ Cerritos).  There

6  may be some slight variation in the foregoing figures, as some employees are paid commissions

7  on sales that may not have been accounted for as of the date these papers were filed.  All

8  employees that the Debtors are seeking to pay Wages for the Prepetition Period are still

9  employed by the Debtors.

10      The Debtors are also seeking to pay all payroll taxes related to the Wages.  Such payroll

11 taxes total approximately $12,500 ($7,500 for LRJ Anaheim and $5,000 for LRJ Cerritos) for

12 the entire Pay Period.

13      The Debtors pay their employees their Wages with checks.  The Debtors utilize a payroll

14 service provider, ADP, to process the payment of payroll taxes on the Wages.  The Debtors

15 would need authority to pay the Wages and related payroll taxes by September 16, 2011 in

16 order to timely process payroll checks and payments to ADP to pay related payroll taxes.

17      The source of funds to be used to honor the Wages for the Pay Period (including the

18 Prepetition Period) will be the Debtors' revenue, which the Debtors believe BMW FS will

19 contend constitutes its Cash Collateral.  The Budgets include line items for the payment of the

20 Wages and related payroll taxes for the Pay Period (including the Prepetition Period).

21      In addition to the foregoing amounts, the Debtors are seeking authority to make

22 approximately $2,391 in payments ($1,916 for LRJ Anaheim and $475 for LRJ Cerritos) that

23 are or were collected from employee wages for the Pay Period for the payment of employee

24 contributions to insurance plans and 401(k) retirement plans and the repayment of employee

25 loans from 401(k) retirement plans (the "Additional Payments").  Since the payments for the

26 Additional Payments are or were collected from employee wages to make the Additional

27 Payments, the Debtors submit that these funds do not constitute assets of the estate or the Cash

28

1    Collateral of the BMW FS.

2        The Debtors' employees have also accrued vacation and leave benefits pre-petition. In
3    order to attract and retain Debtors' employees, among other things, the Debtors maintain what
4    they believe are competitive and reasonable vacation and leave benefits policies.    In the
5    ordinary course of the Debtors' businesses, the employees are authorized to take their accrued
6    vacation or leave time in connection with their continued service.    Maintaining good
7    relationships with, and the morale of, the employees requires continuing to honor vacation and
8    leave policies currently in effect for the employees.  Accordingly, the Debtors are seeking
9    authority to honor these policies postpetition for the benefit of the employees in order to allow
10    the employees to take their accrued vacation or leave time in the ordinary course of business.

11        The Debtors employees are integral to the Debtors continued operations and the
12    generation of revenue, while preserving the value of the estates.  In short, the Debtors cannot
13    continue to operate and reorganize without their employees.  If the Debtors do not continue to
14    pay their employees their ordinary and earned Wages and to honor vacation and leave policies,
15    the majority, if not all, employees will likely quit. Without employees, the Debtors' operations
16    and the value of the Debtors' businesses will be severely impaired, if not eviscerated altogether.

17        The Debtor is not seeking authority to pay the prepetition priority wages of any
18    "insiders;" approval to pay insider compensation will be sought pursuant to Notices of Setting
19    Insider Compensation which have been, or will be, filed with the United States Trustee.

20    **E.    UTILITY MOTION**

21        To operate their businesses, the Debtors receive water, gas, electricity, telephone,
22    internet and similar utility services from a number of utility companies (each a "Utility
23    Company," and collectively, the "Utility Companies").  Given the importance of the services
24    provided by the Utility Companies to the Debtors' businesses, it is crucial that the means of
25    providing adequate assurance to the Utility Companies which provide utility services to the
26    Debtors be determined immediately so that there is no interruption in the services provided.

27        Prior to the commencement of the Debtors' bankruptcy cases, the Utility Companies

28

14

1    listed in Exhibit "9" hereto, which is separated to cover the Debtors separately, provided utility

2    services to the Debtors.  The Debtors intend to provide adequate "assurance of payment" by

3    providing each of the Utility Companies listed in Exhibit "9" hereto with a cash deposit, as

4    authorized by Section 366(c)(1)(A)(i), in the amounts set forth in Exhibit "9" hereto.  The

5    proposed deposit amounts were determined based on an average of the last twelve (12) monthly

6    bills received by the Debtors from the respective Utility Companies.  The source of funds to be

7    used to pay the cash deposits to the Utility Companies will be the Debtors' revenue, which the

8    Debtors believe BMW FS will contend constitutes its Cash Collateral.  The Budgets include line

9    items for the payment of the deposits to the Utility Companies for each of the Debtors, which

10   total $17,209.84 ($9,038.35 for LRJ Anaheim and $8,171.49 for LRJ Cerritos).

11   **F.      MOTION TO HONOR PREPETITION OBLIGATIONS TO CUSTOMERS**

12          In connection with business operations, the Debtors often require "deposits" to purchase

13   a vehicle.   Such deposits generally exceed the $2,600 cap set forth in Section 507(a)(7)

14   Bankruptcy Code.  Customers typically place a deposit with one of the Debtors, which the

15   applicable Debtor treats as unearned until the customer completes the transaction by paying the

16   balance of the purchase price with cash or financing.  In certain situations, if a transaction is not

17   completed, the applicable Debtor has an obligation to refund the deposits.  While the Debtors

18   believe that such deposits are not property of their bankruptcy estates, in an abundance of

19   caution, the Debtors are requesting that the Court authorize the Debtors to honor such deposits

20   received prepetition and complete sales transactions or refund deposits in the ordinary course of

21   the Debtors' businesses for transactions that were initiated prepetition.

22          The Debtors also sells parts and accessories.  For stock on hand, customers typically pay

23   upon receipt of the product.  For orders, the Debtors require a 100% deposit, none of which as

24   of the Petition Date exceeded the $2,600 cap set forth in Section 507(a)(7) Bankruptcy Code.

25   The Debtors must be able to fill such orders and, if they cannot fill the orders, the customer is

26   entitled to a refund.  While the Debtors believe that such deposits are not property of their

27   bankruptcy estates, in an abundance of caution, the Debtors are requesting that the Court

28

1   authorize the Debtors to honor such prepetition deposits and complete sales transactions that
2   were initiated prepetition or refund prepetition deposits in the ordinary course of the Debtors'
3   businesses.

4           In addition, when the Debtors sell vehicles, the Debtors estimate registration and license
5   fees, which are paid by the customers.  Such registration and license fees are overstated to
6   ensure full payment.  When actual fees are determined, the Debtors receives a refund check for
7   the benefit of the customer.  The Debtors must be able to honor their customer obligations by
8   returning the registration and license refunds to their customers.  The Debtors believe that such
9   funds are received by the Debtors in trust for their customers and are not property of the
10  bankruptcy estates.  In an abundance of caution, however, the Debtors are seeking a Court order
11  authorizing the Debtors to honor such prepetition obligations to customers by returning fee
12  refunds received by the Debtors for transactions that were initiated prepetition.

13          In addition, in conjunction with the operation of its business, the Debtors often purchase
14  used cars or take used cars as trade-ins for new vehicles.  When this happens, the Debtors are
15  required to payoff the liens for the used car that was purchased or traded in.  The Debtors would
16  face penalties and jeopardize their vehicle dealer license in the event that they did not payoff
17  such liens.  Moreover, the Debtors must be able to payoff such liens to clear title for the
18  purchased and traded in vehicles so that they can be resold and to avoid efforts to repossess the
19  subject vehicles by the relevant lienholders.  As of the Petition Date, the total amount owed by
20  the Debtors to such lienholders for transactions that were imitated prepetition was
21  approximately $200,000 ($72,000 for LRJ Anaheim and $128,00 for LRJ Cerritos).

22          The preservation of going concern value of the Debtors' businesses depends directly
23  upon the patronage and loyalty of their customers.  Any delay in honoring prepetition deposits
24  and customer programs, or in consummating transactions that were initiated prepetition, will
25  severely and irreparably impair the Debtors' customer relations and reputation.  However,
26  honoring the prepetition claims related to deposits and customer programs, and closing
27  prepetition transactions, will help preserve the value of the Debtors' estates by preventing a
28

16

1 great deal of negative publicity and loss of customer goodwill, which would severely damage

2 the Debtors' value and possibly jeopardize any proposed sale or reorganization. Therefore, the

3 Debtors, in an exercise of their business judgment, believe that honoring their prepetition

4 customer obligations and closing transactions that were initiated prepetition in the ordinary

5 course is in the best interests of the Debtors and their estates

6 **G. MOTION FOR AUTHORITY TO CONTINUE USING CASH MANAGEMENT**

7 **SYSTEM AND MAINTAIN EXISTING BANK ACCOUNTS**

8 **1. LRJ ANAHEIM**

9 LRJ Anaheim maintains the following four (4) bank accounts: (1) a general operating

10 account (the "LRJ Anaheim GO Account") with Wells Fargo Bank, N.A. ("Wells Fargo") used

11 for most of the payments received and made by LRJ Anaheim, (2) a reserve account with Wells

12 Fargo that is no longer used, (3) an account with City National Bank, and (4) an account with

13 Security Bank of California. LRJ Anaheim intends to close all of the foregoing Bank Accounts,

14 except for the LRJ Anaheim GO Account.

15 Unfortunately, it would be extremely difficult, if not impossible, for LRJ Anaheim to

16 close the LRJ Anaheim GO Account.    In an average month, LRJ Anaheim processes

17 approximately $3.735 million worth of credits and $3.3 million worth of debits through the LRJ

18 Anaheim GO Account. Approximately $3.7 million of the credits and $2.9 million of the debits

19 are electronic/automatic payments that cannot be easily redirected. In addition, all checks are

20 generated through LRJ Anaheim's in-house computer document management system supported

21 by ADP. It would require not only re-programming of the laser printers, but also the creation of

22 a new memory card, in order to have checks generated from a new bank account.

23 Any disruption to the credits and debits being processed through the LRJ Anaheim GO

24 Account would make the operation of LRJ Anaheim's business impossible. For these reasons,

25 LRJ Anaheim is seeking authority to maintain the LRJ Anaheim GO Account and to have any

26 administrative holds placed on the LRJ Anaheim GO Account by Wells Fargo, other than what

27 may be needed for a very short period of time to protect any reasonable, potential setoff rights

28

17

1    of Wells Fargo pursuant to Citizens Bank of Maryland v. Strumpf, 516 U.S. 16, 18 (1995),
2    lifted immediately. Notwithstanding the foregoing, all transactions through the LRJ Anaheim
3    GO Account will be documented in LRJ Anaheim's monthly operating reports, so operational
4    transparency will be maintained.

5    **2.    LRJ CERRITOS**

6    LRJ Cerritos maintains the following three (3) bank accounts: (1) a general operating
7    account (the "LRJ Cerritos GO Account") with Wells Fargo used for most of the payments
8    received and made by LRJ Cerritos, (2) a reserve account with Wells Fargo that is no longer
9    used, and (3) an account with SBOC that is not being used. LRJ Cerritos intends to close the
10    Wells Fargo reserve account and the SBOC account. Unfortunately, it would be extremely
11    difficult, if not impossible, for LRJ Cerritos to close the LRJ Cerritos GO Account. In an
12    average month, LRJ Cerritos processes approximately $4.0 million worth of credits and $4.0
13    million worth of debits through the LRJ Cerritos GO Account. Approximately $3.8 million of
14    the credits and $3.1 million of the debits are electronic/automatic payments that cannot be easily
15    redirected. In addition, all checks are generated through LRJ Cerritos's in-house computer
16    document management system supported by ADP. It would require not only re-programming
17    of the laser printers, but also the creation of a new memory card, in order to have checks
18    generated from a new bank account.

19    Any disruption to the credits and debits being processed through the LRJ Cerritos GO
20    Account would make the operation of LRJ Cerritos's business impossible. For these reasons,
21    LRJ Cerritos is seeking authority to maintain the LRJ Cerritos GO Account and to have any
22    administrative holds placed on the LRJ Cerritos GO Account by Wells Fargo, other than what
23    may be needed for a very short period of time to protect any reasonable, potential setoff rights
24    of Wells Fargo pursuant to Citizens Bank of Maryland v. Strumpf, 516 U.S. 16, 18 (1995),
25    lifted immediately. Notwithstanding the foregoing, all transactions through the LRJ Cerritos
26    GO Account will be documented in LRJ Cerritos's monthly operating reports, so operational
27    transparency will be maintained.

28

18

1  ## H.    MOTION FOR JOINT ADMINISTRATION

2       Ernest Townsend is the President and owns the majority of the equity in both of the

3  Debtors.  Joshua Townsend is the Vice President and owns 40% of the equity in both of the

4  Debtors and is largely responsible for their day-to-day operations.    In addition to the

5  commonality of senior management and ownership, the Debtors share the same bookkeeper and

6  maintain centralized accounting functions.  Likewise the Debtors share BMW FS, which has

7  cross-guaranties, as their primary secured creditor, and both of the Debtors have issues with

8  JLRNA.  Based on the foregoing, the Debtors believe that joint administration of their cases is

9  appropriate.

10      The Debtors further believe that joint administration of their cases will avoid duplicative

11 expenses and will ensure that creditors in the cases will receive appropriate notice of pertinent

12 matters.  In addition, the Debtors believe that joint administration of the cases, including the use

13 of a single pleadings docket, the combining of notices to creditors of the two estates, and the

14 joint handling of purely administrative matters will aid in expediting the cases and rendering the

15 process less costly, without prejudicing the substantive rights of any creditor.

16      The Debtors further believe that, in the event an official committee of unsecured

17 creditors ("Committee") is formed, joint administration of the cases will assist the OUST in

18 forming one (1) Committee, which should further reduce costs to the estates.    Additionally,

19 granting joint administration will eliminate further need for the Debtors to file identical motions

20 and orders in each of the cases when seeking relief that is common to both of the Debtors, will

21 avoid the further waste of judicial resources related to, for example, the docketing of identical

22 motions, declarations and orders in each of the cases, and will permit the Debtors' estates to

23 avoid the substantial copy costs and service costs associated with filing and serving motions and

24 other pleadings in the cases that seek collective relief for the Debtors.

25      In consideration of the foregoing, the Debtors are requesting that the Court approve joint

26 administration of the Debtors' estates and the use of the proposed caption attached hereto as

27 Exhibit "10."

28

1  **J.    MOTION TO PAY PREPETITION TAXES**

2          Under California state law, (1) the Debtors are required to collect DMV fees (the "DMV

3  Fees") and sales taxes (the "Vehicle Sales Taxes") from the purchase price paid for all vehicles,

4  (2) the Debtors are required to pay the DMV Fees to the DMV within 2 weeks of the underlying

5  vehicle sale, and (3) the Debtors are required to pay Vehicle Sales Taxes on the 24th or last day

6  of each month for the prior month.

7          Since the DMV Fees and Vehicle Sales Taxes are collected from the purchase price paid

8  for vehicles and essentially held in trust for the state of California, the Debtors believe that the

9  amounts paid for the DMV Fees and Vehicle Sales Taxes are not property of their bankruptcy

10 estates.  However, if the DMV Fees and Vehicle Sales Taxes are not timely paid, the Debtors

11 would face fines and could potentially have their resale certificates terminated, which would

12 result in the cessation of all business operations and the decimation of the value of the Debtors'

13 businesses.  Accordingly, in an abundance of caution, the Debtors are requesting that the Court

14 authorize the Debtors pay any DMV Fees and Vehicle Sales Taxes that arose before the Petition

15 Date in the approximate amount of $104,604 ($53,100 for LRJ Anaheim and $51,504 for LRJ

16 Cerritos).  As discussed, these amounts will be paid from the amounts collected from the

17 purchase price paid for vehicles and held in trust for the payment of the DMV Fees and Vehicle

18 Sales Taxes.

19 **K.    MOTION TO EXTEND THE TIME TO FILE SCHEDULES, STATEMENTS OF**

20 **FINANCIAL AFFAIRS AND RELATED DOCUMENTS**

21         The Debtors filed "face sheet" bankruptcy petitions.  As a result, the Clerk of the Court

22 issued Case Commencement Deficiency Notices.  Pursuant to such notices, the Bankruptcy

23 Code, and the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), the

24 deadline for the Debtors to file their Schedules of Assets and Liabilities (the "Schedules"),

25 Statements of Financial Affairs (the "SOFA"), and any other documents required to be filed

26 pursuant to such notices or other similar notice issued by the Court (collectively, the "Required

27

28

1    Documents") is currently September 23, 2011. The Debtors are requesting an extension of thirty

2    (30) days from September 23, 2011 to October 24, 2011 to file the Required Documents.

3    　　　　Prior to and after the commencement of their Chapter 11 bankruptcy cases, the Debtors

4    have been working diligently to ensure that they can maintain and continue their business

5    operations and meet the requirements of the OUST (the "OUST Requirements"), including the

6    filing of the Debtors' "7-Day Packages."  In addition to the OUST Requirements, Section 521

7    requires that the Debtors each "file a list of creditors, and unless the court orders otherwise, a

8    schedule of assets and liabilities, a schedule of current income and current expenditures, and a

9    statement of the debtor's financial affairs...." 11 U.S.C. § 521(a).  Pursuant to Bankruptcy Rule

10   1007(c) and Local Bankruptcy Rule 1007-1, if no extension of time has been granted, the

11   Debtors must file their Schedules and Statements within fourteen (14) days from the date of the

12   filing of their bankruptcy petitions.  However, Bankruptcy Rule 1007(c) also provides that an

13   extension of time for the filing of the Schedules and Statements may be granted "on motion for

14   cause shown and on notice to the United States Trustee . . . ." Fed. R. Bankr. P. 1007(c).

15   　　　　The Debtors, who share common management, have been required to concurrently (1)

16   gather information to prepare the Required Documents, (2) take actions and gather information

17   required in order to meet the OUST Requirements, and (3) prepare and file a number of motions,

18   all of which are referenced above, so that the Debtors could continue operating and economically

19   administer their estates.

20   　　　　Based on the foregoing, the Debtors need a short amount of additional time to prepare

21   and file the Required Documents. The Debtors are confident that an extension of thirty (30) days

22   from the current deadline of September 23, 2011 October 24, 2011 to file the Required

23   Documents will afford the Debtors a sufficient amount of time to complete and file such

24   documents.

25   　　　　If the Debtors are forced to file the Required Documents by the current deadline, it is

26   likely that the Debtors will have to later revise and make substantial amendments to the Required

27   Documents.   Doing so will only increase the Debtors' administrative expenses and cause

28

1    confusion to third parties. Thus, the Debtors respectfully submit that their requested extension of

2    time to file the Required Documents is reasonable and appropriate and should be approved by

3    the Bankruptcy Court. The Debtors do not believe that any of their creditors will be prejudiced

4    by the extension of time requested herein. To the contrary, creditors will be benefited by a more

5    efficient administration of these cases. Based on the foregoing, the Debtors respectfully submit

6    that cause exists for granting the Debtors their requested extension of time to file the Required

7    Documents.

8    Dated: September 9, 2011            TOWNSEND CORPORATION

9                                d/b/a Land Rover Jaguar Anaheim Hills

10                              - and -

11                              LRJC, INC.

12                              d/b/a Land Rover Jaguar Cerritos

13

14                           By:    /s/ Todd M. Arnold
                                   MARTIN J. BRILL

15                                    TODD M. ARNOLD
                                   LEVENE, NEALE, BENDER, YOO

16                                      & BRILL L.L.P.
                                 Proposed Attorneys for Debtors and

17                                    Debtors in Possession

18

19

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF ERNEST W. TOWNSEND IV

2

I, Ernest W. Townsend IV, hereby declare as follows:

3        1.    I am over 18 years of age. Except where otherwise stated, I have personal

4    knowledge of the facts set forth below and, if called to testify, I could and would testify

5    competently thereto.

6        2.    I hold a bachelor's degree in economics from California State University,

7    Sacramento and a business degree from Harvard Business School. I have held numerous senior

8    management positions at large companies. From 1972 to 1982, I served as the Brand Manager,

9    Marketing Director, and Vice President of Marketing for Van De Kamp's Frozen Foods. From

10   1982 to 1987, I served as the President of All American Gourmet Company, which was sold to

11   Kraft in 1987. From 1987 to 1992, I served as the Group Vice President and President of Frozen

12   Food Group of Kraft/Philip Morris, a company that, at that time, had annual sales of

13   approximately $1 billion. From 1992 to 1995, I served as the President of the Office of the

14   Chairman of Dole Food Company of North America, a company that, at that time, had 8

15   operating divisions and annual sales of approximately $2.76 billion. From 1997 to 2002, I

16   owned and served as the president for Land Rover Newport Beach and Land Rover Mission

17   Viejo. From 2003 to the present, I have owned and operated Townsend Corporation d/b/a Land

18   Rover Jaguar Anaheim Hills ("LRJ Anaheim") and LRJC, Inc. d/b/a Land Rover Jaguar Cerritos

19   ("LRJ Cerritos"), the debtors and debtors in possession in the above captioned cases for which

20   joint administration is being sought (collectively, the "Debtors").

21       3.    I am the President and own 60% of the equity of Townsend Corporation d/b/a

22   Land Rover Jaguar Anaheim Hills ("LRJ Anaheim") and am the President and own 55% of the

23   equity of LRJC, Inc. d/b/a Land Rover Jaguar Cerritos ("LRJ Cerritos"), the debtors and debtors

24   in possession in the above captioned cases for which joint administration is being sought

25   (collectively, the "Debtors").

26

27

28

1    4.    I make this declaration in support of the Omnibus Facts to which this declaration

2    is attached. Unless otherwise stated, all capitalized terms herein have the same meanings as in

3    the Omnibus Facts to which this declaration is attached.

4    5.    On September 9, 2011 (the "Petition Date"), the Debtors commenced their

5    bankruptcy cases by each filing a voluntary petition for relief under Chapter 11 of title 11,

6    United States Code § 101, et seq. (the "Bankruptcy Code").[4]  No trustees have been appointed,

7    and the Debtors are continuing to manage their financial affairs as debtors in possession pursuant

8    to Sections 1107 and 1108.

9    6.    The Debtors are principally owned and operated by me and my son, Joshua

10   Townsend. LRJ Anaheim has been in business since 2000. LRJ Cerritos has been in business

11   since 2006. The Debtors sell new Jaguar and Land Rover vehicles and various previously owned

12   vehicles. The Debtors also have a service and parts departments.

13   7.    Additional information regarding the Debtors and their business operations can be

14   found at http://www.lrjah.com/ (LRJ Anaheim) and http://lrjcerritos.com/ (LRJ Cerritos).

15   8.    The Debtors are parties to various agreements (the "Dealer Agreements") with

16   Jaguar Land Rover North America, LLC ("JLRNA").    Under the terms of the Dealer

17   Agreements, among other things, (1) JLRNA sells new Jaguar and Land Rover vehicles (the

18   "New Vehicles") to the Debtors, which the Debtors then sell to their customers, and (2) JLRNA

19   provides certain business builder programs (the "Business Builder Programs"), pursuant to

20   which JLRNA is required to make payments to the Debtors if certain conditions are met (the

21   "Business Builder Payments").

22   9.    In summary, under the Business Builder Programs, by the last day of the month

23   following a quarter, JLRNA makes Business Builder Payments to the Debtors based on sales of

24   New Vehicles from the prior quarter (a "Business Builder Period"). At present, in order for sales

25   of New Vehicles to count for the purposes of Business Builder Payments, the following general

26

27   _____

[4] Unless otherwise stated, all section references herein are to the Bankruptcy Code.

28

24

1   requirements (which have changed over time when it suited JLRNA) must be met (1) the vehicle
2   has to be sold in the applicable Debtors' territory or an unassigned territory and (2) the vehicle
3   must be registered to an end-user and there has to be proof of the address of the end-user. Up
4   until about February 2011, the registration of the subject New Vehicle and proof of the address
5   of the end-user were not requirements for New Vehicle sales to qualify under the Business
6   Builder Programs. I believe that this was added as a requirement to prohibit the sale of New
7   Vehicles to auto brokers and auto brokers subsequently selling New Vehicles to dealers or end-
8   users outside of the United States.

9          10.    If the requirements are not met with respect to a particular New Vehicle, then
10  JLRNA does not make the Business Builder Payment for such vehicle. If the requirements are
11  not met with respect to 10% or more of the New Vehicles sold during a Business Builder Period,
12  then JLRNA does not make any Business Builder Payments for any New Vehicle sales during
13  the Business Builder Period, including New Vehicle sales that would otherwise meet the
14  requirements of the Business Builder Programs. The Business Builder Payments make up a
15  substantial portion of the Debtors' revenue and are essential to the funding of the Debtors'
16  continued operations and profitability.

17         11.    LRJ Anaheim has an ongoing dispute with JLRNA due to alleged issues raised by
18  JLRNA regarding Business Builder Payments to LRJ Anaheim under the Business Builder
19  Programs and JLRNA's efforts to recoup prior payments to LRJ Anaheim by offsetting
20  payments that came due and will come due in 2011. In particular, in or about January 2011,
21  JLRNA initiated an audit of the sales of LRJ Anaheim's New Vehicles and related Business
22  Builder Payments for the fourth quarter of 2010; the audit was eventually expanded to cover the
23  entire year of 2010 and the fourth quarter of 2009 (the "Audit Period"). JLRNA did not provide
24  the audit information for the Audit Period to LRJ Anaheim until the last possible moment
25  allegedly allowed under the Dealer Agreements. Based on JLRNA's audit, JLRNA concluded
26  that more than 10% of New Vehicle sales during the fourth quarter of 2009 and the first three
27  quarters of 2010 (the "Subject Period") did not meet the requirements of the Business Builder

28

1 | Programs and that, therefore, the Business Builder Payments for the Subject Period totaling
2 | approximately \$950,000 would have to be repaid by LRJ Anaheim to JLRNA (the "Subject
3 | Period Business Builder Payments").

4 |      12.    I conducted an in-depth analysis of JLRNA's audit and pointed out numerous
5 | errors in the audit. For example, I identified a number of New Vehicle Sales that met all of the
6 | requirements of the Business Builder Program, including the registration of the subject New
7 | Vehicle and proof of the address of the end-user, yet were not included as qualifying sales. If
8 | some of the foregoing sales had been counted, then LRJ Anaheim would have been under the
9 | 10% threshold for total denial of Business Builder Payments for all of the relevant periods within
10 | the Subject Period and a much smaller amount would be at issue between the parties.
11 | Notwithstanding the clear evidence of audit errors I provided, such evidence was not considered
12 | by JLRNA which would not even respond to such evidence.

13 |      13.    As a result, JLRNA has offset approximately \$576,000 in Business Builder
14 | Payments that should have been made to LRJ Anaheim for the first and second quarters of 2011
15 | (the "2011 Business Builder Payments") against the 2010 Business Builder Payments, and
16 | JLRNA asserts that it is owed approximately \$374,000 more to fully recoup the Subject Period
17 | Business Builder Payments. LRJ Anaheim vigorously disputes the timeliness and conclusions of
18 | JLRNA's audit for the Subject Period and JLRNA's claim that it was/is entitled to recoup the
19 | Subject Period Business Builder Payments. To the contrary, LRJ Anaheim is entitled to payment
20 | of the 2011 Business Builder Payments and other amounts. In particular, JLRNA has
21 | impermissibly withheld approximately \$431,495 owed to LRJ Anaheim for warranty
22 | reimbursements (i.e., for performing services on vehicles under warranty from JLRNA) (the
23 | "Warranty Payments") and offset amounts owed by LRJ Anaheim to JLRNA for parts (which
24 | are now being sold on a COD basis to LRJ Anaheim) against the Warranty Payments owed to
25 | LRJ Anaheim. Additionally, JLRNA has unilaterally withheld approximately \$153,500 owed to
26 | LRJ Anaheim for incentive payments (i.e., incentives offered to buyers and dealers regarding
27 | vehicle purchases) (the "Incentive Payments") by tying entitlement to Incentive Payments to
28 |

1  entitlement to the 2011 Business Builder Payments. Neither of the foregoing actions are allowed
2  under the Dealer Agreements. In total, JLRNA owes LRJ Anaheim at least \$1,160,995 for the
3  foregoing amounts.

4  14.    In or about August 2011, JLRNA made a request for information concerning New
5  Vehicle Sales by, and Incentive Payments to, LRJ Cerritos.[5] I believe that JLRNA has requested
6  such information in an effort (1) to conduct an erroneous audit similar to the one conducted for
7  LRJ Anaheim, and (2) to use such audit as a basis for recouping past Incentive Payments.

8  15.    In addition to the foregoing efforts to destroy the Debtors' businesses, JLRNA
9  recently placed additional financial pressure on LRJ Anaheim by placing it on COD for parts.

10  16.    The Debtors finance their inventory and operations principally through various
11  loan agreements (the "Loan Agreements") with BMW Financial Services NA, LLC ("BMW
12  FS"). More specifically, by way of the Loan Agreements, BMW FS provides what are
13  commonly referred to as "flooring" loans to the Debtors. That is, when the Debtors order New
14  Vehicles from JLRNA, BMW FS pays JLRNA for the New Vehicles, which increases the
15  Debtors' obligations to BMW FS, but generally does not result in obligations to JLRNA.
16  Pursuant to the Loan Agreements, BMW FS also finances the Debtors' purchases of previously
17  owned vehicles (the "Used Vehicles"). BMW FS has also provided other loans to the Debtors
18  for the build-out of their dealerships.

19  17.    As of the Petition Date, the Debtors owed BMW FS approximately \$12,004,406
20  including the following: (a) \$631,131 on a capital loan for the LRJ Anaheim Land Rover
21  dealership in 2000 owed by LRJ Anaheim, (b) \$563,334 on a capital loan for the LRJ Anaheim
22  Jaguar dealership addition in 2006 owed by LRJ Anaheim, (c) \$1,533,334 on a loan to complete
23  the LRJ Cerritos dealership in 2006 owed by LRJ Anaheim, (d) \$4,442,212 in flooring loans
24  owed by LRJ Anaheim, and (e) \$4,834,395 in flooring loans owed by LRJ Cerritos (collectively,
25  the "BMW FS Claim"). Thus, of the total BMW FS Claim, \$7,170,011 is owed by LRJ

26  _____

[5] LRJ Cerritos asserts that the time for JLRNA to conduct audits for certain portions of the period for which
27  information is being sought has passed. LRJ Cerritos reserves all claims and rights against JLRNA, including, but
not limited to, claims and rights regarding the validity and timeliness of any audits by JLRNA.

28

1    Anaheim and \$4,834,395 is owed by LRJ Cerritos. The BMW FS Claim is allegedly cross-

2    guarantied and secured by a first priority lien on substantially all of the Debtors' assets,

3    including the Debtors' New Vehicles, Used Vehicles, furniture, fixtures, equipment, and bank

4    accounts.

5        18.    As of the Petition Date, the Debtors were current on the BMW FS Claim.

6    However, BMW FS has taken actions, including (1) cutting off the Debtors' Used Vehicle

7    flooring lines, and (2) placing tremendous pressure on the Debtors to reduce the amounts owing

8    under the pre-existing flooring loans related to the Debtors' Used Vehicles, which have resulted

9    in the Debtors suffering substantial losses.

10       19.    First, prior to April 2009, Used Vehicle sales at LRJ Anaheim and LRJ Cerritos

11   were important profit centers for both of the Debtors. Prior to that date, the Debtors were

12   averaging \$62,000 per month in profits on Used Vehicle sales. However, in April 2009, and

13   contrary to agreements between BMW FS and the Debtors, BMW FS completely shut off the

14   Debtors' Used Vehicle flooring lines. This action had a double impact on the Debtors. First, it

15   deprived the Debtors of a substantial continuing revenue source. In addition, it made it more

16   difficult for the Debtors to sell aging Used Vehicles that it had in stock, because this aged

17   inventory often must be sold at a loss, which losses the Debtor could previously offset against

18   gains made from selling profitable newer Used Vehicle inventory. With BMW FS's cutting off

19   of the Used Vehicle flooring line, the Debtors' successful Used Vehicle business model was

20   essentially destroyed.

21       20.    Second, starting in or about March 2009, BMW FS informed the Debtors that

22   they would be required to reduce their inventory of Used Vehicles and the amounts outstanding

23   on the pre-existing flooring loans for such vehicles. Since that demand from BMW FS in March

24   2009, the Debtors have engaged in an extremely aggressive and costly forced sell-down of its

25   Used Vehicles, as follows:

26   | Date | Amt Owing to BMW FS on Used Vehicles | Used Vehicles |
     |------|--------------------------------------|---------------|
27   | 12/31/2008 | \$10,430,656.32 | 254 |

28

| | | |
|---|---|---|
| 12/31/2009 | $6,100,377.55 | 170 |
| 12/31/2010 | $3,936,842.66 | 60 |
| 06/30/2011 | $3,084,207.88 | 32 |
| **Total Reduction:** | **$7,346,448.44** | **222** |

21.     As set forth above, at the end of 2008 the Debtors had over $10 million owing to BMW FS on their pre-owned flooring lines.  BMW FS promised that if the Debtors reduced the amount owing on the pre-owned flooring lines to $4 million, BMW FS would reinstate the pre-owned flooring line.  BMW FS also threatened to terminate the New Vehicle flooring line (which would have ended the Debtors' business) if these demands were not met.   Under extreme financial duress, the Debtors met those demands, however, BMW FS did not reinstate the pre-owned flooring line.  Instead, BMW FS moved the "target" again, first demanding that the pre-owned flooring line be paid down to $2 million, and then later again reducing the pre-owned line to $1.5 million.  Had BMW FS reinstated the Used Vehicle flooring lines, as it repeatedly promised, the Debtors would have been able to sell off their aging Used Vehicles, their Used Vehicle business would have been highly profitable, and any issues with BMW FS would have been resolved.

22.     This pattern of BMW FS setting sales and Used Car flooring loan reduction requirements under threat of shutting off the financing of New Vehicle flooring loans has continued to the present.  In the most recent quarter, BMW FS demanded that the Debtors reduce the pre-owned flooring line by another $1.2 million.  Also, at a minimum, the pre-owned flooring line had to be paid down by at least $300,000 per month (under threat of BMW FS terminating the Debtors' New Vehicle flooring lines, and thus putting the Debtors out of business).  The Debtors were able to meet this demand and reduced the pre-owned flooring line by $1.2 million in the most recent quarter.

23.     Despite the Debtors repeatedly informing BMW FS that this pace for reducing the amounts owing under the pre-owned flooring lines was unsustainable, BMW FS insisted that the pre-owned lines be reduced by yet another $1.2 million in the current quarter, with the

1   first monthly paydown of $300,000 due by September 10, 2011.

2      24.   LRJ Anaheim disputes and continues to dispute the claims made by LRJNA

3   regarding audit issues related to in the LRJ Anaheim Business Builder Program and LRJNA's

4   efforts to offset to recover prior Business Builder Payments.  To the contrary, as discussed

5   above, LRJ Anaheim is owed at least $1,160,995 by JLRNA for Business Builder Payments,

6   Warranty Payments, and Incentive Payments.  LRJ Cerritos also disputes any alleged issues

7   regarding LRJ Cerritos' compliance with the provisions of the LRJ Cerritos Dealership

8   Agreements.

9      25.   However, rather than jeopardize the value of the Debtors' businesses, the

10   Debtors decided to sell their businesses.  Prior to the Petition Date, the Debtors retained a

11   broker to market both of the Debtors' dealerships for sale.  The broker obtained an offer from a

12   well-known Southern California auto dealer (the "Potential Buyer").  The Debtors engaged in

13   substantial discussions with the Potential Buyer and sought JLRNA's approval of the sale of the

14   Debtors' dealerships to the Potential Buyer.  JLRNA approved the Potential Buyer, and the

15   Debtors and the Potential Buyer exchanged drafts of an asset purchase agreement.

16      26.   For inexplicable reasons, as the parties were negotiating and the Potential Buyer

17   was conducting its due diligence, the Debtors believe that Carrie Catherine, of JLRNA, made

18   false statements about the Debtors' inventory and other issues.  I also believe that, contrary to

19   the confidentiality provisions of the Dealership Agreements and the Debtors' admonishments,

20   Carrie Catherine, made statements to the Potential Buyer regarding the Debtors' business.  It is

21   still unknown why JLRNA and Carrie Catherine would take actions manifestly contradictory to

22   their efforts to terminate their business relationship with the Debtors and to replace them with

23   the Potential Buyer.  In any event, as a result of, among other things, the foregoing conduct by

24   JLRNA, on the afternoon of August 31, 2011, the Potential Buyer indicated that it was no

25   longer interested in purchasing the Debtors' dealerships.

26      27.   While the apparent loss of the proposed sale to the Potential Buyer is a setback,

27   the Debtors are still focused on selling their businesses.  The Debtors are already negotiating

28

1    with a new buyer (the "New Buyer") that is interested in purchasing one or both of the Debtors'

2    businesses.  In addition, the Debtors intend to engage a broker specializing in the sale of auto

3    dealerships to attract additional potential buyers and obtain the best possible price for the

4    Debtors and their assets.  Barring extraordinary circumstances, I believe that any sale of the

5    Debtors' businesses will result in sale proceeds sufficient to pay BMW FS and all of the

6    Debtors' other creditors in full.  If the Debtors are unable to locate a viable buyer or buyers for

7    one or both of the Debtors' businesses and to consummate a sale or sales to such buyer or

8    buyers in the near-term, the Debtors will seek to reorganize and continue operations, as doing so

9    is in the best interests of the Debtors, their estates, and their creditors.

10    28.    In the meantime, it is imperative that Debtors maintain the value of their

11    businesses.  In order to do so, the Dealership Agreements and the Loan Agreements will have to

12    remain in full force and effect.  In order to achieve the foregoing and to allow the Debtors a

13    breathing spell while they try to consummate a sale or sales or the confirmation of a

14    reorganization plan or plans, the Debtors decided to file their bankruptcy cases.

15    29.    As discussed above, as of the Petition Date, the amount the Debtors owed to

16    BMW FS on the BMW FS Claim was approximately $12,004,406.  As also discussed above,

17    the BMW FS Claim is allegedly cross-guarantied and secured by a first priority lien on

18    substantially all of the Debtors' assets (the "Assets"), including the Debtors' cash collateral (the

19    "Cash Collateral").

20    30.    I beleive that BMW FS is the only entity that has an interest in the Debtors' Cash

21    Collateral.  The other entities that filed Financing Statements (ADP Commercial Leasing, LLC,

22    Ford Motor Company, the Employment Development Department, the IRS, Sterling Savings

23    Bank, Bank of the West (Trinity Division), Anthony Rector, and Wayne's (a Division of Tool

24    Works, Inc.), either (1) only have interests in particular pieces of equipment or alleged tax liens

25    that do not attach to Cash Collateral, and/or (2) were erroneously included in the Financing

26    Statements obtained by the search because the liens are against entities other than the Debtors.

27    31.    Collectively attached hereto as Exhibit "5" are the Debtors' balance sheets dated

28

31

1   as of August 31, 2011 (the "Balance Sheets"), which are maintained in the ordinary course of

2   the Debtors' businesses. As can be seen from the Balance Sheets, as of August 31, 2011, (1) the

3   value of LRJ Anaheim's Assets was approximately $12,875,723 (including, among other things,

4   approximately $2,554,248 in accounts receivable, $4,379,011 in new and used vehicle and parts

5   and other inventory, and $3,164,096 in buildings and improvements, furniture fixtures and

6   equipment, and service vehicles), (2) the value of LRJ Cerritos' Assets was approximately

7   $14,655,559 (including, among other things, approximately $1,311,666 in accounts receivable,

8   $3,636,286 in new and used vehicle and parts and other inventory, and $717,768 in buildings

9   and improvements, furniture fixtures and equipment, and service vehicles). Thus, the total

10  value of the Debtors' Assets was approximately $27,531,282.

11      32.     The Debtors hope to be able to negotiate a cash collateral stipulation and a

12  postpetition financing arrangement with BMW FS that will enable the Debtors sufficient time to

13  (1) consummate a sale of substantially all of the Debtors' assets, (2) obtain a new flooring

14  lender, and/or (3) confirm a plan or plans of reorganization. In the meantime, the Debtors are

15  seeking authority to use Cash Collateral on an interim basis pending a final hearing, as it is

16  imperative that the Debtors immediately be allowed to use Cash Collateral.

17      33.     The only source of revenue available to the Debtors to use to operate their

18  businesses is the revenue generated from the sale of vehicles, services, and equipment. As a

19  result, the Debtors have no ability to continue to operate their businesses and maintain the going

20  concern value thereof unless the Debtors have immediate access to, and use of, their Cash

21  Collateral to pay the Debtors' ordinary operating expenses, including, but not limited to,

22  payroll, rent, utilities, etc. The expenses the Debtors must be able to pay are set forth in the

23  budgets (the "Budgets") for each of the Debtors collectively attached hereto as Exhibit "6." The

24  Debtors' inability to pay those expenses would cause immediate and irreparable harm to the

25  Debtors and their businesses. The inability of the Debtors to use their Cash Collateral would

26  likely result in the immediate closure of the Debtors' dealerships, which would lead to a

27  precipitous decline in the Debtors' going concern value and gravely jeopardize any sale or

28

1   reorganization of the Debtors' businesses, which would harm all creditors of the Debtors,
2   including causing substantial losses for BMW FS.

3          34.     As discussed in the concurrently filed cash collateral motion, I believe that
4   BMW FS will be adequately protected by a large equity cushion, continued operations,
5   continued ordinary course payments on the BMW FS Claim (i.e., as vehicles are sold, the
6   Debtors will payoff BMW FS's liens on such vehicles arising from the flooring loans and the
7   Debtors will continue to make ordinary course interest and principal payments on the other
8   obligations owing to BMW FS), and the granting of a replacement lien..

9          35.     Accordingly, the Debtors respectfully request that the Court enter an order
10  authorizing the Debtors to use Cash Collateral pursuant to the Budgets on an interim basis
11  pending a final hearing, except that the Debtors seek Court authority to exceed the total
12  budgeted sums (both individually and in the aggregate) by no more than 15% to enable the
13  Debtors to avoid having to rush back into Court if the Debtors' actual expenses exceed the
14  Debtors' budgeted expenses by a small amount. Moreover, if actual expenditures for any line
15  items during a particular period are less than in the Budgets, the difference shall carryover to the
16  following months. Notwithstanding the foregoing, each Debtor, its particular Cash Collateral,
17  its particular Budget, and the accounting under its particular Budget will be treated separately.
18  That is, there will be separate accounting and no commingling between the Debtors. A
19  proposed form of order regarding Cash Collateral Use is attached hereto as Exhibit "7."

20         36.     The Debtors have approximately 56 employees (35 for LRJ Anaheim and 21 for
21  LRJ Cerritos). The Debtors pay their employees on the 5th and 20th of each month. The
22  Debtors' next pay period covers September 1, 2011 through September 15, 2011 (the "Pay
23  Period"). Thus, the Pay Period includes both a prepetition period covering September 1, 2011
24  through and including September 9, 2011 (the "Prepetition Period") and a postpetition period
25  covering September 10, 2011 through and in including September 15, 2011. Collectively
26  attached hereto as Exhibit "8" are charts showing all of the wages, salaries, commissions, and
27  bonuses (the "Wages") that accrued during the Prepetition Period for each of the Debtors that
28

1    remain unpaid. As can be seen from Exhibit "8" the total amount of Wages for the Prepetition

2    Period is approximately $110,808 ($62,034.00 for LRJ Anaheim and $48,774 for LRJ Cerritos).

3    There may be some slight variation in the foregoing figures, as some employees are paid

4    commissions on sales that may not have been accounted for as of the date these papers were

5    filed. All employees that the Debtors are seeking to pay Wages for the Prepetition Period are

6    still employed by the Debtors.

7         37.      The Debtors are also seeking to pay all payroll taxes related to the Wages. Such

8    payroll taxes total approximately $12,500 ($7,500 for LRJ Anaheim and $5,000 for LRJ

9    Cerritos) for the entire Pay Period.

10        38.      The Debtors pay their employees their Wages with checks. The Debtors utilize a

11   payroll service provider, ADP, to process the payment of payroll taxes on the Wages. The

12   Debtors would need authority to pay the Wages and related payroll taxes by September 16,

13   2011 in order to timely process payroll checks and payments to ADP to pay related payroll

14   taxes.

15        39.      The source of funds to be used to honor the Wages for the Pay Period (including

16   the Prepetition Period) will be the Debtors' revenue, which the Debtors believe BMW FS will

17   contend constitutes its Cash Collateral. The Budgets include line items for the payment of the

18   Wages and related payroll taxes for the Pay Period (including the Prepetition Period).

19        40.      In addition to the foregoing amounts, the Debtors are seeking authority to make

20   approximately $2,391 in payments ($1,916 for LRJ Anaheim and $475 for LRJ Cerritos) that

21   are or were collected from employee wages for the Pay Period for the payment of employee

22   contributions to insurance plans and 401(k) retirement plans and the repayment of employee

23   loans from 401(k) retirement plans (the "Additional Payments"). Since the payments for the

24   Additional Payments are or were collected from employee wages to make the Additional

25   Payments, the Debtors submit that these funds do not constitute assets of the estate or the Cash

26   Collateral of the BMW FS.

27        41.      The Debtors' employees have also accrued vacation and leave benefits pre-

28

34

1    petition. In order to attract and retain Debtors' employees, among other things, the Debtors

2    maintain what I believe are competitive and reasonable vacation and leave benefits policies. In

3    the ordinary course of the Debtors' businesses, the employees are authorized to take their

4    accrued vacation or leave time in connection with their continued service. Maintaining good

5    relationships with, and the morale of, the employees requires continuing to honor vacation and

6    leave policies currently in effect for the employees. Accordingly, the Debtors are seeking

7    authority to honor these policies postpetition for the benefit of the employees in order to allow

8    the employees to take their accrued vacation or leave time in the ordinary course of business.

9        42.    The Debtors employees are integral to the Debtors continued operations and the

10   generation of revenue, while preserving the value of the estates. In short, the Debtors cannot

11   continue to operate and reorganize without their employees. If the Debtors do not continue to

12   pay their employees their ordinary and earned Wages and to honor vacation and leave policies,

13   the majority, if not all, employees will likely quit. Without employees, the Debtors' operations

14   and the value of the Debtors' businesses will be severely impaired, if not eviscerated altogether.

15       43.    The Debtor is not seeking authority to pay the prepetition priority wages of any

16   "insiders;" approval to pay insider compensation will be sought pursuant to Notices of Setting

17   Insider Compensation which have been, or will be, filed with the United States Trustee.

18       44.    To operate their businesses, the Debtors receive water, gas, electricity, telephone,

19   internet and similar utility services from a number of utility companies (each a "Utility

20   Company," and collectively, the "Utility Companies"). Given the importance of the services

21   provided by the Utility Companies to the Debtors' businesses, it is crucial that the means of

22   providing adequate assurance to the Utility Companies which provide utility services to the

23   Debtors be determined immediately so that there is no interruption in the services provided.

24       45.    Prior to the commencement of the Debtors' bankruptcy cases, the Utility

25   Companies listed in Exhibit "9" hereto, which is separated to cover the Debtors separately,

26   provided utility services to the Debtors. The Debtors intend to provide adequate "assurance of

27   payment" by providing each of the Utility Companies listed in Exhibit "9" hereto with a cash

28

35

1   deposit, as authorized by Section 366(c)(1)(A)(i), in the amounts set forth in Exhibit "9" hereto.

2   The proposed deposit amounts were determined based on an average of the last twelve (12)

3   monthly bills received by the Debtors from the respective Utility Companies. The source of

4   funds to be used to pay the cash deposits to the Utility Companies will be the Debtors' revenue,

5   which the Debtors believe BMW FS will contend constitutes its Cash Collateral. The Budgets

6   include line items for the payment of the deposits to the Utility Companies for each of the

7   Debtors, which total $17,209.84 ($9,038.35 for LRJ Anaheim and $8,171.49 for LRJ Cerritos).

8   46.    In connection with business operations, the Debtors often require "deposits" to

9   purchase a vehicle. Such deposits generally exceed the $2,600 cap I have been informed is set

10  forth in Section 507(a)(7) Bankruptcy Code. Customers typically place a deposit with one of

11  the Debtors, which the applicable Debtor treats as unearned until the customer completes the

12  transaction by paying the balance of the purchase price with cash or financing. In certain

13  situations, if a transaction is not completed, the applicable Debtor has an obligation to refund

14  the deposits. While I believe that such deposits are not property of their bankruptcy estates, in

15  an abundance of caution, the Debtors are requesting that the Court authorize the Debtors to

16  honor such deposits received prepetition and complete sales transactions or refund deposits in

17  the ordinary course of the Debtors' businesses for transactions that were initiated prepetition.

18  47.    The Debtors also sells parts and accessories. For stock on hand, customers

19  typically pay upon receipt of the product. For orders, the Debtors require a 100% deposit, none

20  of which as of the Petition Date exceeded the $2,600 cap that I understand is set forth in Section

21  507(a)(7) Bankruptcy Code. The Debtors must be able to fill such orders and, if they cannot fill

22  the orders, the customer is entitled to a refund. While I believe that such deposits are not

23  property of their bankruptcy estates, in an abundance of caution, the Debtors are requesting that

24  the Court authorize the Debtors to honor such prepetition deposits and complete sales

25  transactions that were initiated prepetition or refund prepetition deposits in the ordinary course

26  of the Debtors' businesses.

27  48.    In addition, when the Debtors sell vehicles, the Debtors estimate registration and

28

1    license fees, which are paid by the customers. Such registration and license fees are overstated

2    to ensure full payment. When actual fees are determined, the Debtors receives a refund check

3    for the benefit of the customer. The Debtors must be able to honor their customer obligations

4    by returning the registration and license refunds to their customers. I believe that such funds are

5    received by the Debtors in trust for their customers and are not property of the bankruptcy

6    estates. In an abundance of caution, however, the Debtors are seeking a Court order authorizing

7    the Debtors to honor such prepetition obligations to customers by returning fee refunds received

8    by the Debtors for transactions that were initiated prepetition.

9    49.    In addition, in conjunction with the operation of its business, the Debtors often

10   purchase used cars or take used cars as trade-ins for new vehicles. When this happens, the

11   Debtors are required to payoff the liens for the used car that was purchased or traded in. The

12   Debtors would face penalties and jeopardize their vehicle dealer license in the event that they

13   did not payoff such liens. Moreover, the Debtors must be able to payoff such liens to clear title

14   for the purchased and traded in vehicles so that they can be resold and to avoid efforts to

15   repossess the subject vehicles by the relevant lienholders. As of the Petition Date, the total

16   amount owed by the Debtors to such lienholders for transactions that were imitated prepetition

17   was approximately $200,000 ($72,000 for LRJ Anaheim and $128,00 for LRJ Cerritos).

18   50.    The preservation of going concern value of the Debtors' businesses depends

19   directly upon the patronage and loyalty of their customers. Any delay in honoring prepetition

20   deposits and customer programs, or in consummating transactions that were initiated

21   prepetition, will severely and irreparably impair the Debtors' customer relations and reputation.

22   However, honoring the prepetition claims related to deposits and customer programs, and

23   closing prepetition transactions, will help preserve the value of the Debtors' estates by

24   preventing a great deal of negative publicity and loss of customer goodwill, which would

25   severely damage the Debtors' value and possibly jeopardize any proposed sale or

26   reorganization. Therefore, the Debtors, in an exercise of their business judgment, believe that

27   honoring their prepetition customer obligations and closing transactions that were initiated

28

37

1    prepetition in the ordinary course is in the best interests of the Debtors and their estates.

2    51.    LRJ Anaheim maintains the following four (4) bank accounts: (1) a general

3    operating account (the "LRJ Anaheim GO Account") with Wells Fargo Bank, N.A. ("Wells

4    Fargo") used for most of the   payments received and made by LRJ Anaheim, (2) a reserve

5    account with Wells Fargo that is no longer used, (3) an account with City National Bank, and

6    (4) an account with Security Bank of California.   LRJ Anaheim intends to close all of the

7    foregoing Bank Accounts, except for the LRJ Anaheim GO Account.

8    52.    Unfortunately, it would be extremely difficult, if not impossible, for LRJ

9    Anaheim to close the LRJ Anaheim GO Account.   In an average month, LRJ Anaheim

10   processes approximately $3.735 million worth of credits and $3.3 million worth of debits

11   through the LRJ Anaheim GO Account.   Approximately $3.7 million of the credits and $2.9

12   million of the debits are electronic/automatic payments that cannot be easily redirected.   In

13   addition, all checks are generated through LRJ Anaheim's in-house computer document

14   management system supported by ADP.   It would require not only re-programming of the laser

15   printers, but also the creation of a new memory card, in order to have checks generated from a

16   new bank account.

17   53.    Any disruption to the credits and debits being processed through the LRJ

18   Anaheim GO Account would make the operation of LRJ Anaheim's business impossible.

19   Notwithstanding the foregoing, all transactions through the LRJ Anaheim GO Account will be

20   documented in LRJ Anaheim's monthly operating reports, so operational transparency will be

21   maintained.

22   54.    LRJ Cerritos maintains the following three (3) bank accounts: (1) a general

23   operating account (the "LRJ Cerritos GO Account") with Wells Fargo used for most of the

24   payments received and made by LRJ Cerritos, (2) a reserve account with Wells Fargo that is no

25   longer used, and (3) an account with SBOC that is not being used.   LRJ Cerritos intends to close

26   the Wells Fargo reserve account and the SBOC account.   Unfortunately, it would be extremely

27   difficult, if not impossible, for LRJ Cerritos to close the LRJ Cerritos GO Account.   In an

28

1    average month, LRJ Cerritos processes approximately $4.0 million worth of credits and $4.0

2    million worth of debits through the LRJ Cerritos GO Account. Approximately $3.8 million of

3    the credits and $3.1 million of the debits are electronic/automatic payments that cannot be easily

4    redirected. In addition, all checks are generated through LRJ Cerritos's in-house computer

5    document management system supported by ADP. It would require not only re-programming

6    of the laser printers, but also the creation of a new memory card, in order to have checks

7    generated from a new bank account.

8        55.    Any disruption to the credits and debits being processed through the LRJ

9    Cerritos GO Account would make the operation of LRJ Cerritos's business impossible.

10   Notwithstanding the foregoing, all transactions through the LRJ Cerritos GO Account will be

11   documented in LRJ Cerritos's monthly operating reports, so operational transparency will be

12   maintained.

13       56.    I am the President and own the majority of the equity in both of the Debtors.

14   Joshua Townsend, my son, is the Vice President and owns 40% of the equity in both of the

15   Debtors and is largely responsible for their day-to-day operations. In addition to the

16   commonality of senior management and ownership, the Debtors share the same bookkeeper and

17   maintain centralized accounting functions. Likewise the Debtors share BMW FS, which has

18   cross-guaranties, as their primary secured creditor, and both of the Debtors have issues with

19   JLRNA. Based on the foregoing, I believe that joint administration of the Debtors' cases is

20   appropriate.

21       57.    I believe that joint administration of the Debtors' cases will avoid duplicative

22   expenses and will ensure that creditors in the cases will receive appropriate notice of pertinent

23   matters. In addition, I believe that joint administration of the cases, including the use of a single

24   pleadings docket, the combining of notices to creditors of the two estates, and the joint handling

25   of purely administrative matters will aid in expediting the cases and rendering the process less

26   costly, without prejudicing the substantive rights of any creditor.

27       58.    I further believe that, in the event an official committee of unsecured creditors

28

39

1   ("Committee") is formed, joint administration of the cases will assist the OUST in forming one

2   (1) Committee, which should further reduce costs to the estates. Additionally, granting joint

3   administration will eliminate further need for the Debtors to file identical motions and orders in

4   each of the cases when seeking relief that is common to both of the Debtors, will avoid the

5   further waste of judicial resources related to, for example, the docketing of identical motions,

6   declarations and orders in each of the cases, and will permit the Debtors' estates to avoid the

7   substantial copy costs and service costs associated with filing and serving motions and other

8   pleadings in the cases that seek collective relief for the Debtors.

9       59.    In consideration of the foregoing, the Debtors are requesting that the Court

10  approve joint administration of the Debtors' estates and the use of the proposed caption attached

11  hereto as Exhibit "10."

12      60.    Under California state law, (1) the Debtors are required to collect DMV fees (the

13  "DMV Fees") and sales taxes (the "Vehicle Sales Taxes") from the purchase price paid for all

14  vehicles, (2) the Debtors are required to pay the DMV Fees to the DMV within 2 weeks of the

15  underlying vehicle sale, and (3) the Debtors are required to pay Vehicle Sales Taxes on the 24th

16  or last day of each month for the prior month.

17      61.    Since the DMV Fees and Vehicle Sales Taxes are collected from the purchase

18  price paid for vehicles and essentially held in trust for the state of California, I believe that the

19  amounts paid for the DMV Fees and Vehicle Sales Taxes are not property of the Debtors'

20  bankruptcy estates. However, if the DMV Fees and Vehicle Sales Taxes are not timely paid,

21  the Debtors would face fines and could potentially have their resale certificates terminated,

22  which would result in the cessation of all business operations and the decimation of the value of

23  the Debtors' businesses. Accordingly, in an abundance of caution, the Debtors are requesting

24  that the Court authorize the Debtors pay any DMV Fees and Vehicle Sales Taxes that arose

25  before the Petition Date in the approximate amount of $104,604 ($53,100 for LRJ Anaheim and

26  $51,504 for LRJ Cerritos). As discussed, these amounts will be paid from the amounts

27  collected from the purchase price paid for vehicles and held in trust for the payment of the

28

1  DMV Fees and Vehicle Sales Taxes.

2       62.    The Debtors filed "face sheet" bankruptcy petitions. As a result, the Clerk of the

3  Court issued (or will issue) Case Commencement Deficiency Notices. I understand that,

4  pursuant to such notices, the Bankruptcy Code, and the Federal Rules of Bankruptcy Procedure

5  (collectively, the "Bankruptcy Rules"), the deadline for the Debtors to file their Schedules of

6  Assets and Liabilities (the "Schedules"), Statements of Financial Affairs (the "SOFA"), and any

7  other documents required to be filed pursuant to such notices or other similar notice issued by

8  the Court (collectively, the "Required Documents") is currently September 23, 2011. The

9  Debtors are requesting an extension of thirty (30) days from September 23, 2011 to October 24,

10  2011 to file the Required Documents.

11       63.    Prior to and after the commencement of their Chapter 11 bankruptcy cases, the

12  Debtors have been working diligently to ensure that they can maintain and continue their

13  business operations and meet the requirements of the OUST (the "OUST Requirements"),

14  including the filing of the Debtors' "7-Day Packages." In addition to the OUST Requirements,

15  I understand that Section 521 requires that the Debtors each "file a list of creditors, and unless

16  the court orders otherwise, a schedule of assets and liabilities, a schedule of current income and

17  current expenditures, and a statement of the debtor's financial affairs...." 11 U.S.C. § 521(a). I

18  understand that, pursuant to Bankruptcy Rule 1007(c) and Local Bankruptcy Rule 1007-1, if no

19  extension of time has been granted, the Debtors must file their Schedules and Statements within

20  fourteen (14) days from the date of the filing of their bankruptcy petitions.

21       64.    The Debtors, who share common management, have been required to

22  concurrently (1) gather information to prepare the Required Documents, (2) take actions and

23  gather information required in order to meet the OUST Requirements, and (3) prepare and file a

24  number of motions, all of which are referenced above, so that the Debtors could continue

25  operating and economically administer their estates.

26       65.    Based on the foregoing, the Debtors need a short amount of additional time to

27  prepare and file the Required Documents. I am confident that an extension of thirty (30) days

28

41

1  from the current deadline of September 23, 2011 October 24, 2011 to file the Required
2  Documents will afford the Debtors a sufficient amount of time to complete and file such
3  documents.

4      66.    If the Debtors are forced to file the Required Documents by the current deadline,
5  it is likely that the Debtors will have to later revise and make substantial amendments to the
6  Required Documents. I believe that doing so will only increase the Debtors' administrative
7  expenses and cause confusion to third parties. Thus, I respectfully submit that the Debtors'
8  requested extension of time to file the Required Documents is reasonable and appropriate and
9  should be approved by the Bankruptcy Court. I do not believe that any of the Debtors' creditors
10  will be prejudiced by the extension of time requested herein. To the contrary, creditors will be
11  benefited by a more efficient administration of these cases. Based on the foregoing, the Debtors
12  respectfully submit that cause exists for granting the Debtors their requested extension of time
13  to file the Required Documents.

14      I declare under penalty of perjury under the laws of the United States of America that the
15  foregoing is true and correct.

16      Executed this 9th day of September 2011, at Bellevue Rd.

17
18  ERNEST W. TOWNSEND IV
19
20
21
22
23
24
25
26
27
28

42

1

## DECLARATION OF TODD M. ARNOLD

2      I, Todd M. Arnold, hereby declare as follows:

3      1.      I am over 18 years of age.  Except where otherwise stated, I have personal
4  knowledge of the facts set forth below and, if called to testify, I could and would testify
5  competently thereto.

6      2.      I am duly licensed to practice law in the state of California, in the United States
7  District Courts and Bankruptcy Courts for the Northern, Eastern, Central, and Southern Districts
8  of California, and before the Ninth Circuit.

9      3.      I am a partner in the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P.,
10 counsel to Townsend Corporation d/b/a Land Rover Jaguar Anaheim Hills ("LRJ Anaheim") and
11 LRJC, Inc. d/b/a Land Rover Jaguar Cerritos ("LRJ Cerritos"), the debtors and debtors in
12 possession in the above captioned cases for which joint administration is being sought
13 (collectively, the "Debtors").

14     4.      I make this declaration in support of the Motion to which this declaration is
15 attached.  Unless otherwise stated, all capitalized terms herein have the same meanings as in the
16 Motion.

17     5.      I caused the Debtors to order from CLAS Information Systems summaries of
18 UCC Financing Statements affecting the Debtors and the actual UCC Financing Statements.
19 Collectively attached hereto as Exhibit "1" and "2" are summaries of UCC-1 Financing
20 Statements and the actual UCC-1 Financing Statements (collectively, the "LRJ Anaheim
21 Financing Statements") affecting LRJ Anaheim that were obtained by conducting searches under
22 the name "Townsend Corporation" (Exhibit "1") and "Land Rover Jaguar Anaheim Hills"
23 (Exhibit "2").  Collectively attached hereto as Exhibit "3" and "4" are summaries of UCC-1
24 Financing Statements and the actual UCC-1 Financing Statements (collectively, the "LRJ
25 Cerritos Financing Statements" and, together with the LRJ Anaheim Financing Statements, the
26 "Financing Statements") affecting LRJ Cerritos that were obtained by conducting searches under
27 the name "LRJC, Inc." (Exhibit "3") and "Land Rover Jaguar Cerritos" (Exhibit "4").

28

1     I declare under penalty of perjury under the laws of the United States of America that the

2   foregoing is true and correct.

3       Executed this 9th day of September 2011, at Los Angeles, California.

4

5                               /s/ Todd M. Arnold
                                TODD M. ARNOLD

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28





**SECRETARY OF STATE
STATE OF CALIFORNIA**

### Search Certificate

SEARCH REQUESTED ON:                                                    06/28/2011
Organization Debtor: **TOWNSEND CORPORATION**

Address: **NOT SPECIFIED**
Date Range From: **NOT SPECIFIED**
Search: **ALL**

**\* Indicates Filings that have been accepted after the Certification Date.**

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 00-20261121 | **Financing Statement** | 07/19/2000 | 11:27 | 07/19/2015 | 3 |

**Debtor:**
**Organization:**   ANAHEIM HILLS
5425 E LA PALMA AVE, ANAHEIM CA USA, 92807

TOWNSEND CORPORATION
5425 E LA PALMA AVE, ANAHEIM CA USA, 92807

TOWNSEND CORPORATION
5425 E LA PALMA AVE, ANAHEIM CA USA, 92807

TOWNSEND COPORATION
5425 E LA PALMA AVE, ANAHEIM CA USA, 92807

**Secured Party:**
**Organization:**   BMW FINANCIAL SERVICES NA, LLC
5515 PARKCENTER CR, DUBLIN OH USA, 43017 3535

BMW FINANCIAL SERVICES NA, LLC
5550 BRITTON PARKWAY, HILLARD OH USA, 43016

| Amendment Filing # | Filing Type | File Date | File Time | # of Pages |
|---|---|---|---|---|
| 01-106C0414 | **Amendment** | 04/12/2001 | 11:46 | 1 |
| 05-70313453 | **Continuation** | 06/21/2005 | 07:40 | 1 |
| 05-70313459 | **Amendment** | 06/21/2005 | 07:45 | 1 |

Continue

| 05-70333498 | **Amendment** | 07/07/2005 | 08:53 | | 1 |
| 06-70787030 | **Amendment** | 07/20/2006 | 17:00 | | 1 |
| 10-72355206 | **Amendment** | 06/19/2010 | 11:15 | | 1 |
| 10-72355211 | **Continuation** | 06/19/2010 | 16:15 | | 1 |

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| **02-19060588** | **State Tax Lien** | **07/08/2002** | **17:00** | **07/08/2012** | **1** |

**Debtor:**
**Individual:**  TOWNSEND WILLIAM K.
611 CLOVIS AVE, CLOVIS CA USA, 93612 1904

**Organization:**  THE TOWNSEND CO.
611 CLOVIS AVE, CLOVIS CA USA, 93612 1904
**Secured Party:**
**Organization:**  EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 826880, SACRAMENTO CA USA, 94280 0001

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| **06-7096831939** | **Financing Statement** | **12/28/2006** | **14:14** | **12/28/2011** | **1** |

**Debtor:**
**Organization:**  TOWNSEND CORPORATION
5425 EAST LA PALMA AVENUE, ANAHEIM CA USA, 92807
**Secured Party:**
**Organization:**  ADP COMMERCIAL LEASING, LLC
15 WATERVIEW BLVD MS # 934, PARSIPPANY NJ USA, 07054

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| **07-7104695988** | **Financing Statement** | **03/02/2007** | **06:22** | **03/02/2012** | **1** |

**Debtor:**
**Organization:**  TOWNSEND CORPORATION
10861 183RD ST, CERRITOS CA USA, 90703
**Secured Party:**
**Organization:**  ADP COMMERCIAL LEASING, LLC
15 WATERVIEW BLVD MS # 934, PARSIPPANY NJ USA, 07054

Continue

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 07-7135756596 | **Federal Tax Lien** | 11/01/2007 | 17:00 | 12/01/2017 | 1 |

**Debtor:**
**Organization:** TOWNSEND COMPANY INC , A CORPORATION
17527 CORINTHIAN DR, ENCINO CA USA, 91316 3810

**Secured Party:**
**Organization:** IRS/OHIO
P.O. BOX 145595, CINCINNATI OH US, 45250 5595

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 08-7157694885 | **Financing Statement** | 05/09/2008 | 11:26 | 05/09/2013 | 3 |

**Debtor:**
**Organization:** TOWNSEND ASSOCIATES, LLC
580 SECOND STREET, SUITE 260, OAKLAND CA USA, 94607

**Secured Party:**
**Organization:** STERLING SAVINGS BANK
5005 SW MEADOWS ROAD, SUITE 400, LAKE OSWEGO OR USA,
97035

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 09-7185963856 | **Financing Statement** | 01/28/2009 | 12:10 | 01/28/2014 | 1 |

**Debtor:**
**Organization:** TOWNSEND CORPORATION
5425 EAST LA PALMA AVE, ANAHEIM HILLS CA USA, 92807

**Secured Party:**
**Organization:** FORD MOTOR COMPANY
1555 FAIRLANE DR SUITE 200, ALLEN PARK MI USA, 48101

Continue

---

**Total Pages:**      **18**

The undersigned Filing Officer hereby certifies that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgement liens, including any change documents relating to them, which name the above debtor, subject to any above-stated search qualifiers and are on file in my office as of **06/19/2011 at 1700 hours.**

The search results herein reflect only the specific information requested. The results of this Debtor search will not reflect variances of this name. If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted. The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

*Debra Bowen*

Debra Bowen
Secretary of State

CA-505

This FINANCING STATEMENT is presented for filing and will remain effective with certain exceptions for a period of five years from the date of filing pursuant to section 9403 of the California Uniform Commercial Code.

| 1. DEBTOR (LAST NAME FIRST—IF AN INDIVIDUAL) | | | 1A. SOCIAL SECURITY OR FEDERAL TAX NO. |
|---|---|---|---|
| Townsend-Vass Corporation | | | |

| 1B. MAILING ADDRESS | 1C. CITY, STATE | 1D. ZIP CODE |
|---|---|---|
| 5425 East La Palma Avenue | ANAHEIM, CA | 92807 |

| 2. ADDITIONAL DEBTOR (IF ANY) (LAST NAME FIRST—IF AN INDIVIDUAL) | | | 2A. SOCIAL SECURITY OR FEDERAL TAX NO. |
|---|---|---|---|
| | | | |

| 2B. MAILING ADDRESS | 2C. CITY, STATE | 2D. ZIP CODE |
|---|---|---|
| | | |

| 3. DEBTOR'S TRADE NAMES OR STYLES (IF ANY) | 3A. FEDERAL TAX NUMBER |
|---|---|
| dba Anaheim Hills | |

4. SECURED PARTY
NAME BMW FINANCIAL SERVICES NA, LLC
MAILING ADDRESS 5515 PARKCENTER CIRCLE
CITY DUBLIN    STATE OH    ZIP CODE See Att.

4A. SOCIAL SECURITY NO., FEDERAL TAX NO. OR BANK TRANSIT AND A.B.A. NO.

5. ASSIGNEE OF SECURED PARTY (IF ANY)
NAME
MAILING ADDRESS
CITY    STATE    ZIP CODE

5A. SOCIAL SECURITY NO., FEDERAL TAX NO. OR BANK TRANSIT AND A.B.A. NO.

6. This FINANCING STATEMENT covers the following types or items of property (include description of real property on which located and owner of record when required by instruction 4).

PLEASE SEE EXHIBIT A ATTACHED HERETO AND MADE A PART
HEREOF FOR THE COLLATERAL DESCRIPTION.

| 7. CHECK ☒ IF APPLICABLE | 7A. ☒ PRODUCTS OF COLLATERAL ARE ALSO COVERED | 7B. DEBTOR(S) SIGNATURE NOT REQUIRED IN ACCORDANCE WITH INSTRUCTION 6 (a) ITEM: ☐ (1) ☐ (2) ☐ (3) ☐ (4) |
|---|---|---|

| 8. CHECK ☒ IF APPLICABLE | ☐ DEBTOR IS A "TRANSMITTING UTILITY" IN ACCORDANCE WITH UCC 9106 (1) (n) CA-805 |
|---|---|

9. ►
SIGNATURE(S) OF DEBTOR(S)
Ernie Townsend    Townsend-Vass Corporation
TYPE OR PRINT NAME(S) OF DEBTOR(S)

►
SIGNATURE(S) OF SECURED PARTY(IES)
Armando Macias    BMW FINANCIAL SERVICES NA,
TYPE OR PRINT NAME(S) OF SECURED PARTY(IES)    LLC

11. Return copy to:

| NAME | LEXIS Document Services |
|---|---|
| ADDRESS | 1029 J Street |
| CITY | Suite 100 |
| STATE | Sacramento, CA 95814 |
| ZIP CODE | |

10. THIS SPACE FOR USE OF FILING OFFICER (DATE, TIME, FILE NUMBER

**0020261121**

CODES 1 2 3 4 5 6 7 8 9 0

FILED
SACRAMENTO, CA
JUL 18, 2000 AT 1127
BILL JONES
SECRETARY OF STATE

FORM UCC-1-
Approved by the Secretary of State

(1) FILING OFFICER COPY

1600625-1B

**Additional Debtor Information**
Debtor 1
Townsend-Vass Corporation
dba anaheim Hills
5425 East La Palma Avenue
ANAHEIM, CA 92807

Signature:

Townsend-Vass Corporation
dba anaheim Hills

**Additional Secured Party Information**
Secured Party 1
BMW FINANCIAL SERVICES NA, LLC
5515 PARKCENTER CIRCLE
DUBLIN, OH ███████████.

0020261121

## EXHIBIT A

### To: UCC-1 Financing Statement filed with
### California Secretary of State

**Debtor:**

TOWNSEND-VASS CORP.
dba Anaheim Hills
5425 East La Palma Avenue
Anaheim, CA 92807

**Secured Party:**

BMW FINANCIAL SERVICES NA, LLC
5515 Parkcenter Circle
Dublin, OH ███████

This financing statement covers the following types (or items) of property:

> All vehicle inventory, parts and accessories inventory, equipment, fixtures, accounts, holdback reserves, manufacturer rebates and incentive payments, general intangibles of the Debtor now owned and hereafter acquired, wherever located; all accessions to, substitutions for and all replacements of any of the foregoing; all chattel paper, documents, instruments, monies, residues and property of any kind related to any of the foregoing; all books and records of Debtor related to any of the foregoing, including without limitation, computer programs, print-outs, and other computer hardware and software materials and records pertaining to any of the foregoing; together with all proceeds and products of the foregoing, including, without limitation, proceeds of insurance policies insuring any of the foregoing.

0020261121

B 1660154-1    SOS-CA

This STATEMENT is presented for filing pursuant to the California Uniform Commercial Code.

| 1. FILE NO. OF ORIG. FINANCING STATEMENT 0020261121 | 1A. DATE OF FILING OF ORIG. FINANCING STATEMENT 07/19/2000 | 1B. DATE OF ORIG. FINANCING STATEMENT | 1C. PLACE OF FILING ORIG. FINANCING STATEMENT |
|---|---|---|---|

| 2. DEBTOR (LAST NAME FIRST) Townsend-Vass Corporation | | 2A. SOCIAL SECURITY OR FEDERAL TAX NO. |
|---|---|---|

| 2B. MAILING ADDRESS 5425 East La Palma Avenue | 2C. CITY, STATE ANAHEIM, CA | 2D. ZIP CODE 92807 |
|---|---|---|

| 3. ADDITIONAL DEBTOR (IF ANY) (LAST NAME FIRST) | | 3A. SOCIAL SECURITY OR FEDERAL TAX NO. |
|---|---|---|

| 3B. MAILING ADDRESS | 3C. CITY, STATE | 3D. ZIP CODE |
|---|---|---|

| 4. SECURED PARTY NAME BMW FINANCIAL SERVICES NA, LLC MAILING ADDRESS 5515 PARKCENTER CIRCLE CITY DUBLIN    STATE OH    ZIP CODE | 4A. SOCIAL SECURITY NO., FEDERAL TAX NO. OR BANK TRANSIT AND A.B.A. NO. |
|---|---|

| 5. ASSIGNEE OF SECURED PARTY (IF ANY) NAME MAILING ADDRESS CITY    STATE    ZIP CODE | 5A. SOCIAL SECURITY NO., FEDERAL TAX NO. OR BANK TRANSIT AND A.B.A. NO. |
|---|---|

6.

A [ ] CONTINUATION —The original Financing Statement between the foregoing Debtor and Secured Party bearing the file number and date shown above is continued. If collateral is crops or timber, check here [ ] and insert description of real property on which growing or to be grown in item 7 below.

B [ ] RELEASE — From the collateral described in the Financing Statement bearing the file number shown above, the Secured Party releases the collateral described in item 7 below.

C [ ] ASSIGNMENT — The Secured Party Certifies that the Secured Party has assigned to the Assignee above named, all the Secured Party's rights under the Financing Statement bearing the file number shown above in the collateral described in item 7 below.

D [ ] TERMINATION—The Secured Party certifies that the Secured Party no longer claims a security interest under the Financing Statement bearing the file number shown above.

E [x] AMENDMENT —The Financing Statement bearing the file number shown above is amended as set forth in item 7 below. (Signature of Debtor required on all amendments.)

F [ ] OTHER

7. Please change name of debtor to: TOWNSEND CORPORATION    from: Townsend-Vass Corp.

| 8. Townsend Corporation f/k/a Townsend-Vass Corporation    (DATE) _____ 19__ By _____    President SIGNATURE(S) OF DEBTOR(S)    (TITLE) BMW FINANCIAL SERVICES NA, LLC By _____ SIGNATURE(S) OF SECURED PARTY(IES)    (TITLE) | C O D E 1 2 3 4 5 6 7 8 9 | 9. This Space for Use of Filing Officer (Date, Time, Filing Officer) 01106C0414 |
|---|---|---|

| 10. Return Copy To    CA-SOS NAME ADDRESS CITY AND STATE    LEXIS Document Services 1029 J Street Suite 100 Sacramento, CA 95814 | | FILED SACRAMENTO, CA APR 12, 2001 AT 1145 BILL JONES SECRETARY OF STATE |
|---|---|---|

STANDARD FORM—FILING FEE    Uniform Commercial Code — Form UCC-2
Approved by the Secretary of State

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 4062640002
FILING NUMBER: 05-70313453
FILING DATE: 6/21/2005 7:40:35 AM
IMAGE GENERATED ELECTRONICALLY FOR XML FILING

THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or |
|---|---|
| 00-20261121 | recorded) in the REAL ESTATE RECORDS. |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☑ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

| ☐ CHANGE name and/or address: Give current record name in item 6; also give new name and/or new address in item 7. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c |
|---|---|---|

6. CURRENT RECORD INFORMATION:

| OR | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| OR | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| OR | a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | BMW FINANCIAL SERVICES NA, LLC | | | |
| | b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
CA-0-14573707-00266

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 4062760002
FILING NUMBER: 05-70313459
FILING DATE: 6/21/2005 7:46:05 AM
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 00-20261121 | |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☑ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Give current record name in item 6; ☐ DELETE name: Give record name to ☐ ADD name: Complete item 7a or 7b, also give new name and/or new address in item 7. be deleted in item 6a or 6b. and also item 7c

**6. CURRENT RECORD INFORMATION:**

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | ANAHEIM HILLS | | | |
| | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Townsend Coporation | | | |
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5425 E LA PALMA AVE | ANAHEIM | CA | 92807- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | C2118848 ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE): check only one box.**
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☑ and enter name of DEBTOR authorizing this amendment.

| | a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | BMW FINANCIAL SERVICES NA, LLC | | | |
| | b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
CA-0-14573715-00266

FILING OFFICE COPY

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 4254350002
FILING NUMBER: 05-70333498
FILING DATE: 7/7/2005 8:53:33 AM
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or |
|---|---|
| 00-20261121 | recorded) in the REAL ESTATE RECORDS. |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☑ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☑ CHANGE name and/or address: Give current record name in item 6; ☐ DELETE name: Give record name to ☐ ADD name: Complete item 7a or 7b,
   also give new name and/or new address in item 7.      be deleted in item 6a or 6b.      and also item 7c

6. CURRENT RECORD INFORMATION:

| OR | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | Townsend Coporation | | | |
| | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| OR | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | TOWNSEND CORPORATION | | | |
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5425 E LA PALMA AVE | ANAHEIM | CA | 92807- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | C2118848 ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☑ and enter name of DEBTOR authorizing this amendment.

| OR | a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | BMW FINANCIAL SERVICES NA, LLC | | | |
| | b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
CA-0-14710823-00266

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**06-70787030**

**07/20/2006 17:00**

**FILED**
CALIFORNIA
SECRETARY OF STATE
$05

**8944370002    UCC 3 FILING**

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone (800) 331-3282    Fax (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Mailing Address)  9226 BMW FINANCIAL S

UCC Direct Services          **8871565**
P.O. Box 29071
Glendale, CA ▮▮▮▮▮▮▮▮         **CALI**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
0020261121  19-JUL-2000  SS  CA

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☒ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. **CURRENT RECORD INFORMATION:**

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | BMW FINANCIAL SERVICES NA, LLC | | | |
| | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. **CHANGED (NEW) OR ADDED INFORMATION:**

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | BMW FINANCIAL SERVICES NA, LLC | | | |
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5560 Britton Parkway | Hilliard | OH | 43016 | |

| 7d. SEE INSTRUCTION | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | BMW FINANCIAL SERVICES NA, LLC | | | |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
8871565  Debtor Name: ANAHEIM HILLS  KLH

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3)  (REV. 05/22/02)

Received by: UCC Direct Services, P.O. Box 29071
Glendale, CA ▮▮▮▮▮▮ Tel (800) 331-3282

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 25384780002
FILING NUMBER: 10-72355206
FILING DATE: 06/19/2010 11:15
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 00-20261121 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☒ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.  ☒ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c

6. CURRENT RECORD INFORMATION:

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | ANAHEIM HILLS | | | |
| | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) or ADDED INFORMATION:

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any  ☐ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| | a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | BMW FINANCIAL SERVICES NA, LLC | | | |
| | b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
CA-0-42061043

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 25385140002
FILING NUMBER: 10-72355211
FILING DATE: 06/19/2010 16:15
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
00-20251121

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects Debtor or Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
DELETE name: Give record name to be deleted in item 6a or 6b.
ADD name: Complete item 7a or 7b, and also item 7c

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any | NONE |
|---|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral deleted or added, or give entire restated collateral description, or describe collateral assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here and enter name of DEBTOR authorizing this amendment.
9a. ORGANIZATION'S NAME
BMW FINANCIAL SERVICES NA, LLC

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

10. OPTIONAL FILER REFERENCE DATA
CA-0-42061044

FILING OFFICE COPY

Recording Requested By
State of California
Employment Development Department

**(916) 227-1705**

When recorded mail to:

**STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
CENTRAL COLLECTION DIVISION, MIC 92
P.O. BOX 826880
SACRAMENTO, CALIFORNIA** ▬▬▬

**0219060588**





## NOTICE OF STATE TAX LIEN
(Filed pursuant to Section 7171 of the Government Code)

WILLIAM K. TOWNSEND
THE TOWNSEND CO.

**FILED
SACRAMENTO, CA**
JUL  06, 2002 AT 1700
**BILL JONES
SECRETARY OF STATE**

611 CLOVIS AVE
CLOVIS        CA ▬▬▬

| Account No. 433 9142 4 | | SEC OF STATE | Certificate No. W▬▬▬ | |
|---|---|---|---|---|
| **TAX PERIOD** | **TAX** | **PENALTY** | **INTEREST** | **TOTAL** |
| 01/01/99 THRU 12/31/00 | 801.48 | 645.74 | 176.34 | 1,623.56 |
| | | | | |

Interest calculated through    06/26/02

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the Unemployment Insurance Code, the Revenue and Taxation Code, or both.

**THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.**

Date    06/26/02

At Sacramento, California

The Director of the Employment Development Department has complied with all provisions of the Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

By _____
Authorized Representative
This agency has adopted the use of a facsimile signature as affixed above.

DE 2181 Rev. 14 (2-01)  State of California / Employment Development Department

CU-PA026

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|

| B. SEND ACKNOWLEDGMENT TO: (Name and Address) | |
|---|---|
| UCC DIRECT SERVICES<br>2727 ALLEN PARKWAY<br>HOUSTON, TX 77019<br>USA | DOCUMENT NUMBER: 10905620002<br>FILING NUMBER: 06-7096831939<br>FILING DATE: 12/28/2006 14:14<br>IMAGE GENERATED ELECTRONICALLY FOR XML FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| OR | TOWNSEND CORPORATION | | | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| 5425 EAST LA PALMA AVENUE | ANAHEIM | | CA | 92807 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | 02118848    ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| | | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | ADP Commercial Leasing, LLC | | | | |
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 15 Waterview Blvd MS # 934 | Parsippany | NJ | 07054 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

USER PORTS AND ALL RELATED ATTACHMENTS AND ACCESSORIES

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

CA-0-22945369-47170

FILING OFFICE COPY

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 11714230002
FILING NUMBER: 07-7104685988
FILING DATE: 03/02/2007 06:22
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | |
|---|---|---|---|
| **1a. ORGANIZATION'S NAME** TOWNSEND CORPORATION | | | |
| **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

| | | | | |
|---|---|---|---|---|
| **1c. MAILING ADDRESS** 10861 183RD ST | **CITY** CERRITOS | **STATE** CA | **POSTAL CODE** 90703 | **COUNTRY** USA |

| **1d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **1e. TYPE OF ORGANIZATION** Corporation | **1f. JURISDICTION OF ORGANIZATION** CA | **1g. ORGANIZATIONAL ID#, if any** 02118848 ☐ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | | | |
|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | |
| **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

| | | | | |
|---|---|---|---|---|
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

| **2d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID#, if any** ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | | | |
|---|---|---|---|
| **3a. ORGANIZATION'S NAME** ADP Commercial Leasing, LLC | | | |
| **3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

| | | | | |
|---|---|---|---|---|
| **3c. MAILING ADDRESS** 15 Waterview Blvd MS # 934 | **CITY** Parsippany | **STATE** NJ | **POSTAL CODE** 07054 | **COUNTRY** USA |

**4. This FINANCING STATEMENT covers the following collateral:**
NETWORKING EQUIPMENT AND ALL RELATED ATTACHMENTS AND ACCESSORIES

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| **6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable] | **7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-23986016-47170

FILING OFFICE COPY

Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585, STOP 8420G
CINCINNATI, OH ▬▬▬▬▬▬

**07-7135756596**

**11/01/2007  17:00**

 FILED
CALIFORNIA
SECRETARY OF STATE
SOS


14733090003  UCC 1 FILING

For Optional Use by Recording Office

| Form 668 (Y)(c)<br>(Rev. February 2004) | 4667 Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** |
|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br>▬▬▬▬▬▬ |
|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  TOWNSEND COMPANY INC , a Corporation

Residence        17527 CORINTHIAN DR
                 ENCINO, CA ▬▬▬▬▬

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1120 | 03/31/1995 | | 12/15/1995 | N/A | 145204.89 |
| 1120 | 03/31/1995 | | 04/12/1999 | 05/12/2009 | |
| 1120 | 03/31/1997 | | 03/01/1999 | 03/31/2009 | 4894.67 |

Place of Filing

          SECRETARY OF STATE
          SACRAMENTO, CA 94235

Total | $ | 150099.56

This notice was prepared and signed at _____ LOS ANGELES, CA _____ , on this,
the ___23rd__ day of __October__ , __2007__.

| Signature    *K. A. Mitchell*<br>for M. MIA | Title<br>REVENUE OFFICER<br>(818) 756-4575 | 27-03-2422 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Nancy Dalton    (503) 684-4570

**B. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

UNISEARCH, INC.
1903 21st Street
Sacramento, CA  95811
ACCT # 10015724

08-7157694885
05/09/2008 11:26

FILED
CALIFORNIA
SECRETARY OF STATE
SOS

16955200002  UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Townsend Associates, LLC | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 680 Second Street, Suite 280 | Oakland | CA | 94607 | US |

| 1d. TAX ID # SSN OR EIN | ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | ltd liabl. co. | California | 199631710001 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. TAX ID # SSN OR EIN | ADD'L INFO RE: ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Sterling Savings Bank | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6005 SW Meadows Road, Suite 400 | Lake Oswego | OR | 97035 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

See Exhibit A attached hereto and incorporated by this reference.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. | This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
Townsend Associates, LLC - #4342

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

<u>EXHIBIT "A"</u>

All buildings, structures, appurtenances, improvements, equipment, machinery, fixtures, goods, accounts, general intangibles, documents, instruments and chattel paper, and all other personal property of every kind and description, whether now existing or hereafter acquired, now or at any time hereafter attached to, erected upon, situated in or upon, forming a part of, appurtenant to, used or useful in the construction or operation of or in connection with, or arising from the use or enjoyment of all or any portion of, or from any lease or agreement pertaining to, the real property located in the County of San Francisco, State of California, as hereinafter more particularly described, including without limitation:

    (A)    All of the income, rents, royalties, issues, profits, revenue and other benefits of any and all of such real property;

    (B)    All of the estate, interest or other claim or demand in and to such real property, including without limitation all deposits made with or other security given to utility companies by Debtor with respect to such real property and the improvements thereon, and all advance payments of insurance premiums made by Debtor with respect thereto and all claims or demands with respect to insurance;

    (C)    All furniture and furnishings, buildings, service equipment, building materials, supplies, machinery, boilers, equipment (including without limitation, all for the generation or distribution of air, water, heat, electricity, light, fuel or refrigeration, or for ventilating or air conditioning purposes, or for sanitary or drainage purposes, or for the removal of dust, refuse or garbage), partitions, appliances, ranges, refrigerators, cabinets, laundry equipment, radios, televisions, awnings, window shades, venetian blinds, drapes and drapery rods and brackets, screens, carpeting and other floor coverings, lobby furnishings, games and recreational and swimming pool equipment and incinerators, all vehicles and accessories, tools, jettings and parts and all other personal property of every kind and description;

    (D)    All proceeds and claims arising on account of any damage to or taking of such real property or any improvements thereon or any part thereof, and all causes of action and recoveries for any loss or diminution in the value of such real property or any improvements;

    (E)    All substitutions, accessions, additions and replacements to any of the foregoing; and

    (F)    All proceeds of any of the foregoing, including without limitation, proceeds of any voluntary or involuntary disposition or claim representing any part thereof (pursuant to judgment, condemnation award or otherwise) and all goods, documents, general intangibles, chattel paper and accounts, wherever located, acquired with cash proceeds of any of the foregoing or proceeds thereof.

The filing of this financing statement shall not be construed to derogate from or impair the lien or provisions of the Deed of Trust from Debtor to Secured Party encumbering such real property

1

with respect to any property described therein which is real property or which the parties have agreed to treat as real property. The hereby-stated intention of Debtor and Secured Party is that everything used in connection with the production of income from such real property or adapted for use therein is, and at all times and for all purposes and in all proceedings both legal or equitable shall be regarded as, real property and part of the real property encumbered by such Deed of Trust, irrespective of whether or not the same is physically attached to the improvements thereon. Similarly, nothing in this financing statement shall be construed to alter any of the rights of Secured Party as determined by such Deed of Trust or the priority of the Secured Party as determined by such Deed of Trust or the priority of the Secured Party's lien created thereby, and this financing statement is declared to be for the protection of Secured Party in the event any court shall at any time hold that notice of Secured Party's priority of interest in any property or interests described in such Deed of Trust must, in order to be effective against a particular class of persons, including but not limited to the United States Government and any agencies thereof, be filed in the office wherein this financing statement is filed.

The real property referred to above is located in the County of San Francisco, State of California, and is specifically described as follows, including all appurtenances and all buildings, structures, improvements and fixtures now or in the future located on such real property:

The land situated in the County of San Francisco, City of San Francisco, State of California, described as follows:

Parcel I:

Beginning at the point of intersection of the Southwesterly line of 5th Street and the Southeasterly line of Bluxome Street; running thence Southeasterly along the said line of 5th Street 130 feet; thence at a right angle Southwesterly 100 feet; thence at a right angle Northwesterly 130 feet to the Southeasterly line of Bluxome Street; thence at a right angle Northeasterly along the said line of Bluxome Street 100 feet to the point of beginning.

Being a part of 100 Vara Block No. 386.

APN: Lot 002; Block 3785

Parcel II:

Beginning at the point of intersection of the Northwesterly line of Townsend Street and the Southwesterly line of 5th Street; and running thence Southwesterly along said line of Townsend Street 100 feet; thence at a right angle Northwesterly 120 feet; thence at a right angle Northeasterly 100 feet to the Southwesterly line of 5th Street; and thence at a right angle Southeasterly along said line of 5th Street 120 feet to the point of beginning.

Being a part of 100 Vara Block No. 386.

APN: Lot 003; Block 3785

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Corporation Service Company

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Corporation Service Company
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833
USA

DOCUMENT NUMBER: 19889640002
FILING NUMBER: 09-7185963855
FILING DATE: 01/28/2009 12:10
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| TOWNSEND CORPORATION | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5425 EAST LA PALMA AVE | Anaheim Hills | CA | 92807 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | C2118848 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| FORD MOTOR COMPANY | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1555 Fairlane Dr Suite 200 | Allen Park | MI | 48101 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
"INDUSTRIAL EQUIPMENT-ROTUNDA GENERAL SERVICE EQUIPMENT TOOLS AND FIXTURES INCLUDING BUT NOT
LIMITED TO EQUIPMENT NOW IN POSSESSION OR
HEREAFTER ACQUIRED BY THE DEBTOR AND ALL PROCEEDS FROM ANY DISPOSITION THEREOF."

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY

EXHIBIT 2

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**10-7244533847**
**09/08/2010 17:00**

FILED
CALIFORNIA
SECRETARY OF STATE
SOS

26262240002    UCC 1 FILING

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Wynn's USA
1050 W. Fifth St.
Azusa, CA 91702

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **BMW OF RIVERSIDE** | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **3060 ADAMS STREET** | **Riverside** | **CA** | **92504** | **USA** |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION **TRADE NAME** | 1f. JURISDICTION OF ORGANIZATION **CA** | 1g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **BRAKE MASTERS** | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1547 LINCOLN BLVD** | *SANTA MONICA* | **CA** | *90401* | **USA** |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION **TRADE NAME** | 2f. JURISDICTION OF ORGANIZATION **CA** | 2g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Wynn's, A division of Illinois Tool Works, Inc.** | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1050 W. Fifth St.** | **AZUSA** | **CA** | **91702** | **USA** |

4. This FINANCING STATEMENT covers the following collateral:

**SEE ATTACHED**

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

# UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME |
| --- |

OR **BMW OF RIVERSIDE**

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| --- | --- | --- |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME |
| --- |

OR **CENTER ACURA**

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| **5230 VAN NUYS BLVD** | **SHERMAN OAKS** | **CA** | **91401** | **USA** |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION **TRADE NAME** | 11f. JURISDICTION OF ORGANIZATION **CA** | 11g. ORGANIZATIONAL ID #, if any | ☑ NONE |
| --- | --- | --- | --- | --- | --- |

12. ☐ ADDITIONAL SECURED PARTY'S _or_ ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME |
| --- |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

International Association of Commercial Administrators (IACA)

26262240002

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 19a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | **BMW OF RIVERSIDE** | | |
| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX | |

20. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (21a or 21b) - do not abbreviate or combine names

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **COMMUNITY CHEV** | | | | |
| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **200 W. OLIVE AVE.** | **Burbank** | **CA** | **91502** | **USA** |

| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION **TRADE NAME** | 21f. JURISDICTION OF ORGANIZATION **CA** | 21g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (22a or 22b) - do not abbreviate or combine names

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **COMPLETE AUTO CARE** | | | | |
| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **27913 CENTER DR** | **Mission Viejo** | **CA** | **92692** | **USA** |

| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION **TRADE NAME** | 22f. JURISDICTION OF ORGANIZATION **CA** | 22g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (23a or 23b) - do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **DC CARE & REPAIR** | | | | |
| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **2339 S LA BREA AVE** | **Los Angeles** | **CA** | **90016** | **USA** |

| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION **TRADE NAME** | 23f. JURISDICTION OF ORGANIZATION **CA** | 23g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

International Association of Commercial Administrators (IACA)

26262240002

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| | 19a. ORGANIZATION'S NAME |
|---|---|
| OR | **BMW OF RIVERSIDE** |
| | 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

20. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (21a or 21b) - do not abbreviate or combine names

| | 21a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **DISCOUNT TIRE-HUNTINGTON BEACH** | | | |
| | 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **7852-A WARNER AVE.** | **Huntington Beach** | **CA** | **92647** | **USA** |

| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION **TRADE NAME** | 21f. JURISDICTION OF ORGANIZATION **CA** | 21g. ORGANIZATIONAL ID #, if any ☑NONE |
|---|---|---|---|---|

22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (22a or 22b) - do not abbreviate or combine names

| | 22a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **LA BREA CHRYSLER/JEEP** | | | |
| | 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **401 S LA BREA AVE** | **Los Angeles** | **CA** | **90030** | **USA** |

| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION **TRADE NAME** | 22f. JURISDICTION OF ORGANIZATION **CA** | 22g. ORGANIZATIONAL ID #, if any ☑NONE |
|---|---|---|---|---|

23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (23a or 23b) - do not abbreviate or combine names

| | 23a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **LAMPE DODGE CHRYSLER JEEP** | | | |
| | 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1950 S BLACKSTONE** | **Tulare** | **CA** | **93274** | **USA** |

| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION **TRADE NAME** | 23f. JURISDICTION OF ORGANIZATION **CA** | 23g. ORGANIZATIONAL ID #, if any ☑NONE |
|---|---|---|---|---|

24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (24a or 24b)

| | 24a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (25a or 25b)

| | 25a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 19a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR **BMW OF RIVERSIDE** | | |
| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

20. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (21a or 21b) - do not abbreviate or combine names

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **LAND ROVER JAGUAR CERRITOS** | | | | |
| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **10861 183RD STREET** | **Cerritos** | **CA** | **90703** | **USA** |
| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION **TRADE NAME** | 21f. JURISDICTION OF ORGANIZATION **CA** | 21g. ORGANIZATIONAL ID #, if any ☑NONE |

22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (22a or 22b) - do not abbreviate or combine names

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **LANDROVER JAGUAR ANAHEIM HILLS** | | | | |
| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **5425 E. LA PALMA AVENUE** | **Anaheim** | **CA** | **92807** | **USA** |
| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION **TRADE NAME** | 22f. JURISDICTION OF ORGANIZATION **CA** | 22g. ORGANIZATIONAL ID #, if any ☑NONE |

23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (23a or 23b) - do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **NEWPORT AUTO CENTER** | | | | |
| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **445 E. PACIFIC COAST HWY** | **Newport Beach** | **CA** | **92660** | **USA** |
| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION **TRADE NAME** | 23f. JURISDICTION OF ORGANIZATION **CA** | 23g. ORGANIZATIONAL ID #, if any ☑NONE |

24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

26262240002

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 19a. ORGANIZATION'S NAME | | |
|---|---|---|
| **BMW OF RIVERSIDE** | | |
| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

OR

**20. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (21a or 21b) - do not abbreviate or combine names

OR

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **PRECISION AUTOMOTIVE** | | | | |
| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 21c. MAILING ADDRESS | CITY | | STATE · POSTAL CODE | COUNTRY |
| **7296 W. MANCHESTER AVE.** | **Los Angeles** | | **CA** · **90045** | **USA** |
| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION **TRADE NAME** | 21f. JURISDICTION OF ORGANIZATION **CA** | 21g. ORGANIZATIONAL ID #, if any ☑ NONE |

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (22a or 22b) - do not abbreviate or combine names

OR

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **SIMI VALLEY CHRYSLER JEEP DODG** | | | | |
| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 22c. MAILING ADDRESS | CITY | | STATE · POSTAL CODE | COUNTRY |
| **2350 FIRST STREET** | **Simi Valley** | | **CA** · **93065** | **USA** |
| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION **TRADE NAME** | 22f. JURISDICTION OF ORGANIZATION **CA** | 22g. ORGANIZATIONAL ID #, if any ☑ NONE |

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (23a or 23b) - do not abbreviate or combine names

OR

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **SOUTH BAY AUTO CENTER** | | | | |
| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 23c. MAILING ADDRESS | CITY | | STATE · POSTAL CODE | COUNTRY |
| **1030 E ARTESIA BLVD.** | **LONG BEACH** | | **CA** · **90805** | **USA** |
| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION **TRADE NAME** | 23f. JURISDICTION OF ORGANIZATION **CA** | 23g. ORGANIZATIONAL ID #, if any ☑ NONE |

**24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (24a or 24b)

OR

| 24a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 24c. MAILING ADDRESS | CITY | STATE · POSTAL CODE | COUNTRY |

**25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (25a or 25b)

OR

| 25a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 25c. MAILING ADDRESS | CITY | STATE · POSTAL CODE | COUNTRY |

26262240002

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 19a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | **BMW OF RIVERSIDE** | | |
| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX | |

**20. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (21a or 21b) - do not abbreviate or combine names

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **SURROZ DODGE-CHRY-JEEP** | | | | |
| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **151 N. NEELEY ST.** | **Visalia** | **CA** | **93291** | **USA** |
| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION **TRADE NAME** | 21f. JURISDICTION OF ORGANIZATION **CA** | 21g. ORGANIZATIONAL ID #, if any ☑ NONE |

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (22a or 22b) - do not abbreviate or combine names

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **WALTON'S AUTOMOTIVE** | | | | |
| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **27505 INDIAN PK RD.** | **Rolling Hills** | **CA** | **90274** | **USA** |
| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION **TRADE NAME** | 22f. JURISDICTION OF ORGANIZATION **CA** | 22g. ORGANIZATIONAL ID #, if any ☑ NONE |

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (23a or 23b) - do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **WARNER'S MOBIL** | | | | |
| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **5972 WARNER AVE** | **Huntington Beach** | **CA** | **92649** | **USA** |
| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION **TRADE NAME** | 23f. JURISDICTION OF ORGANIZATION **CA** | 23g. ORGANIZATIONAL ID #, if any ☑ NONE |

**24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

CSRs Free Equipment("EQ Grp") for Dess OREQCSRF.XLS

| Ship To Name | Ship To Address 1 | Ship To City | Ship Ste | Ship To Zip Code | Qty | Ship Item# | Item Description | Serial#/ Lot Id |
|---|---|---|---|---|---|---|---|---|
| BMW OF RIVERSIDE | 3000 ADAMS STREET | Riverside | CA | 92504 | 3 | 4007 | ENVIROPURGE WITH SIGHT GLASS | CONV |
| BMW OF RIVERSIDE | 3000 ADAMS STREET | Riverside | CA | 92504 | 2 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| BMW OF RIVERSIDE | 3000 ADAMS STREET | Riverside | CA | 92504 | 2 | 03000 | AIRCOMATIC 110V w/ US CORD | 007240 |
| BMW OF RIVERSIDE | 3000 ADAMS STREET | Riverside | CA | 92504 | 1 | 23000 | WYNNS PWR STR MACH | 007241 |
| BMW OF RIVERSIDE | 3000 ADAMS STREET | Riverside | CA | 92504 | 1 | 23000 | WYNNS PWR STR MACH | 001078 |
| BMW OF RIVERSIDE | 3000 ADAMS STREET | Riverside | CA | 92504 | 1 | 09500 | Braketech,flip top | 001079 |
| BMW OF RIVERSIDE | 3000 ADAMS STREET | Riverside | CA | 92504 | 1 | 09500 | Braketech,flip top | 002083 |
| BMW OF RIVERSIDE | 3000 ADAMS STREET | Riverside | CA | 92504 | 1 | 07805 | 3 TUBE ENGINE COOLANT FLUSH | 001079 |
| BMW OF RIVERSIDE | 3000 ADAMS STREET | Riverside | CA | 92504 | 1 | 07805 | 3 TUBE ENGINE COOLANT FLUSH | 002089 |
| BRAKE MASTERS | 1547 LINCOLN BLVD | SANTA MONICA | CA | 90401 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| CENTER ACURA | 5230 VAN NUYS BLVD | SHERMAN OAKS | CA | 91401 | 1 | 07805 | PWR STEERING FLUSH MACHINE BOX | 008902 |
| CENTER ACURA | 5230 VAN NUYS BLVD | SHERMAN OAKS | CA | 91401 | 1 | 22000 | PWR STEERING FLUSH MACHINE BOX | 008902 |
| CENTER ACURA | 5230 VAN NUYS BLVD | Sherman Oaks | CA | 91401 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| CENTER ACURA | 5230 VAN NUYS BLVD | Sherman Oaks | CA | 91401 | 1 | 03000 | AIRCOMATIC 110V w/ US CORD | 060482/265 |
| CENTER ACURA | 5230 VAN NUYS BLVD | Sherman Oaks | CA | 91401 | 1 | 09500 | Braketech,flip top | 001013 |
| COMMUNITY CHEV | 200 W. OLIVE AVE. | Burbank | CA | 91502 | 1 | 09500 | Braketech,flip top | 005711 |
| COMPLETE AUTO CARE | 27913 CENTER DR | Mission Viejo | CA | 92692 | 1 | 12000 | BRAKETECH MACHINE | 020093 |
| DC CARE & REPAIR | 2435 S LA BREA AVE | Los Angeles | CA | 90016 | 1 | 22000 | PWR STEERING FLUSH MACHINE BOX | 0 |
| DC CARE & REPAIR | 2435 S LA BREA AVE | Los Angeles | CA | 90016 | 1 | 07805 | 3 TUBE ENGINE COOLANT FLUSH | 000000 |
| DISCOUNT TIRE-HUNTINGTON BEACH | 7852-A WARNER AVE. | Huntington Beach | CA | 92647 | 1 | 03000 | AIRCOMATIC 110V w/ US CORD | 060482/356 |
| LA BREA CHRYSLER/JEEP | 401 S LA BREA AVE | Los Angeles | CA | 90030 | 1 | 06700 | T3 Transerve Machine | 001916 |
| LAMPE DODGE CHRYSLER JEEP | 1950 S. BLACKSTONE | Tulare | CA | 93274 | 1 | 06550 | DRAIN AND FILL ACCESSORY KIT | CONV |
| LAMPE DODGE CHRYSLER JEEP | 1950 S. BLACKSTONE | Tulare | CA | 93274 | 1 | 9901 | TRANSERVE ADAPTER KIT W/TRAY | CONV |
| LAMPE DODGE CHRYSLER JEEP | 1950 S. BLACKSTONE | Tulare | CA | 93274 | 1 | 9911 | LD. DIESEL ADAPTER KIT(BIG 3) | CONV |
| LAMPE DODGE CHRYSLER JEEP | 1950 S. BLACKSTONE | Tulare | CA | 93274 | 1 | 07805 | BRAKETECH ADAPTER KIT | CONV |
| LAND ROVER JAGUAR CERRITOS | 10861 183RD STREET | Cerritos | CA | 90703 | 1 | 03000 | ENVIROPURGE WITH SIGHT GLASS | CONV |
| LAND ROVER JAGUAR CERRITOS | 10861 183RD STREET | Cerritos | CA | 90703 | 1 | 04407 | ENVIROPURGE TOOL ADAPTER KIT | 0 |
| LAND ROVER JAGUAR CERRITOS | 10861 183RD STREET | Cerritos | CA | 90703 | 1 | 04409 | BRAKETECH ADAPTER KIT | CONV |
| LAND ROVER JAGUAR CERRITOS | 10861 183RD STREET | Cerritos | CA | 90703 | 1 | 9920 | AIRCOMATIC 110V w/ US CORD | 060482/278 |
| LAND ROVER JAGUAR CERRITOS | 10861 183RD STREET | Cerritos | CA | 90703 | 1 | 03000 | Braketech,flip top | 001002 |
| LAND ROVER JAGUAR CERRITOS | 10861 183RD STREET | Cerritos | CA | 90703 | 1 | 09500 | 3 TUBE ENGINE COOLANT FLUSH | 002054 |
| LAND ROVER JAGUAR CERRITOS | 10861 183RD STREET | Cerritos | CA | 90703 | 1 | 07805 | BRAKETECH ADAPTER KIT | CONV |
| LANDROVER JAGUAR ANAHEIM HILLS | 5425 E. LA PALMA AVENUE | Anaheim | CA | 92807 | 1 | 9920 | BRAKETECH ADAPTER KIT | CONV |
| LANDROVER JAGUAR ANAHEIM HILLS | 5425 E. LA PALMA AVENUE | Anaheim | CA | 92807 | 1 | 06550 | DRAIN AND FILL ACCESSORY KIT | 0 |
| LANDROVER JAGUAR ANAHEIM HILLS | 5425 E. LA PALMA AVENUE | Anaheim | CA | 92807 | 1 | 04007 | ENVIROPURGE WITH SIGHT GLASS | 001009 |
| LANDROVER JAGUAR ANAHEIM HILLS | 5425 E. LA PALMA AVENUE | Anaheim | CA | 92807 | 1 | 04409 | ENVIROPURGE TOOL ADAPTER KIT | 003038 |
| LANDROVER JAGUAR ANAHEIM HILLS | 5425 E. LA PALMA AVENUE | Anaheim | CA | 92807 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| LANDROVER JAGUAR ANAHEIM HILLS | 5425 E. LA PALMA AVENUE | Anaheim | CA | 92807 | 1 | 03000 | AIRCOMATIC 110V w/ US CORD | 0 |
| LANDROVER JAGUAR ANAHEIM HILLS | 5425 E. LA PALMA AVENUE | Anaheim | CA | 92807 | 1 | 03400 | BRAKETECH MACHINE | CONV |
| NEWPORT AUTO CENTER | 745 E. PACIFIC COAST HWY | Newport Beach | CA | 92660 | 1 | 07805 | 3 TUBE ENGINE COOLANT FLUSH | CONV |
| PRECISION AUTOMOTIVE | 7251 E MANCHESTER AVE. | Los Angeles | CA | 90045 | 1 | 9920 | BRAKETECH ADAPTER KIT | 001009 |
| SIMI VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 9920 | BRAKETECH ADAPTER KIT | 003038 |
| SIMI VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 06550 | DRAIN AND FILL ACCESSORY KIT | 0 |
| SIMI VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 9901T3 | TRANSERVE III ADAPTER KIT | CONV |
| SIMI VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 9920 | PF MACHINE ORG W/PAIL NO KIT | 0 |
| SIMI VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 07800 | BRAKETECH ADAPTER KIT | CONV |
| SIMI VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 08700 | T3 Transerve Machine | 002578 |
| SOUTH BAY AUTO CENTER | 1039 E ARTESIA BLVD | LONG BEACH | CA | 90805 | 1 | 9920 | TRANSERVE ADAPTER KIT W/TRAY | 0 |
| SUPERIOR CHRYSLER-CHRY-JEEP | 1531 W REDELST | Visalia | CA | 93291 | 1 | 04010 | MOPAR FUEL TOOL KIT | CONV |
| WALTON'S AUTOMOTIVE | 27505 INDIAN PK RD. | Rolling Hills | CA | 90274 | 1 | 22000 | TRANSERVE ADAPTER KIT W/TRAY | 020065 |
| WARNER'S MOBIL | 5972 WARNER AVE | Huntington Beach | CA | 92649 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |

2626224000Z





**SECRETARY OF STATE
STATE OF CALIFORNIA**

### Search Certificate

SEARCH REQUESTED ON:                                                              06/28/2011
Organization Debtor: **LRJC, INC.**

Address: **NOT SPECIFIED**
Date Range From: **NOT SPECIFIED**
Search: **ALL**

**\* Indicates Filings that have been accepted after the Certification Date.**

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 06-7054802527 | **Financing Statement** | 01/10/2006 | 11:50 | 01/10/2016 | 1 |

**Debtor:**
**Organization:**      LRJC, INC.
                                  5425 E. LA PALMA, ANAHEIM HILLS CA USA, 92807
**Secured Party:**
**Organization:**      BMW FINANCIAL SERVICES NA, LLC
                                  5550 BRITTON PARKWAY, HILLARD OH USA, 43016

                                  BMW FINANCIAL SERVICES NA, LLC
                                  5515 PARKCENTER CIRCLE, DUBLIN OH USA, 43017

| Amendment Filing # | Filing Type | File Date | File Time | | # of Pages |
|---|---|---|---|---|---|
| 06-70787049 | **Amendment** | 07/20/2006 | 17:00 | | 1 |
| 10-72383430 | **Continuation** | 07/15/2010 | 10:25 | | 1 |

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 06-7085187870 | **Financing Statement** | 09/18/2006 | 11:49 | 09/18/2011 | 1 |

**Debtor:**
**Organization:**      LRJC, INC.
                                  10861 183RD STREET, CERRITOS CA USA, 90703
**Secured Party:**
**Organization:**      BANK OF THE WEST, TRINITY DIVISION
                                  475 SANSOME STREET, 19TH FLOOR, SAN FRANCISCO CA USA,
                                  94111-1234

Continue

---

**Total Pages:**     **4**

The undersigned Filing Officer hereby certifies that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgement liens, including any change documents relating to them, which name the above debtor, subject to any above-stated search qualifiers and are on file in my office as of **06/19/2011 at 1700 hours**.

The search results herein reflect only the specific information requested. The results of this Debtor search will not reflect variances of this name. If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted. The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

*Debra Bowen*

Debra Bowen
Secretary of State

Document Number: 29460960003        Page 2 of 2

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 6449550002
FILING NUMBER: 06-7054802527
FILING DATE: 01/10/2006 11:50
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| LRJC, Inc. | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5425 E. La Palma | Anaheim Hills | CA | 92807 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | C2747048  □ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | □ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BMW Financial Services NA, LLC | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5515 Parkcenter Circle | Dublin | OH | 43017 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All vehicle inventory, parts and accessories inventory, equipment, fixtures, accounts, holdback
reserves, manufacturer rebates and incentive payments, general intangibles of the Debtor now owned
and hereafter acquired, wherever located; all accessions to, substitutions for and all replacements
of any of the foregoing; all chattel paper, documents, instruments, monies, residues and property of
any kind related to any of the foregoing, all books and records of Debtor related to any of the
foregoing,including without limitation, computer programs, print-outs, and other computer hardware
and software materials and records pertaining to any of the foregoing, together with all proceeds
and products of the foregoing, including without limitation, proceeds of insurance policies insuring
any of the foregoing.

5. ALT DESIGNATION: [ ] LESSEE/LESSOR [ ] CONSIGNEE/CONSIGNOR [ ] BAILEE/BAILOR [ ] SELLER/BUYER [ ] AG. LIEN [ ] NON-UCC FILING

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS  Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] [ ] All Debtors [ ] Debtor 1 [ ] Debtor 2 |
|---|---|

8. OPTIONAL FILER REFERENCE DATA
CA-0-17618133-00266

FILING OFFICE COPY

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**06-70787049**

**07/20/2006 17:00**

**FILED**
CALIFORNIA
SECRETARY OF STATE
S05

**6944600002** UCC 3 FILING

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone (800) 331-3282   Fax (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Mailing Address)   9226 BMW FINANCIAL S

UCC Direct Services          **8872534**
P.O. Box 29071
Glendale, CA ████████          **CALI**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
067054802527  10-JAN-2006  SS  CA

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☒ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable)

6. **CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BMW Financial Services NA, LLC | | | |
| **OR** 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. **CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BMW Financial Services NA, LLC | | | |
| **OR** 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5550 Britton Parkway | Hilliard | OH | 43016 | |

| 7d. SEE INSTRUCTION | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

6. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BMW Financial Services NA, LLC | | | |
| **OR** 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

10. OPTIONAL FILER REFERENCE DATA
8872534 Debtor Name: LRJC, Inc. SAR  00266

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3)  (REV. 05/22/02)

Prepared by UCC Direct Services, P.O. Box 29071
Glendale, CA ████  Tel (800) 331-3282

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 25650550002
FILING NUMBER: 10-72383430
FILING DATE: 07/15/2010 10:25
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
06-7054802527

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☒ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these. Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| **6a. ORGANIZATION'S NAME** | | | |
|---|---|---|---|
| OR **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| **7a. ORGANIZATION'S NAME** | | | |
|---|---|---|---|
| OR **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |
| **7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |

| **7d. SEE INSTRUCTIONS** | ADD'L DEBTOR INFO | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID#, if any** ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| **a. ORGANIZATION'S NAME** | | | |
|---|---|---|---|
| OR BMW Financial Services NA, LLC | | | |
| **b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
CA-0-42344181

FILING OFFICE COPY

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 9667290002
FILING NUMBER: 06-7092187870
FILING DATE: 09/18/2006 11:49
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME |
|---|
| LRJC, INC. |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 10861 183RD STREET | CERRITOS | CA | 90703 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | C2747048   ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME |
|---|
| |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME |
|---|
| Bank of the West, Trinity Division |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 475 Sansome Street, 19th Floor | San Francisco | CA | | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
All automotive and related equipment leased or financed from Trinity, A Division of Bank of the West including, but not limited to those items and proceeds thereof, set forth in the agreement listed below and in any and all subsequent addendums and schedules to the agreement. Agreement # ~rcf1~

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]**

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]**   [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-22019405-841247

FILING OFFICE COPY

EXHIBIT 4

**10-7228612746**

**04/13/2010 17:00**

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**FILED**
CALIFORNIA
SECRETARY OF STATE

SOS

24843770002   UCC 1 FILING

A. NAME & PHONE OF CONTACT AT FILER [optional]
Anthony Woodrow Rector

B. SEND ACKNOWLEDGEMENT TO:   (Name and Address)

Anthony Woodrow Rector
13337 South Street #569
Cerritos, Ca 90703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| | 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | LAND ROVER JAGUAR CERRITOS | | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 10863 183rd STREET | CERRITOS | CA | 90703 | US |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|
| | CORPORATION | | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| | 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | | | | | |
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|
| | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | | | | | |
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | Rector | Anthony | | Woodrow | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 13337 South Street #569 | Cerritos | Ca | 90703 | US |

4. This FINANCING STATEMENT covers the following collateral:

See Attachment(s)

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable]   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional]   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8 OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC1)   CALIFORNIA (REV. 01/01/08)

EXHIBIT A

UCC1 FINANCING STATEMENT

Debtor: Land Rover Jaguar Cerritos

Secured Party: Anthony W. Rector

ITEM 4 (continued) <u>Collateral Description</u>

This Financing Statement covers the following items and/or types of property, whether the foregoing is owned now or acquired later by Anthony W. Rector; A COMMERCIAL LIEN #AWR70081140000199399829 completed and dated November 20, 2009 through Commercial Affidavit.

## COMMERCIAL LEIN

Anthony Woodrow Rector,
Lien Claimant

v.

Land Rover Jaguar Cerritos (Dealership – Lien Debtor), Carl De Souza (Sales Guide – Lien Debtor), Robert Giannini (Sales Manager – Lien Debtor), David Smith (Chief Executive – Lien Debtor), Michael O' Driscoll (Managing Director – Lien Debtor)

A SECURITY (15 U.S.C.) CLAIM OF
COMMERCIAL LIEN AND AFFIDAVIT
U.S. S.E.C. TRACER FLAG NOT A POINT OF LAW

To Guarantee Bond on the Specific Performance of and by all corporate Officials, and Liability Insurance Companies (Surety) Connected with this Cause of Action Consisting of State of California Court Case: No. VA 109068

**CLAIM OF LIEN**
THIS CLAIM OF LIEN IS FILE PURSUANT CALIFORNIA CIVIL CODE § 2872, 2874, 2875, 2881(1), 2883, and 2889, against Lien Debtor(s) for default and breach of contract under commercial law. Section 3281 of Civil Code for damages sustained. California Government Code § 27297.5 and 27387 as an involuntary lien based on consensual actions by knowledgeable breach of contract (explained herein).

LIEN CLAIMANT Provided the LIEN DEBTOR by a COMMERCIAL AFFIDAVIT and subsequently a NOTICE OF DEFAULT enumerating the position of LIEN CLAIMANT, proclaiming claims of LIEN Claimant to recover from damage and criminal conduct, and as well as demanding a point-for-point rebuttal by LIEN DEBTOR and proof of basis for his alleged cause of action by the LIEN CLAIMANT within thirty (30) days, in which failure to rebut Lien Debtor(s) was(were) put on notice that they would be in default.

Subject COMMERCIAL AFFIDAVIT sworn true, correct and complete was sent by LIEN CLAIMANT, Anthony W. Rector to LIEN DEBTOR(s), Carl De Souza (Sales Guide – Lien Debtor), Robert Giannini (Sales Manager – Lien Debtor), David Smith (Chief Executive – Lien Debtor), Michael O' Driscoll (Managing Director – Lien Debtor) by United States Postal Service, delivery conformation Mail, Return Receipt Requested #7008 1140 0001 9939 9751 on October 19, 2009 LIEN DEBTOR received said AFFIDAVIT, without signing the certified mail receipt on or about October 21, 2009. LIEN DEBTOR failed to respond to AFFIDAVIT/NOTICE,

thereby admitting and acquiescing to the declarations by LIEN CLAIMANT, a NOTICE OF DEFAULT was served upon them on October 29, 2009 by United States Postal Service, Certified Mail, Return Receipt Requested #70081140000199399805. Such default admits that the LIEN DEBTOR'S was(were) guilty of the criminal violations involved in the action of LIEN DEBTOR as set forth in LIEN CLAIMANT'S COMMERCIAL AFFIDAVIT and NOTICE OF DEFAULT.

"Due process requires, at a minimum, that an individual be given a meaningful opportunity to be heard prior to being subjected by force of law to a significant deprivation. . . . That the hearing required by due process is subject to waiver, and is not fixed in form does not affect its root requirement that an individual be given an opportunity for a hearing before he is deprived of any significant property interest. . . ." (Original italics; 401 US 378- 379) Randone v. Appellate Department, 1971, 5 C3d 536, 550.

"In the latter case [Mullane v. Central Hanover Trust Co., 339 U.S. 306] we said that the right to be heard 'has little reality or worth unless one is informed that the matter is pending and can choose for himself whether to appear or default, acquiesce or contest.' 339 U.S. at 314" Sniadach v. Family Finance Corp., 395 U.S. 337, 339, 340

I, Anthony W. Rector, depose and say as follows:

1. The parties of the Commercial Lien are cited in the following "List of Lien Debtors," where they are identified in the Official Capacities.
2. All processes in the above cited case have been summary processes in which the Constitutional and commercial right to jury trial has been abridged and denied. All other supporting processes have likewise been summary processes.
3. Nothing has been provided by any public official or officer of the court in the above cited case to demonstrate or prove that they are commercially bonded to operate any summary processes which abridge or deny any commercial provision of the United States Constitution or the California state Constitution.
4. This commercial lien is commercially necessary to guarantee for both the lien claimant and the public in general that such a bond will exist upon the said officials and is not placed for any reason of harassment of persons or processes.
5. The cited Lien Debtors are being lien for a minimum of $1,000,000.00 each, based on Title 18, Section 241, 219, 241, 242, 645, 654, 912, 951, and 1001 to wit of the United States Code for violation of United States Constitutional Rights including the Seventh Amendment of the Bill of Rights, guaranteeing a jury trial in all commercial processes and approximately 35 other commercial provisions of the United States Constitution.
6. To value if injury incurred by Lien Claimant (Anthony W. Rector) totaled amount of True Bill **$45,000,000.00 (Fourty Five Million Dollars).**

This commercial lien is intended to seize all the **real property (10861 183rd St., Cerritos ,Ca APN#7034-017-909)** and movable property, bank accounts, inventories of the above cited Lien Debtors and those on the attached extended list of Lien Debtors. This property is being seized as a pledge to secure the above cited obligation declared in paragraphs 2, 3, and 4 to apply it as a bond on the persons and activities of the officials, title insurance companies, liability insurance companies and other such Lien Debtors as may be added from time to time for whatever relevant and just commercial agreement.

I Anthony W. Rector hereby command the state of California and it's appropriate enforcement agencies, to command specific performance of LIEN DEBTOR(s) and to impound their property(ies) for claims of obligation for non-performance, default in Commercial Law, malfeasance of office, violation of oath of office, violation of trust, engaging in unbonded acts, and numerous other crimes and offenses cited in the AFFIDAVIT OF INFORMATION presented.

This CLAIM OF LIEN is filed against **Land Rover Jaguar Cerritos, Carl De Souza (Sales Guide – Lien Debtor), Robert Giannini (Sales Manager – Lien Debtor), David Smith (Chief Executive – Lien Debtor), Michael O' Driscoll (Managing Director – Lien Debtor)** and subsidiaries, including all Community Property of both, in order to prevent their evasion of financial liability through efforts to shield property and assets by placing

said property and assets in their, subsidiaries and or spouse's names to prevent attachment for the satisfaction of suits and liens.

This commercial lien is not a *lis pendens* lien. It may not be removed or dissolved by any parties except the Lien Claimants or a common-law jury properly convened and used.

Affirmed and respectfully submitted this 20th day of November, 2009.

/s/ Anthony W. Rector
EIN 454271267

**AFFIDAVIT**

```
State of California        )      ss:
County of Los Angeles      )
```

Anthony W. Rector, being first duly sworn, says: I am the claimant above named; I have read the foregoing claim and know the contents thereof, and believe the same to be just.

Subscribed and sworn to before me this 20th day of November 2009.

Notary Public

LIST OF LIEN DEBTORS:

- Land Rover Jaguar Cerritos ( Corporation)
- Carl De Souza (Sales Guide )
- Robert Giannini (Sales Manager)
- David Smith (Chief Executive)
- Michael O'Driscoll (Managing Director)

And all persons connected with the case now and in the future severally and jointly liable.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**10-7244533847**

**09/08/2010 17:00**

**FILED**
CALIFORNIA
SECRETARY OF STATE

SOS

26262240002  UCC 1 FILING

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Wynn's USA
1050 W. Fifth St.
Azusa, CA 91702

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only *one* debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **BMW OF RIVERSIDE** | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **3060 ADAMS STREET** | **Riverside** | **CA** | **92504** | **USA** |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION **TRADE NAME** | 1f. JURISDICTION OF ORGANIZATION **CA** | 1g. ORGANIZATIONAL ID #, if any ☑ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only *one* debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **BRAKE MASTERS** | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **1547 LINCOLN BLVD** | *SANTA MONICA* | **CA** | *90401* | **USA** |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION **TRADE NAME** | 2f. JURISDICTION OF ORGANIZATION **CA** | 2g. ORGANIZATIONAL ID #, if any ☑ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only *one* secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Wynn's, A division of Illinois Tool Works, Inc.** | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **1050 W. Fifth St.** | **AZUSA** | **CA** | **91702** | **USA** |

**4. This FINANCING STATEMENT covers the following collateral:**

**SEE ATTACHED**

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum  [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional] | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

# UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | |
| OR **BMW OF RIVERSIDE** | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

**10.MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR **CENTER ACURA** | | | |
| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **5230 VAN NUYS BLVD** | **SHERMAN OAKS** | **CA** | **91401** | **USA** |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION **TRADE NAME** | 11f. JURISDICTION OF ORGANIZATION **CA** | 11g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S  NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

26262240002

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

19a. ORGANIZATION'S NAME

OR **BMW OF RIVERSIDE**

| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

20. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (21a or 21b) - do not abbreviate or combine names

21a. ORGANIZATION'S NAME

OR **COMMUNITY CHEV**

| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **200 W. OLIVE AVE.** | **Burbank** | **CA** | **91502** | **USA** |

| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION **TRADE NAME** | 21f. JURISDICTION OF ORGANIZATION **CA** | 21g. ORGANIZATIONAL ID #, if any | ☑ NONE |
|---|---|---|---|---|---|

22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (22a or 22b) - do not abbreviate or combine names

22a. ORGANIZATION'S NAME

OR **COMPLETE AUTO CARE**

| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **27913 CENTER DR** | **Mission Viejo** | **CA** | **92692** | **USA** |

| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION **TRADE NAME** | 22f. JURISDICTION OF ORGANIZATION **CA** | 22g. ORGANIZATIONAL ID #, if any | ☑ NONE |
|---|---|---|---|---|---|

23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (23a or 23b) - do not abbreviate or combine names

23a. ORGANIZATION'S NAME

OR **DC CARE & REPAIR**

| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **2339 S LA BREA AVE** | **Los Angeles** | **CA** | **90016** | **USA** |

| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION **TRADE NAME** | 23f. JURISDICTION OF ORGANIZATION **CA** | 23g. ORGANIZATIONAL ID #, if any | ☑ NONE |
|---|---|---|---|---|---|

24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (24a or 24b)

24a. ORGANIZATION'S NAME

OR

| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (25a or 25b)

25a. ORGANIZATION'S NAME

OR

| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 19a. ORGANIZATION'S NAME |
|---|

OR **BMW OF RIVERSIDE**

| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

20. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (21a or 21b) - do not abbreviate or combine names

| 21a. ORGANIZATION'S NAME |
|---|

OR **DISCOUNT TIRE-HUNTINGTON BEACH**

| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **7852-A WARNER AVE.** | **Huntington Beach** | **CA** | **92647** | **USA** |

| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION **TRADE NAME** | 21f. JURISDICTION OF ORGANIZATION **CA** | 21g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (22a or 22b) - do not abbreviate or combine names

| 22a. ORGANIZATION'S NAME |
|---|

OR **LA BREA CHRYSLER/JEEP**

| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **401 S LA BREA AVE** | **Los Angeles** | **CA** | **90030** | **USA** |

| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION **TRADE NAME** | 22f. JURISDICTION OF ORGANIZATION **CA** | 22g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (23a or 23b) - do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME |
|---|

OR **LAMPE DODGE CHRYSLER JEEP**

| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1950 S  BLACKSTONE** | **Tulare** | **CA** | **93274** | **USA** |

| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION **TRADE NAME** | 23f. JURISDICTION OF ORGANIZATION **CA** | 23g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME |
|---|

OR

| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME |
|---|

OR

| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

26262240002

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

19a. ORGANIZATION'S NAME

OR **BMW OF RIVERSIDE**

| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|

20. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (21a or 21b) - do not abbreviate or combine names

21a. ORGANIZATION'S NAME

OR **LAND ROVER JAGUAR CERRITOS**

| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **10861 183RD STREET** | **Cerritos** | **CA** | **90703** | **USA** |

| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION **TRADE NAME** | 21f. JURISDICTION OF ORGANIZATION **CA** | 21g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (22a or 22b) - do not abbreviate or combine names

22a. ORGANIZATION'S NAME

OR **LANDROVER JAGUAR ANAHEIM HILLS**

| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **5425 E. LA PALMA AVENUE** | **Anaheim** | **CA** | **92807** | **USA** |

| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION **TRADE NAME** | 22f. JURISDICTION OF ORGANIZATION **CA** | 22g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (23a or 23b) - do not abbreviate or combine names

23a. ORGANIZATION'S NAME

OR **NEWPORT AUTO CENTER**

| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **445 E. PACIFIC COAST HWY** | **Newport Beach** | **CA** | **92660** | **USA** |

| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION **TRADE NAME** | 23f. JURISDICTION OF ORGANIZATION **CA** | 23g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (24a or 24b)

24a. ORGANIZATION'S NAME

OR

| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (25a or 25b)

25a. ORGANIZATION'S NAME

OR

| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

International Association of Commercial Administrators (IAC

26262240002

## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 19a. ORGANIZATION'S NAME |
|---|
| BMW OF RIVERSIDE |

OR

| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| | | |

**20. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (21a or 21b) - do not abbreviate or combine names

| 21a. ORGANIZATION'S NAME |
|---|
| PRECISION AUTOMOTIVE |

OR

| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7296 W. MANCHESTER AVE. | Los Angeles | CA | 90045 | USA |

| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION TRADE NAME | 21f. JURISDICTION OF ORGANIZATION CA | 21g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (22a or 22b) - do not abbreviate or combine names

| 22a. ORGANIZATION'S NAME |
|---|
| SIMI VALLEY CHRYSLER JEEP DODG |

OR

| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2350 FIRST STREET | Simi Valley | CA | 93065 | USA |

| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION TRADE NAME | 22f. JURISDICTION OF ORGANIZATION CA | 22g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (23a or 23b) - do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME |
|---|
| SOUTH BAY AUTO CENTER |

OR

| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1030 E ARTESIA BLVD. | LONG BEACH | CA | 90805 | USA |

| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION TRADE NAME | 23f. JURISDICTION OF ORGANIZATION CA | 23g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

**24. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME |
|---|
| |

OR

| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**25. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME |
|---|
| |

OR

| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

26262240002

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

International Association of Commercial Administrators (IACA)

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19.** NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| | |
|---|---|
| 19a. ORGANIZATION'S NAME | |
| OR | **BMW OF RIVERSIDE** |
| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

**20.** MISCELLANEOUS.

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21.** ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (21a or 21b) - do not abbreviate or combine names

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | **SURROZ DODGE-CHRY-JEEP** | | | |
| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **151 N. NEELEY ST.** | **Visalia** | **CA** | **93291** | **USA** |

| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION **TRADE NAME** | 21f. JURISDICTION OF ORGANIZATION **CA** | 21g. ORGANIZATIONAL ID #, if any | ☑ NONE |

**22.** ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (22a or 22b) - do not abbreviate or combine names

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | **WALTON'S AUTOMOTIVE** | | | |
| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **27505 INDIAN PK RD.** | **Rolling Hills** | **CA** | **90274** | **USA** |

| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION **TRADE NAME** | 22f. JURISDICTION OF ORGANIZATION **CA** | 22g. ORGANIZATIONAL ID #, if any | ☑ NONE |

**23.** ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (23a or 23b) - do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | **WARNER'S MOBIL** | | | |
| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **5972 WARNER AVE** | **Huntington Beach** | **CA** | **92649** | **USA** |

| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION **TRADE NAME** | 23f. JURISDICTION OF ORGANIZATION **CA** | 23g. ORGANIZATIONAL ID #, if any | ☑ NONE |

**24.** ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**25.** ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

CSRs Free Equipment\'EQ Grp) for Dies OREQCSRF XLS

| Ship To Name | Ship To Address 1 | Ship To City | Ship Sta | Ship To Zip Code | Qty | Ship Item# | Item Description | Serial#/Lot Id |
|---|---|---|---|---|---|---|---|---|
| BMW OF RIVERSIDE | 3060 ADAMS STREET | Riverside | CA | 92504 | 3 | 04007 | ENVROPURGE WITH SIGHT GLASS | CONV |
| BMW OF RIVERSIDE | 3060 ADAMS STREET | Riverside | CA | 92504 | 2 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| BMW OF RIVERSIDE | 3060 ADAMS STREET | Riverside | CA | 92504 | 2 | 03000 | AIRCOMATIC 110V w/ US CORD | 007240 |
| BMW OF RIVERSIDE | 3060 ADAMS STREET | Riverside | CA | 92504 | 1 | 23000 | WYNN'S PWR STR MACH | 007241 |
| BMW OF RIVERSIDE | 3060 ADAMS STREET | Riverside | CA | 92504 | 1 | 23000 | WYNN'S PWR STR MACH | 001078 |
| BMW OF RIVERSIDE | 3060 ADAMS STREET | Riverside | CA | 92504 | 1 | 09500 | Braketech,flip top | 001079 |
| BMW OF RIVERSIDE | 3060 ADAMS STREET | Riverside | CA | 92504 | 1 | 09500 | Braketech,flip top | 002063 |
| BMW OF RIVERSIDE | 3060 ADAMS STREET | Riverside | CA | 92504 | 1 | 07605 | 3 TUBE ENGINE COOLANT FLUSH | 002089 |
| BMW OF RIVERSIDE | 3060 ADAMS STREET | Riverside | CA | 92504 | 1 | 07605 | 3 TUBE ENGINE COOLANT FLUSH | 0 |
| BRAKE MASTERS | 1547 LINCOLN BLVD | SANTA MONICA | CA | 90401 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| CENTER ACURA | 5230 VAN NUYS BLVD | SHERMAN OAKS | CA | 91401 | 1 | 12000 | PWR STEERING FLUSH MACHINE BOX | 008902 |
| CENTER ACURA | 5230 VAN NUYS BLVD | SHERMAN OAKS | CA | 91401 | 1 | 12000 | PWR STEERING FLUSH MACHINE BOX | 008902 |
| CENTER ACURA | 5230 VAN NUYS BLVD | Sherman Oaks | CA | 91401 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| CENTER ACURA | 5230 VAN NUYS BLVD | Sherman Oaks | CA | 91401 | 1 | 03000 | AIRCOMATIC 110V w/ US CORD | 0804824285 |
| CENTER ACURA | 5230 VAN NUYS BLVD | Sherman Oaks | CA | 91401 | 1 | 09500 | Braketech,flip top | 001013 |
| COMMUNITY CHEV | 200 W. OLIVE AVE. | Burbank | CA | 91502 | 1 | 08400 | BRAKETECH MACHINE | 005711 |
| COMPLETE AUTO CARE | 27013 CENTER DR | Mission Viejo | CA | 92692 | 1 | 12000 | PWR STEERING FLUSH MACHINE BOX | 020093 |
| DC CARE & REPAIR | 2339 S LA BREA AVE | Los Angeles | CA | 90016 | 1 | 9601 | TRANSERVE ADAPTER KIT W/TRAY | 0 |
| DC CARE & REPAIR | 2339 S LA BREA AVE | Los Angeles | CA | 90016 | 1 | 07605 | 3 TUBE ENGINE COOLANT FLUSH | 000000 |
| DSCOUNT TIRE-HUNTINGTON BEACH | 7632 A WARNER AVE. | Huntington Beach | CA | 92647 | 1 | 03000 | AIRCOMATIC 110V w/ US CORD | 0804824358 |
| LA BREA CHRYSLER/JEEP | 401 S LA BREA AVE | Los Angeles | CA | 90036 | 1 | 08700 | T3 Transerve Machine | 001916 |
| LAMPE DODGE CHRYSLER JEEP | 1950 S BLACKSTONE | Tulare | CA | 93274 | 1 | 06550 | DRAIN AND FILL ACCESSORY KIT | CONV |
| LAMPE DODGE CHRYSLER JEEP | 1950 S BLACKSTONE | Tulare | CA | 93274 | 1 | 9601 | TRANSERVE ADAPTER KIT W/TRAY | CONV |
| LAMPE DODGE CHRYSLER JEEP | 1950 S BLACKSTONE | Tulare | CA | 93274 | 1 | 9911 | L.D. DIESEL ADAPTER KIT(BIG 3) | CONV |
| LAMPE DODGE CHRYSLER JEEP | 1950 S BLACKSTONE | Tulare | CA | 93274 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| LAND ROVER JAGUAR CERRITOS | 10861 183RD STREET | Cerritos | CA | 90703 | 1 | 04007 | ENVROPURGE WITH SIGHT GLASS | 0 |
| LAND ROVER JAGUAR CERRITOS | 10861 183RD STREET | Cerritos | CA | 90703 | 1 | 04006 | ENVROPURGE TOOL ADAPTER KIT | CONV |
| LAND ROVER JAGUAR CERRITOS | 10861 183RD STREET | Cerritos | CA | 90703 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| LAND ROVER JAGUAR CERRITOS | 10861 183RD STREET | Cerritos | CA | 90703 | 1 | 03000 | AIRCOMATIC 110V w/ US CORD | 0804824278 |
| LAND ROVER JAGUAR CERRITOS | 10861 183RD STREET | Cerritos | CA | 90703 | 1 | 09500 | Braketech,flip top | 001002 |
| LAND ROVER JAGUAR CERRITOS | 10861 183RD STREET | Cerritos | CA | 90703 | 1 | 07605 | 3 TUBE ENGINE COOLANT FLUSH | 002054 |
| LANDROVER JAGUAR ANAHEIM HILLS | 5425 E. LA PALMA AVENUE | Anaheim | CA | 92807 | 1 | 04007 | ENVROPURGE WITH SIGHT GLASS | CONV |
| LANDROVER JAGUAR ANAHEIM HILLS | 5425 E. LA PALMA AVENUE | Anaheim | CA | 92807 | 1 | 04006 | ENVROPURGE TOOL ADAPTER KIT | CONV |
| LANDROVER JAGUAR ANAHEIM HILLS | 5425 E. LA PALMA AVENUE | Anaheim | CA | 92807 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| LANDROVER JAGUAR ANAHEIM HILLS | 5425 E. LA PALMA AVENUE | Anaheim | CA | 92807 | 1 | 03000 | AIRCOMATIC 110V w/ US CORD | 0 |
| LANDROVER JAGUAR ANAHEIM HILLS | 5425 E. LA PALMA AVENUE | Anaheim | CA | 92807 | 1 | 09400 | BRAKETECH MACHINE | 001009 |
| LANDROVER JAGUAR ANAHEIM HILLS | 5425 E. LA PALMA AVENUE | Anaheim | CA | 92807 | 1 | 07605 | 3 TUBE ENGINE COOLANT FLUSH | 003038 |
| NEWPORT AUTO CENTER | 445 E. PACIFIC COAST HWY | Newport Beach | CA | 92660 | 1 | 03000 | AIRCOMATIC 110V w/ US CORD | 0 |
| PRECISION AUTOMOTIVE | 7296 W. MANCHESTER AVE. | Los Angeles | CA | 90045 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| SIMI VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 06550 | DRAIN AND FILL ACCESSORY KIT | CONV |
| SIMI VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 9901T3 | TRANSERVE III ADAPTER KIT | 0 |
| SIMI VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| SIMI VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 07300 | PF MACHINE ORG W/PAIL NO KIT | 0 |
| SIMI VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 08700 | T3 Transerve Machine | 002578 |
| SOUTH BAY AUTO CENTER | 1030 E ARTESIA BLVD. | LONG BEACH | CA | 90805 | 1 | 9601 | TRANSERVE ADAPTER KIT W/TRAY | 0 |
| SURROZ DODGE-CHRY-JEEP | 151 N. NEELEY ST. | Visalia | CA | 93291 | 1 | 04010 | MOPAR FUEL TOOL KIT | CONV |
| WALTON'S AUTOMOTIVE | 2750S INDIAN PK RD' | Rolling Hills | CA | 90274 | 1 | 12200 | PWR STEERING FLUSH MACHINE BOX | 020065 |
| WARNERS MOBIL | 5972 WARNER AVE | Huntington Beach | CA | 92649 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |

2626240002

EXHIBIT 5

```
09/02/11   11:04AM              3  LAND ROVER JAGUAR ANAHEIM HILL
AGRB                                         Balance Sheet
                                             As of 08/31/11
```

| Account | Description | Balance Forward | Current Month | Closing Balance |
|---|---|---|---|---|
| 10016 | CAP CLEARING ACCOUNT | 0.00 | 0.00 | 0.00 |
| 99905 | INTERCO TRANSFER | 0.00 | 313,743.58- | 313,743.58- |
| | Subt: | 0.00 | 313,743.58- | 313,743.58- |
| | Total: | 0.00 | 313,743.58- | 313,743.58- |
| 10000 | PETTY CASH | 600.00 | 0.00 | 600.00 |
| 10010 | CASH IN BANK & ON HAND | 13,619.81- | 20,568.62 | 6,948.81 |
| 10012 | CASH IN BANK - SECURITY BANK | 4,362.86 | 64.20- | 4,298.66 |
| 10013 | WELLS FARGO RESERVE ACCOUNT | 0.00 | 0.00 | 0.00 |
| 10014 | WELLS FARGO BANK | 164,897.69 | 117,043.18- | 47,854.51 |
| 10015 | CASH CLEARING-DEPOSIT | 0.00 | 0.00 | 0.00 |
| 10100 | CASH SALES-CLEARING | 139.61- | 631.48- | 771.09- |
| | Subt: A | 156,101.13 | 97,170.24- | 58,930.89 |
| 1135 | FINANCE RESERVE-LENDCO | 0.00 | 0.00 | 0.00 |
| | Subt: C | 0.00 | 0.00 | 0.00 |
| | Total: CASH IN BANK & ON HAND | 156,101.13 | 97,170.24- | 58,930.89 |
| 10500 | CONTRACTS IN TRANSIT | 186,451.69 | 73,535.15- | 112,916.54 |
| 11000 | A/R VEHICLE ACCOUNTS | 110,585.76 | 257,775.00- | 368,364.76 |
| 11050 | DEALER TRADES AND WHOLESALES | 58,000.00 | 49,300.00- | 8,700.00 |
| 11100 | A/R SERVICE, PARTS | 194,878.52 | 81,992.32 | 276,870.84 |
| | Subt: AA | 549,919.97 | 216,932.17 | 769,852.14 |
| 12600 | A/R OTHER RECEIVABLES | 965,877.79 | 0.00 | 965,877.79 |
| | Subt: C | 965,877.79 | 0.00 | 965,877.79 |
| 13710 | INV-BODY SHOP MATERIALS | 0.00 | 0.00 | 0.00 |
| 13750 | INV-TIRES-JAG, LR & OTHER | 0.00 | 0.00 | 0.00 |
| | Subt: B | 0.00 | 0.00 | 0.00 |
| | Total: CUSTOMER RECEIVABLES | 1,515,797.76 | 216,932.17 | 1,732,729.93 |
| 11210 | A/R JAGUAR WARRANTY CLAIMS | 14,677.39 | 499.91- | 14,177.48 |
| 11215 | A/R JAGUAR APCO WARRANTY | 0.00 | 0.00 | 0.00 |
| 11220 | A/R LR WARRANTY CLAIMS | 37,387.11 | 3,213.58 | 40,600.69 |
| 11225 | A/R LAND ROVER APCO WARRANTY | 0.00 | 362.92 | 362.92 |
| | Subt: C | 52,064.50 | 3,076.59 | 55,141.09 |
| | Total: WARRANTY RECEIVABLES | 52,064.50 | 3,076.59 | 55,141.09 |
| 11400 | A/R DEALER EXP RES JAGUAR | 18,017.00 | 12,750.00- | 5,267.00 |
| 11410 | A/R BUSINESS BLDR CSI JAG | 27,027.00 | 19,126.00- | 7,901.00 |
| 11430 | A/R BUSINESS BLDR MMP JAG | 9,010.00 | 6,376.00- | 2,634.00 |
| 11500 | A/R DEALER EXP RES LAND ROVER | 261,712.00 | 0.00 | 261,712.00 |
| 11510 | A/R BUSINESS BLDR CSI LR | 120,747.00 | 0.00 | 120,747.00 |
| 11520 | A/R BUSINESS BLDR CPO LR | 0.00 | 0.00 | 0.00 |
| 11530 | A/R BUSINESS BLDR MMP LR | 138,765.00 | 0.00 | 138,765.00 |
| 11540 | A/R BUSINESS BLDR SAP LR | 201,351.00 | 0.00 | 201,351.00 |
| 11910 | A/R OTHER RECV JAGUAR | 4,500.00 | 0.00 | 4,500.00 |
| 11920 | A/R OTHER RECV LAND ROVER | 0.00 | 23,500.00 | 23,500.00 |
| 11950 | A/R OTH RECV OTHER BRAND | 0.00 | 0.00 | 0.00 |
| | Subt: C | 781,129.00 | 14,752.00- | 766,377.00 |
| | Total: FACTORY RECEIVABLES | 781,129.00 | 14,752.00- | 766,377.00 |

09/02/11     11:04AM                    3   LAND ROVER JAGUAR ANAHEIM HILL
AGRB                                        Balance Sheet
                                            As of 08/31/11

Page 2

| Account | Description | Balance Forward | Current Month | Closing Balance |
|---|---|---|---|---|
| 12500 | FINANCE RESERVE-BMW | 1,506.60 | 1,506.60- | 0.00 |
| 12505 | FINANCE RESERVE-CHASE | 715.40 | 1,132.84 | 1,848.24 |
| 12510 | FINANCE RESERVE - LRCG | 0.00 | 0.00 | 0.00 |
| 12515 | FINANCE RESERVE-BANK OF AMERIC | 0.00 | 0.00 | 0.00 |
| 12520 | FINANCE RESERVE-U.S. BANK | 1,058.25 | 267.00 | 1,325.25 |
| 12525 | FINANCE RESERVE-OTHER | 0.00 | 0.00 | 0.00 |
| | Subt: C | 3,280.25 | 106.76- | 3,173.49 |
| | Total: FINANCE RESERVE RECEIVABLES | 3,280.25 | 106.76- | 3,173.49 |
| 13010 | INV-NEW CARS JAGUAR | 838,272.45 | 56,316.97- | 781,955.48 |
| 13020 | INV N/C LAND ROVER | 1,120,848.41 | 332,889.90 | 1,453,738.31 |
| 13110 | INV-NEW DEMOS JAGUAR | 0.00 | 0.00 | 0.00 |
| 13120 | INV DEMOS LAND ROVER | 0.00 | 0.00 | 0.00 |
| 13220 | INV LR RENTAL & LOANER | 0.00 | 0.00 | 0.00 |
| | Subt: D | 1,959,120.86 | 276,572.93 | 2,235,693.79 |
| 13310 | INV-PO JAGUAR | 0.00 | 0.00 | 0.00 |
| 13320 | INV U/C LAND ROVER | 743,557.70 | 147,140.10- | 596,417.60 |
| 13350 | INV-PO CARS OTHER BRAND | 1,267,008.95 | 91,013.26- | 1,175,995.69 |
| | Subt: E | 2,010,566.65 | 238,153.36- | 1,772,413.29 |
| 13410 | INV-PARTS JAGUAR | 162,789.69 | 11,009.39- | 151,780.30 |
| 13420 | INV LR PRTS & VEHICLE KIT | 243,931.98 | 17,858.75- | 226,073.23 |
| 13450 | INV OTHER PRTS & ACCESS | 0.00 | 0.00 | 0.00 |
| 13520 | INV-BOUTIQUE ITEMS JAG | 1,307.33 | 29.50- | 1,277.83 |
| 13540 | INV LR PERSONAL GEAR | 5,483.02 | 19.51- | 5,463.51 |
| | Subt: F | 413,512.02 | 29,017.15- | 384,494.87 |
| 13700 | INV GAS OIL GREASE | 0.00 | 0.00 | 0.00 |
| 13720 | INV SUBLET REPAIRS | 2,599.83 | 2,759.49 | 5,359.32 |
| 13730 | INV WORK IN PROCESS | 2,429.22 | 21,379.92- | 18,950.70- |
| 13740 | INV MISCELLANEOUS | 0.00 | 0.00 | 0.00 |
| | Subt: G | 5,029.05 | 18,620.43- | 13,591.38- |
| | Total: INVENTORIES | 4,388,228.58 | 9,218.01- | 4,379,010.57 |
| 14100 | PREPAID EXPENSES | 694,274.38 | 17,885.28 | 712,159.66 |
| | Subt: H | 694,274.38 | 17,885.28 | 712,159.66 |
| | Total: PREPAIDS | 694,274.38 | 17,885.28 | 712,159.66 |
| 15100 | BUILDINGS & IMPROVEMENTS | 3,788,853.46 | 0.00 | 3,788,853.46 |
| 15150 | DPR BUILD & IMPROVEMENTS | 896,230.24- | 0.00 | 896,230.24- |
| 15200 | EQUIPMENT | 648,797.97 | 0.00 | 648,797.97 |
| 15250 | DPR EQUIPMENT | 539,663.60- | 0.00 | 539,663.60- |
| 15300 | FURNITURE & FIXTURES | 523,584.92 | 0.00 | 523,584.92 |
| 15350 | DPR FURN & FIXTURES | 397,665.72- | 0.00 | 397,665.72- |
| 15400 | SERVICE VEHICLES | 142,840.69 | 92,109.89- | 50,730.80 |
| 15450 | DPR SERVICE VEHICLES | 60,366.51- | 46,054.95 | 14,311.56- |
| 15500 | LEASEHOLDS | 35,254.50 | 0.00 | 35,254.50 |
| 15550 | DPR LEASEHOLDS | 35,254.50- | 0.00 | 35,254.50- |
| 15600 | OTHERS | 187,857.49 | 0.00 | 187,857.49 |
| 15650 | DPR OTHERS | 187,857.49- | 0.00 | 187,857.40- |
| | Subt: B | 3,210,151.06 | 46,054.94- | 3,164,096.12 |
| | Total: FIXED ASSETS | 3,210,151.06 | 46,054.94- | 3,164,096.12 |

09/02/11   11:04AM

3   LAND ROVER JAGUAR ANAHEIM HILL
Balance Sheet
As of  08/31/11

AGRB

Page   3

| Account | Description | Balance Forward | Current Month | Closing Balance |
|---|---|---|---|---|
| 16100 | DEPOSITS | 8,551.00 | 0.00 | 8,551.00 |
| 16300 | NOTES OFFICERS & OWNERS | 327,122.27 | 0.00 | 327,122.27 |
| 16500 | OTHER NOTES RECEIVABLE | 1,982,174.99 | 0.00 | 1,982,174.99 |
| | Subt: A | 2,317,848.26 | 0.00 | 2,317,848.26 |
| | Total: OTHER NOTES AND RECEIVABLES | 2,317,848.26 | 0.00 | 2,317,848.26 |
| 16700 | OTHER INVESTMENTS | 0.00 | 0.00 | 0.00 |
| | Subt: A | 0.00 | 0.00 | 0.00 |
| | Total: OBSOLETE ACCOUNTS | 0.00 | 0.00 | 0.00 |
| | Total Assets: | 13,118,874.92 | 243,151.49- | 12,875,723.43 |

09/02/11     11:04AM
AGRB

3  LAND ROVER JAGUAR ANAHEIM HILL
Balance Sheet
As of 08/31/11

Page 4

| Account | Description | Balance Forward | Current Month | Closing Balance |
|---|---|---|---|---|
| 20100 | A/P CUSTOMER DEPOSITS | 0.00 | 0.00 | 0.00 |
| 20400 | DUE BILLS | 70,146.72- | 7,169.42 | 62,977.30- |
| 20500 | A/P OTHER PAYABLES | 5,550.00- | 2,500.00 | 3,050.00- |
| 20505 | LIEN PAYOFFS | 27,702.46- | 20,929.48 | 6,772.98- |
| 20510 | A/P SERVICE CONTRACTS | 0.00 | 0.00 | 0.00 |
| 20515 | DMV FEES | 7,277.24- | 1,190.24 | 6,087.00- |
|  | Subt: A | 110,676.42- | 31,789.14 | 78,887.28- |
| 2001 | A/P OPEN-ITEM | 127,383.71- | 18,173.24- | 145,556.95- |
| 3033 | AUTO ARMOR | 0.00 | 0.00 | 0.00 |
| 20000 | A/P FACTORY/OTHER | 215,724.71- | 121,483.03- | 337,207.74- |
| 22222 | A/P INTERCO-CO#3 | 0.00 | 0.00 | 0.00 |
|  | Subt: AA | 343,108.42- | 139,656.27- | 482,764.69- |
| 21000 | N/P NEW VEH.& DEMOS | 3,036,067.92- | 107,172.50- | 3,143,240.42- |
| 21100 | N/P USED VEHICLES | 2,134,313.73- | 202,679.00 | 1,931,634.73- |
| 21400 | N/P OTHER | 0.00 | 0.00 | 0.00 |
|  | Subt: B | 5,170,381.65- | 95,506.50 | 5,074,875.15- |
| 22000 | ACCRUED INTEREST | 17,254.67- | 1,072.22 | 16,182.45- |
| 22100 | ACCRUED PAYROLL | 105,156.10- | 114,511.40 | 9,355.30 |
| 22400 | ACCRUED TAXES SALES-OC | 78,059.52- | 41,983.80 | 36,075.72- |
| 22410 | ACCRUED TAXES SALES-LA | 17,284.86- | 16,752.64 | 532.22- |
| 22420 | ACCRUED SALES TAX -SAN DIEGO | 638.99- | 638.99 | 0.00 |
| 22430 | ACCRUED SALES TAX-SAN BERN | 11,126.07- | 7,249.97 | 3,876.10- |
| 22440 | SALES TAX-RIVERSIDE | 8,013.62- | 2,013.42 | 6,000.20- |
| 22480 | ACCRUED SALES TAX-OTHER | 11,013.62- | 11,013.62 | 0.00 |
| 22490 | TIRE FEES | 157.50- | 113.75- | 271.25- |
| 22500 | ACCRUED TAXES OTHER | 594.00- | 0.00 | 594.00- |
| 22600 | ACCR INCOME TAX PRIOR YR | 1,600.00- | 0.00 | 1,600.00- |
| 22700 | ACCRUED INCOME TAX EMPLOYEES | 10,471.71- | 7,772.71 | 2,699.00- |
| 22800 | ACCRUED BONUSES OWNERS | 0.00 | 0.00 | 0.00 |
| 22900 | ACCRUED BONUSES EMPLOYEES | 0.00 | 0.00 | 0.00 |
| 22990 | ACCRUED PENSION FUND | 0.00 | 0.00 | 0.00 |
| 23000 | RESERVE FOR BUYBACKS | 89,779.97- | 0.00 | 89,779.97- |
| 23100 | ACCRUED OTHER LIABILITIES | 238,766.74- | 5,892.11 | 232,874.63- |
|  | Subt: C | 587,347.56- | 349,499.63 | 237,331.64- |
|  | Total: A/P FACTORY/OTHER | 6,211,498.06- | 337,639.30 | 5,873,858.76- |
| 24100 | L/T NOTES OWNERS & OFF | 0.00 | 0.00 | 0.00 |
| 24300 | LONG TERM NOTE | 2,791,761.32- | 26,272.69 | 2,765,488.63- |
|  | Subt: A | 2,791,761.32- | 26,272.69 | 2,765,488.63- |
|  | Total: L/T NOTES OWNERS & OFF | 2,791,761.32- | 26,272.69 | 2,765,488.63- |
|  | Total: Liabilities: | 9,003,259.38- | 363,911.99 | 8,639,347.39- |
| 25000 | COMMON STOCK | 353,000.00- | 0.00 | 353,000.00- |
| 25300 | ADD'L PD IN CAP/INVEST | 2,644,418.12- | 25,000.00- | 2,619,418.12- |
| 25400 | RETAINED EARNINGS | 5,012,745.94- | 0.00 | 5,012,745.94- |
| 25500 | DIVIDENDS/DRAWINGS | 818,523.73- | 145,760.50- | 964,284.23- |
|  | Profit and Loss: |  | 120,760.50- |  |
|  | Subt: A | 4,115,615.54- | 120,760.50- | 4,236,376.04- |
|  | Total: COMMON STOCK | 4,115,615.54- | 120,760.50- | 4,236,376.04- |
|  | Total Equity: | 4,115,615.54- | 120,760.50- | 4,236,376.04- |

```
09/02/11   11:04AM                      3 LAND ROVER JAGUAR ANAHEIM HILL                                    Page
AGRB                                          Balance Sheet                                                   5
                                              As of  08/31/11

Account    Description                  Balance Forward      Current Month      Closing Balance
--------   -----------                  ---------------      -------------      ---------------

                             Balance:           0.00               0.00                0.00
```

09/02/11      10:53AM  
AGRB

5  LAND ROVER JAGUAR CERRITOS  
Balance Sheet  
As of 08/31/11

Page   1

| Account | Description | Balance Forward | Current Month | Closing Balance |
|---|---|---|---|---|
| 99903 | INTERCO TRANSFERS | 0.00 | 313,743.58 | 313,743.58 |
| | Subt: | 0.00 | 313,743.58 | 313,743.58 |
| | Total: | 0.00 | 313,743.58 | 313,743.58 |
| 10000 | PETTY CASH | 500.00 | 0.00 | 500.00 |
| 10010 | CASH IN BANK & ON HAND | 9,371.60- | 9,371.60 | 0.00 |
| 10013 | WELLS FARGO BANK | 0.00 | 0.00 | 0.00 |
| 10014 | WELLS FARGO RESERVE ACCOUNT | 0.00 | 0.00 | 0.00 |
| 10015 | CASH CLEARING-DEPOSIT | 343,779.91 | 328,083.63 | 15,696.28 |
| 10100 | CASH SALES-CLEARING | 102.77 | 74.13- | 28.64 |
| | Subt: A | 335,008.08 | 318,783.16- | 16,224.92 |
| 1135 | FINANCE RESERVE-LENDCO | 0.00 | 0.00 | 0.00 |
| | Subt: C | 0.00 | 0.00 | 0.00 |
| 14000 | SECURITIES | 0.00 | 0.00 | 0.00 |
| | Subt: H | 0.00 | 0.00 | 0.00 |
| | Total: CASH IN BANK & ON HAND | 335,008.08 | 318,783.16- | 16,224.92 |
| 10500 | CONTRACTS IN TRANSIT | 291,506.86 | 108,110.61- | 183,396.25 |
| 11000 | A/R VEHICLE ACCOUNTS | 12,350.00 | 64,300.00 | 76,650.00 |
| 11050 | DEALER TRADES AND WHOLESALES | 17,141.50 | 37,770.50 | 54,912.00 |
| 11100 | A/R SERVICE, PARTS | 0.00 | 0.00 | 0.00 |
| | Subt: AA | 320,998.36 | 6,040.11- | 314,958.25 |
| 11440 | A/R BUSINESS BLDR S&P JAG | 786,421.05 | 0.00 | 786,421.05 |
| 12600 | A/R OTHER RECEIVABLES | 0.00 | 0.00 | 786,421.05 |
| | Subt: C | 786,421.05 | 0.00 | 786,421.05 |
| 13050 | INV-NEW CARS OTHER BRAND | 0.00 | 0.00 | 0.00 |
| | Subt: D | 0.00 | 0.00 | 0.00 |
| 13510 | INV-ACCESSORIES JAGUAR | 0.00 | 0.00 | 0.00 |
| 13550 | INV-OTHER ACCESSORIES LR | 0.00 | 0.00 | 0.00 |
| | Subt: E | 0.00 | 0.00 | 0.00 |
| | Total: CUSTOMER RECEIVABLES | 1,107,419.41 | 6,040.11- | 1,101,379.30 |
| 11210 | A/R JAGUAR WARRANTY CLAIMS | 11,293.39 | 7,196.68 | 18,490.07 |
| 11215 | A/R JAGUAR APCO WARRANTY | 0.00 | 243.20 | 243.20 |
| 11220 | A/R LR WARRANTY CLAIMS | 26,566.96 | 14,075.97 | 40,642.93 |
| 11225 | A/R LAND ROVER APCO WARRANTY | 501.46 | 156.46 | 657.92 |
| | Subt: C | 38,361.81 | 21,672.31 | 60,034.12 |
| | Total: WARRANTY RECEIVABLES | 38,361.81 | 21,672.31 | 60,034.12 |
| 11400 | A/R DEALER EXP RES JAGUAR | 19,567.00 | 5,105.00- | 14,462.00 |
| 11410 | A/R BUSINESS BLDR CSI JAG | 29,352.00 | 7,658.00- | 21,694.00 |
| 11430 | A/R BUSINESS BLDR MMP JAG | 9,785.00 | 2,553.00- | 7,232.00 |
| 11500 | A/R DEALER EXP RES LAND ROVER | 16,780.00 | 16,965.00 | 33,745.00 |
| 11510 | A/R BUSINESS BLDR CSI LR | 6,405.00 | 6,809.00 | 13,214.00 |
| 11520 | A/R BUSINESS BLDR CPO LR | 0.00 | 0.00 | 0.00 |
| 11530 | A/R BUSINESS BLDR MMP LR | 8,385.00 | 8,478.00 | 16,863.00 |
| 11540 | A/R BUSINESS BLDR S&P LR | 12,817.00 | 13,626.00 | 26,443.00 |
| 11910 | A/R OTHER RECV JAGUAR | 0.00 | 10,100.00 | 10,100.00 |

09/02/11   10:53AM
AGRB

5   LAND ROVER JAGUAR CERRITOS
Balance Sheet
As of  08/31/11

Page   2

| Account | Description | Balance Forward | Current Month | Closing Balance |
|---|---|---|---|---|
| 11920 | A/R OTHER RECV LAND ROVER | 33,000.00 | 26,500.00- | 6,500.00 |
|  | Subt: C | 136,091.00 | 14,162.00 | 150,253.00 |
|  | Total:  FACTORY RECEIVABLES | 136,091.00 | 14,162.00 | 150,253.00 |
| 12500 | FINANCE RESERVE-BMW | 0.00 | 0.00 | 0.00 |
| 12505 | FINANCE RESERVE-CHASE | 2,264.34 | 795.34- | 1,469.00 |
| 12510 | FINANCE RESERVE - LRCQ | 0.00 | 0.00 | 0.00 |
| 12515 | FINANCE RESERVE-BANK OF AMERIC | 400.25 | 2,499.08 | 2,899.33 |
| 12520 | FINANCE RESERVE-U.S. BANK | 0.00 | 0.00 | 0.00 |
| 12525 | FINANCE RESERVE-OTHER | 0.00 | 0.00 | 0.00 |
|  | Subt: C | 2,664.59 | 1,703.74 | 4,368.33 |
|  | Total:  FINANCE RESERVE RECEIVABLES | 2,664.59 | 1,703.74 | 4,368.33 |
| 13010 | INV-NEW CARS JAGUAR | 689,293.21 | 125,323.00- | 563,970.21 |
| 13020 | INV N/C LAND ROVER | 1,836,867.75 | 423,067.94 | 2,259,935.69 |
| 13220 | INV LR RENTAL & LOANER | 0.00 | 0.00 | 0.00 |
|  | Subt: D | 2,526,160.96 | 297,744.94 | 2,823,905.90 |
| 13310 | INV-PO JAGUAR | 8,500.00 | 0.00 | 8,500.00 |
| 13300 | INV U/C LAND ROVER | 439,949.80 | 84,970.51- | 354,977.31 |
| 13350 | INV-PO CARS OTHER BRAND | 197,141.72 | 17,000.00- | 180,141.72 |
|  | Subt: E | 645,589.54 | 101,970.51- | 543,619.03 |
| 13410 | INV-PARTS JAGUAR | 149,062.68 | 3,833.31- | 145,229.37 |
| 13420 | INV LR PRTS & VEHICLE KIT | 129,091.64 | 5,659.45 | 134,751.09 |
| 13520 | INV-BOUTIQUE ITEMS JAG | 1,565.33 | 20.00- | 1,545.33 |
| 13540 | INV LR PERSONAL GEAR | 1,233.82 | 43.00- | 1,189.82 |
|  | Subt: F | 280,952.47 | 1,763.14 | 282,715.61 |
| 13700 | INV GAS OIL GREASE | 0.00 | 0.00 | 0.00 |
| 13720 | INV SUBLET REPAIRS | 438.00- | 1,221.71 | 783.71 |
| 13730 | INV WORK IN PROCESS | 53.20 | 15,291.90- | 14,738.70- |
| 13740 | INV MISCELLANEOUS | 0.00 | 0.00 | 0.00 |
|  | Subt: G | 115.20 | 14,070.19- | 13,954.99- |
|  | Total:  INVENTORIES | 3,452,818.17 | 183,467.38 | 3,636,285.55 |
| 14100 | PREPAID EXPENSES | 727,560.14 | 7,317.31 | 734,877.45 |
|  | Subt: H | 727,560.14 | 7,317.31 | 734,877.45 |
|  | Total:  PREPAIDS | 727,560.14 | 7,317.31 | 734,877.45 |
| 15100 | BUILDINGS & IMPROVEMENTS | 0.00 | 0.00 | 0.00 |
| 15200 | EQUIPMENT | 617,626.62 | 0.00 | 617,626.62 |
| 15250 | DPR EQUIPMENT | 263,367.86- | 0.00 | 263,367.86- |
| 15300 | FURNITURE & FIXTURES | 552,207.03 | 0.00 | 552,207.03 |
| 15350 | DPR FURN & FIXTURES | 250,369.33- | 0.00 | 250,369.33- |
| 15400 | SERVICE VEHICLES | 6,575.00 | 0.00 | 6,575.00 |
| 15450 | DPR SERVICE VEHICLES | 0.00 | 0.00 | 0.00 |
| 15550 | DPR LEASEHOLDS | 0.00 | 0.00 | 0.00 |
| 15600 | OTHERS | 143,729.37 | 0.00 | 143,729.37 |
| 15650 | DPR OTHERS | 88,633.10- | 0.00 | 88,633.10- |
|  | Subt: B | 717,767.73 | 0.00 | 717,767.73 |
|  | Total:  FIXED ASSETS | 717,767.73 | 0.00 | 717,767.73 |
| 16500 | OTHER NOTES RECEIVABLE | 0.00 | 0.00 | 0.00 |

5 LAND ROVER JAGUAR CERRITOS
Balance Sheet
As of 08/31/11

| Account | Description | Balance Forward | Current Month | Closing Balance |
|---|---|---|---|---|
| 16600 | OTHER NON AUTO ASSETS | 7,920,624.57 | 0.00 | 7,920,624.57 |
| | Subt: A | 7,920,624.57 | 0.00 | 7,920,624.57 |
| | Total: OTHER NOTES AND RECEIVABLES | 7,920,624.57 | 0.00 | 7,920,624.57 |
| 16700 | OTHER INVESTMENTS | 0.00 | 0.00 | 0.00 |
| | Subt: A | 0.00 | 0.00 | 0.00 |
| | Total: OBSOLETE ACCOUNTS | 0.00 | 0.00 | 0.00 |
| | Total Assets: | 14,438,315.50 | 217,243.05 | 14,655,558.55 |

09/02/11  10:53AM  
AGRB

5  LAND ROVER JAGUAR CERRITOS  
Balance Sheet  
As of 08/31/11

Page    4

| Account | Description | Balance Forward | Current Month | Closing Balance |
|---|---|---|---|---|
| 2050 | A/P MKTG | 0.00 | 0.00 | 0.00 |
| 20100 | A/P CUSTOMER DEPOSITS | 105,465.00- | 0.00 | 105,465.00- |
| 20400 | DUE BILLS | 36,819.60- | 6,652.93 | 30,166.67- |
| 20500 | A/P OTHER PAYABLES | 43,000.00- | 10,750.00- | 53,750.00- |
| 20505 | LIEN PAYOFFS | 24,333.00- | 24,333.00 | 0.00 |
| 20510 | A/P SERVICE CONTRACTS | 0.00 | 0.00 | 0.00 |
| 20515 | DMV FEES | 4,317.00- | 1,552.00- | 5,869.00- |
| | Subt: A | 213,934.60- | 18,683.93 | 195,250.67- |
| 303 | AUTO ARMOR | 0.00 | 0.00 | 0.00 |
| 20000 | A/P FACTORY/OTHER | 140,105.22- | 4,524.66- | 144,629.88- |
| 22222 | A/P INTERCO-CO#5 | 0.00 | 0.00 | 0.00 |
| | Subt: AA | 140,105.22- | 4,524.66- | 144,629.88- |
| 21000 | N/P NEW VEH & DEMOS | 3,042,604.50- | 230,837.50- | 3,273,442.00- |
| 21100 | N/P USED VEHICLES | 535,719.00- | 0.00 | 535,719.00- |
| 21400 | N/P OTHER | 0.00 | 0.00 | 0.00 |
| | Subt: B | 3,578,323.50- | 230,837.50- | 3,809,161.00- |
| 22000 | ACCRUED INTEREST | 40,129.12- | 1,373.09 | 38,756.03- |
| 22100 | ACCRUED PAYROLL | 44,431.10- | 40,236.74 | 4,194.36- |
| 22400 | ACCRUED TAXES SALES-OC | 13,737.91- | 7,986.04 | 5,751.87- |
| 22410 | ACCRUED SALES TAX-LA | 53,792.28- | 9,788.32 | 44,003.96- |
| 22420 | ACCRUED SALES TAX-SAN DIEGO | 0.00 | 0.00 | 0.00 |
| 22430 | ACCRUED SALES TAX-SAN BERN | 0.00 | 0.00 | 0.00 |
| 22440 | SALES TAX-RIVERSIDE | 0.00 | 0.00 | 0.00 |
| 22470 | ACCRUED SALES TAX-OTHER | 0.00 | 608.53 | 608.53- |
| 22480 | TIRE FEE | 105.00- | 140.00 | 245.00- |
| 22500 | ACCRUED TAXES OTHER | 800.00- | 0.00 | 800.00- |
| 22600 | ACCR INCOME TAX PRIOR YR | 0.00 | 0.00 | 0.00 |
| 22700 | ACCRUED BONUSES EMPLOYEES | 5,498.47- | 4,857.19 | 641.28- |
| 23000 | RESERVE FOR BUYBACKS | 22,642.22- | 1,347.70 | 21,294.52- |
| 23100 | ACCRUED OTHER LIABILITIES | 63,713.77- | 2,100.00 | 65,813.77- |
| | Subt: C | 115,822.33- | 66,940.55 | 48,881.78- |
| | Total: A/P FACTORY/OTHER | 4,048,185.65- | 149,737.68- | 4,197,923.33- |
| 24000 | L/T LEASE VEHICLES | 0.00 | 0.00 | 0.00 |
| 24100 | L/T NOTES OWNERS & OFF | 0.00 | 0.00 | 0.00 |
| 24200 | L/T MORTGAGES PAYABLE | 0.00 | 0.00 | 0.00 |
| 24300 | LONG TERM NOTE | 5,715,044.62- | 3,739.62 | 5,711,305.00- |
| | Subt: A | 5,715,044.62- | 3,739.62 | 5,711,305.00- |
| | Total: L/T NOTES OWNERS & OFF | 5,715,044.62- | 3,739.62 | 5,711,305.00- |
| 26000 | INVESTMENTS | 2,217,024.84- | 0.00 | 2,217,024.84- |
| | Subt: A | 2,217,024.84- | 0.00 | 2,217,024.84- |
| | Total: EE | 2,217,024.84- | 0.00 | 2,217,024.84- |
| | Total Liabilities: | 11,980,255.11- | 145,998.06- | 12,126,253.17- |
| 25000 | COMMON STOCK | 10,000.00- | 0.00 | 10,000.00- |
| 25300 | ADD'L PD IN CAP/INVEST | 3,462,780.73- | 0.00 | 3,462,780.73- |
| 25400 | RETAINED EARNINGS | 512,028.55- | 0.00 | 512,028.55- |
| 25500 | DIVIDENDS/DRAWINGS | 2,354,462.79 | 0.00 | 2,354,462.79 |

09/02/11   10:53AM

AGRB

5 LAND ROVER JAGUAR CERRITOS
Balance Sheet
As of 08/31/11

Page 5

| Account | Description | Balance Forward | Current Month | Closing Balance |
|---------|-------------|-----------------|---------------|-----------------|
| | Profit and Loss: | | | |
| | Subt: A | 827,713.90- | 71,244.99- | 898,958.89- |
| | Total: COMMON STOCK | 2,458,060.39- | 71,244.99- | 2,529,305.38- |
| | Total Equity: | 2,458,060.39- | 71,244.99- | 2,529,305.38- |
| | Balance: | 0.00 | 0.00 | 0.00 |

EXHIBIT 6

**Land Rover Jaguar Anaheim Hills**
**2011 Budget**

| Description | 9/10/2011 Week 1 | 9/17/2011 Week 2 | 9/24/2011 Week 3 | 10/1/2011 Week 4 | 10/8-11/7 Month 2 | 11/8-12/7 Month 3 | 12/8-1/7 Month 4 | Total |
|---|---|---|---|---|---|---|---|---|
| Starting Cash | 150,577 | 136,504 | 280,007 | 266,811 | 252,811 | 536,269 | 531,761 | |
| Receivables | 8,500 | 123,171 | 0 | 0 | 0 | 0 | 0 | |
| Sales | 57,000 | 67,000 | 77,000 | 37,000 | 227,861 | 269,861 | 282,861 | 1,018,583 |
| Business Builder | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 305,000 |
| Fixed Operations | 63,000 | 73,000 | 78,000 | 43,000 | 262,000 | 262,000 | 262,000 | 1,043,000 |
| **Total Gross Profit** | **279,077** | **399,675** | **435,007** | **346,811** | **1,047,672** | **1,068,130** | **1,076,622** | **2,366,583** |
| Sales Staff Compensation | 0 | 19,200 | 0 | 26,400 | 36,000 | 46,080 | 49,200 | 176,880 |
| F&I Compensation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Delivery Expense | 0 | 0 | 1,200 | 0 | 1,200 | 1,200 | 1,200 | 4,800 |
| Floor Plan Interest | 11,509 | 0 | 0 | 0 | 13,000 | 14,000 | 14,000 | 52,509 |
| Floor Plan Assistance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Advertising | 0 | 0 | 9,000 | 0 | 10,000 | 10,000 | 10,000 | 39,000 |
| Advertising Fees - Ad Group | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Advertising Rebates | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Variable Selling Expenses** | 11,509 | 19,200 | 10,200 | 26,400 | 60,200 | 71,280 | 74,400 | 273,189 |
| Salaries - Owner's | 0 | 31,901 | 0 | 23,000 | 54,000 | 56,000 | 58,000 | 222,901 |
| Salaries - Supervision | 0 | 18,900 | 0 | 12,750 | 24,500 | 24,500 | 24,500 | 105,150 |
| Salaries - Advisors & Parts | 0 | 3,000 | 0 | 3,000 | 6,000 | 6,000 | 6,000 | 24,000 |
| Salaries - Clerical | 0 | 13,000 | 0 | 13,000 | 26,000 | 26,000 | 26,000 | 104,000 |
| Salaries - Others | 0 | 1,300 | 0 | 1,300 | 1,500 | 1,500 | 1,500 | 7,100 |
| Absentee Wages - Prod. Pers. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payroll Taxes | 0 | 7,500 | 0 | 6,000 | 13,000 | 13,000 | 26,000 | 65,500 |
| Employee Benefits | 0 | 7,400 | 0 | 0 | 7,400 | 7,400 | 7,400 | 29,600 |
| **Total Personnel Expense** | 0 | 83,001 | 0 | 59,050 | 132,400 | 134,400 | 149,400 | 558,251 |
| Vehicle Maintenance | 0 | 0 | 1,500 | 0 | 1,500 | 1,500 | 1,700 | 6,200 |
| Demo & Co. Vehicle Expense | 0 | 0 | 3,000 | 1,000 | 4,000 | 4,000 | 4,000 | 16,000 |
| Service Loaner Expense | 0 | 0 | 10,000 | 0 | 10,000 | 10,000 | 10,000 | 40,000 |
| Service Loaner Rebates | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Uniform & Laundry Expense | 0 | 0 | 1,908 | 0 | 1,900 | 1,900 | 1,900 | 7,608 |
| Office Supplies & Expense | 0 | 0 | 3,000 | 0 | 3,500 | 3,500 | 3,500 | 13,500 |
| Small Tools & Other Expense | 0 | 0 | 4,000 | 0 | 4,000 | 4,000 | 4,000 | 16,000 |
| Goodwill Adjustments | 2,000 | 2,000 | 3,000 | 800 | 9,500 | 9,500 | 9,500 | 36,300 |
| Data Processing Expense | 0 | 0 | 14,000 | 0 | 14,000 | 14,000 | 14,000 | 56,000 |

| | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| Outside Servcies | 3,117 | | 2,883 | | 6,000 | 6,000 | 6,000 | 24,000 |
| Travel & Entertainment | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| Contributions | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| Memberships, Sub, & Dues | 0 | 0 | 28 | 0 | 28 | 28 | 28 | 112 |
| Legal & Audit Expense | 0 | 0 | 10,000 | 0 | 10,000 | 10,000 | 10,000 | 40,000 |
| Telephone | 0 | 0 | 3,100 | 0 | 3,100 | 3,100 | 3,100 | 12,400 |
| Freight & Express | 0 | 0 | 1,500 | 0 | 1,500 | 1,500 | 1,500 | 6,000 |
| Employee Training | 0 | 250 | 0 | 0 | 500 | 500 | 500 | 2,000 |
| Bank & Credit Card Charges | 0 | 0 | 0 | 5,500 | 5,500 | 5,500 | 5,500 | 22,000 |
| Policy Work | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 | 4,000 | 4,000 | 16,000 |
| Miscellaneous | 0 | 0 | 1,743 | 0 | 1,500 | 1,500 | 1,500 | 6,243 |
| Total Semi-Fixed Expense | 6,117 | 3,250 | 60,662 | 8,550 | 80,528 | 80,528 | 80,728 | 320,363 |
| Rent | 4,852 | 0 | 0 | 0 | 62,177 | 62,177 | 62,177 | 191,383 |
| Repair & Maintenance Real Estate | 0 | 0 | 2,500 | 0 | 2,500 | 2,500 | 2,500 | 10,000 |
| Insurance - Build/Improvements | 0 | 0 | 15,090 | 0 | 16,000 | 16,000 | 16,000 | 63,090 |
| Sub-total Occupancy | 4,852 | 0 | 17,590 | 0 | 80,677 | 80,677 | 80,677 | 264,473 |
| Heat, Light, Power, Water | 0 | 0 | 7,000 | 0 | 6,000 | 6,000 | 6,000 | 25,000 |
| Insurance - Other | 0 | 0 | 5,943 | 0 | 6,000 | 6,000 | 6,000 | 23,943 |
| Taxes - Other | 0 | 0 | 1,100 | 0 | 1,100 | 1,100 | 1,100 | 4,400 |
| Repair/Maintenance - Equipment | 0 | 0 | 800 | 0 | 800 | 800 | 800 | 3,200 |
| Equipment Rental | 0 | 0 | 650 | 0 | 650 | 650 | 650 | 2,600 |
| Interest - Loans | 0 | 5,192 | 0 | 0 | 5,300 | 5,300 | 5,300 | 21,092 |
| Interest Paid | 15,473 | 0 | 0 | 0 | 16,000 | 16,000 | 16,000 | 63,473 |
| United States Trustee Quarterly Fees | 0 | 0 | 0 | 0 | 4,875 | | | 4,875 |
| Utility Security Deposit | 0 | 9,025 | 0 | 0 | 0 | 0 | 0 | 9,025 |
| Debt Service | 26,273 | 0 | 0 | 0 | 26,273 | 26,273 | 26,273 | 105,092 |
| Sales Tax/DMV Fees | 6,349 | 0 | 46,751 | 0 | 73,100 | 89,861 | 89,861 | 305,922 |
| Lein Payoff (Trade-ins) | 72,000 | 0 | 0 | 0 | 0 | 0 | 0 | 72,000 |
| Townsend Salaries | 0 | 0 | 17,500 | 0 | 17,500 | 17,500 | 17,500 | 70,000 |
| Total Fixed Expense | 124,947 | 14,217 | 97,334 | 0 | 238,275 | 250,161 | 250,161 | 975,095 |
| Total Operating Expense | 142,573 | 119,668 | 168,196 | 94,000 | 511,403 | 536,369 | 554,689 | 2,126,898 |
| Ending Cash: | 136,504 | 280,007 | 266,811 | 252,811 | 536,269 | 531,761 | 521,933 | |

**Land Rover Jaguar Cerritos — 2011 Budget**

| Description | 9/10/2011 Week 1 | 9/17/2011 Week 2 | 9/24/2011 Week 3 | 10/1/2011 Week 4 | 10/8-11/7 Month 2 | 11/8-12/7 Month 3 | 12/8-1/7 Month 4 | Total |
|---|---|---|---|---|---|---|---|---|
| Starting Cash | 89,511 | 4,453 | 70,408 | 56,037 | 47,682 | 226,010 | 237,175 | |
| Receivables | 0 | 52,000 | 0 | 0 | 0 | 0 | 0 | |
| Sales | 40,000 | 58,000 | 77,000 | 40,000 | 152,000 | 190,000 | 190,000 | 747,000 |
| Business Builder | 0 | 0 | 0 | 0 | 205,000 | 0 | 0 | 205,000 |
| Fixed Operations | 50,000 | 50,000 | 80,000 | 45,000 | 198,000 | 200,000 | 200,000 | 823,000 |
| Total Gross Profit | 179,511 | 164,453 | 227,408 | 141,037 | 602,682 | 616,010 | 627,175 | 1,775,000 |
| Sales Staff Compensation | 0 | 15,120 | 0 | 12,480 | 21,600 | 30,480 | 30,000 | 109,680 |
| F&I Compensation | 0 | 0 | 720 | 0 | 1,100 | 1,200 | 1,400 | 4,420 |
| Delivery Expense | 12,492 | 0 | 0 | 0 | 15,000 | 15,000 | 15,000 | 57,492 |
| Floor Plan Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Floor Plan Assistance | 0 | 0 | 13,000 | 0 | 13,000 | 13,000 | 13,000 | 52,000 |
| Advertising | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Advertising Fees - Ad Group | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Advertising Rebates | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Variable Selling Expenses | 12,492 | 15,120 | 13,720 | 12,480 | 50,700 | 59,680 | 59,400 | 223,592 |
| Salaries - Owner's | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Salaries - Supervision | 0 | 39,000 | 0 | 37,500 | 42,000 | 42,000 | 42,000 | 202,500 |
| Salaries - Advisors & Parts | 0 | 10,000 | 0 | 8,000 | 18,000 | 18,000 | 18,000 | 72,000 |
| Salaries Clerical | 0 | 1,250 | 0 | 2,500 | 2,500 | 2,500 | 2,500 | 11,250 |
| Salaries - Others | 0 | 8,000 | 0 | 0 | 16,000 | 16,000 | 16,000 | 56,000 |
| Absentee Wages - Prod. Pers. | 0 | 1,000 | 0 | 0 | 1,500 | 1,500 | 1,500 | 5,500 |
| Payroll Taxes | 0 | 5,000 | 0 | 4,700 | 10,000 | 10,000 | 16,000 | 45,700 |
| Employee Benefits | 0 | 3,600 | 0 | 0 | 3,600 | 3,600 | 3,600 | 14,400 |
| Total Personnel Expense | 0 | 67,850 | 0 | 52,700 | 93,600 | 93,600 | 99,600 | 407,350 |
| Vehicle Maintenance | 0 | 0 | 1,263 | 0 | 1,400 | 1,400 | 1,400 | 5,463 |
| Demo & Co. Vehicle Expense | 0 | 0 | 725 | 0 | 750 | 750 | 750 | 2,975 |
| Service Loaner Expense | 0 | 0 | 6,546 | 0 | 4,000 | 4,000 | 4,000 | 18,546 |
| Service Loaner Rebates | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Uniform & Laundry Expense | 0 | 0 | 2,555 | 0 | 2,000 | 2,000 | 2,000 | 8,555 |
| Office Supplies & Expense | 0 | 0 | 1,583 | 0 | 1,500 | 1,500 | 1,500 | 6,083 |
| Small Tools & Other Expense | 0 | 0 | 2,950 | 0 | 2,500 | 2,500 | 2,500 | 10,450 |
| Goodwill Adjustments | 2,000 | 2,000 | 3,200 | 1,800 | 9,000 | 9,000 | 9,000 | 36,000 |
| Data Processing Expense | 0 | 0 | 8,000 | 0 | 8,000 | 8,000 | 8,000 | 32,000 |
| Outside Services | 0 | 0 | 2,500 | 0 | 2,500 | 2,500 | 2,500 | 10,000 |
| Travel & Entertainment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contributions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Memberships, Sub, & Dues | 0 | 0 | 58 | 0 | 58 | 0 | 0 | 116 |
| Legal & Audit Expense | 0 | 0 | 5,000 | 0 | 5,000 | 5,000 | 5,000 | 20,000 |
| Telephone | 0 | 0 | 1,868 | 0 | 1,900 | 1,900 | 1,900 | 7,568 |
| Freight & Express | 0 | 0 | 1,199 | 0 | 1,000 | 1,000 | 1,000 | 4,199 |
| Employee Training | 0 | 500 | 500 | 0 | 1,000 | 1,000 | 1,000 | 4,000 |
| Bank & Credit Card Charges | 0 | 0 | 0 | 3,300 | 3,300 | 3,300 | 3,400 | 13,300 |
| Policy Work | 375 | 375 | 375 | 375 | 1,500 | 1,500 | 1,500 | 6,000 |
| Miscellaneous | 0 | 0 | 323 | 0 | 320 | 320 | 320 | 1,283 |

| | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| Total Semi-Fixed Expense | 2,375 | 2,875 | 38,145 | 5,975 | 45,670 | 45,728 | 45,770 | 186,538 |
| Rent | 0 | 0 | 23,016 | 22,200 | 45,000 | 45,000 | 45,000 | 180,216 |
| Repair & Maintenance Real Estate | 0 | 0 | 2,700 | 0 | 2,700 | 2,700 | 2,700 | 10,800 |
| Insurance - Build/Improvements | 0 | 0 | 11,310 | 0 | 11,310 | 11,310 | 11,310 | 45,240 |
| Sub-total Occupancy | 0 | 0 | 37,026 | 22,200 | 59,010 | 59,010 | 59,010 | 236,256 |
| Heat, Light, Power, Water | 0 | 0 | 7,168 | 0 | 7,000 | 5,000 | 5,000 | 24,168 |
| Insurance - Other | 0 | 0 | 4,177 | 0 | 4,177 | 4,177 | 4,177 | 16,708 |
| Taxes - Other | 0 | 0 | 2,174 | 0 | 2,000 | 2,000 | 2,000 | 8,174 |
| Repair/Maintenance - Equipment | 0 | 0 | 352 | 0 | 900 | 900 | 900 | 3,052 |
| Equipment Rental | 0 | 0 | 500 | 0 | 500 | 500 | 500 | 2,000 |
| Interest - Loans | 27,556 | 0 | 0 | 0 | 27,000 | 27,000 | 27,000 | 108,556 |
| Interest Paid | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| United States Trustee Quarterly Fees | 0 | 0 | 0 | 0 | 4,875 | 0 | 0 | 4,875 |
| Utility Security Deposit | 0 | 8,200 | 0 | 0 | 0 | 0 | 0 | 8,200 |
| Debt Service | 3,740 | 0 | 0 | 0 | 3,740 | 3,740 | 3,740 | 14,960 |
| Sales Tax/DMV Fees | 895 | 0 | 50,609 | 0 | 60,000 | 60,000 | 65,000 | 236,504 |
| Lein Payoff (Trade-ins) | 128,000 | 0 | 0 | 0 | 0 | 0 | 0 | 128,000 |
| Townsend Salaries | 0 | 0 | 17,500 | 0 | 17,500 | 17,500 | 17,500 | 70,000 |
| Total Fixed Expense | 160,191 | 8,200 | 119,506 | 22,200 | 186,702 | 179,827 | 184,827 | 861,453 |
| Total Operating Expense | 175,058 | 94,045 | 171,371 | 93,355 | 376,672 | 378,835 | 389,597 | 1,678,933 |
| Ending Cash: | 4,453 | 70,408 | 56,037 | 47,682 | 226,010 | 237,175 | 237,578 | 879,345 |

EXHIBIT 7

1 | MARTIN J. BRILL (State Bar No. 53220)
TODD M. ARNOLD (State Bar No. 221868)
2 | LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
3 | Los Angeles, California 90067
Telephone: (310) 229-1234
4 | Facsimile: (310) 229-1244
5 | Email: mjb@lnbyb.com, tma@lnbyb.com

6 | Proposed Attorneys for Debtors and Debtors in Possession

7

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **SANTA ANA DIVISION**

| | |
|---|---|
| 11 | In re: | Case No.: 8:11-bk-▨▨▨▨▨ |
| 12 | TOWNSEND CORPORATION<br>d/b/a Land Rover Jaguar Anaheim Hills, | Case No.: 8:11-bk-▨▨▨▨▨ |
| 13 | | Chapter 11 Cases |
| 14 | Debtor and Debtor in Possession. | **INTERIM ORDER RE: DEBTORS'**<br>**EMERGENCY MOTION FOR AN** |
| 15 | In re: | **ORDER AUTHORIZING THE USE OF**<br>**CASH COLLATERAL ON AN** |
| 16 | LRJC, INC. | **INTERIM BASIS PENDING A FINAL** |
| 17 | d/b/a Land Rover Jaguar Cerritos, | **HEARING** |
| 18 | Debtor and Debtor in Possession. | **Hearing:**<br>Date: ▨▨▨▨ |
| 19 | | Time: ▨▨▨▨<br>Place: Courtroom "▨▨▨" |
| 20 | | 411 West Fourth Street<br>Santa Ana, CA 92701-4593 |
| 21 | | |

22 | Upon consideration of the Notice of the Motion, the Motion, the Memorandum of Points and
23 | Authorities in support of the Motion, the Omnibus Facts, the Omnibus Declarations, any evidence in
24 | support of the foregoing duly admitted into evidence by the Court, the arguments of counsel made at
25 | the hearing on the Motion, the record in this case, and for good cause shown,

1

**IT IS HEREBY ORDERED**, as follows:

1.     Notice of the Motion was appropriate under the circumstances and complied with the requirements of the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules, as may have been modified by the Court.

2.     The Motion is granted on an interim basis pending a final hearing, which shall be held on _____, 2011, at ___:___ ___.m., at the above-referenced location (the "Final Hearing").

3.     The Debtors are hereby authorized to use Cash Collateral pursuant to the terms of the Motion and the Budgets attached to the Omnibus Facts as Exhibit "6" through and including the conclusion of the Final Hearing.

4.     Alleged secured creditors of the Debtors with liens on the Debtors' Assets shall be entitled to replacement liens with the same extent, validity, scope and priority as the prepetition liens held by such creditors. Such replacement liens shall not attach to any of the Debtors' Assets in which a particular alleged secured creditor did not have a lien upon prior to the commencement of the Debtors' Chapter 11 bankruptcy cases.

5.     Any further oppositions to the Motion must be filed with the Court and served on the United States Trustee, parties requesting special notice, the 20 largest general unsecured creditors and counsel to the Debtors so that it is received by no later than _____, 2011, at ___:___ ___.m. PDT.

6.     Any replies to further oppositions to the Motion must be filed with the Court, with a conformed copy delivered to chambers and a copy served on the United States Trustee, parties requesting special notice, and counsel to the objecting party so that any such reply is received by the foregoing parties by no later than _____, 2011, at ___:___ ___.m. PDT.

**IT IS SO ORDERED.**

### ###

EXHIBIT 8

**LAND ROVER JAGUAR ANAHEIM HILLS**

| Name | Earnings |
|---|---|
| Gini Bittner | 2,500.00 |
| Lucas Dam | 2,500.00 |
| Jerry DeSouza | 7,700.00 |
| Klim Granovsky | 2,500.00 |
| My Hua | 1,820.00 |
| Thomas McNerney | 9,600.00 |
| Joseph Remmers | 1,750.00 |
| John Sanderson | 2,500.00 |
| Juan Santiago | 1,000.00 |
| Juan Arzate | 1,250.00 |
| Shane Boal | 1,900.00 |
| Francisco Burgos | 946.00 |
| Jon Coulter | 1,600.00 |
| Chris Davila | 3,322.96 |
| Patrick Fulco | 2,050.00 |
| David Irvin | 1,490.00 |
| Steven Lambert | 2,855.33 |
| Richard Lloyd | 2,400.00 |
| Hilario Pena Casanova | 1,440.00 |
| Maurillio Pineda | 946.00 |
| Hector Rodriguez | 860.00 |
| Roger Roundy | 2,240.00 |
| Richard Sutton Jr. | 2,855.33 |
| Ken Van Dorn | 1,848.00 |
| Jay Allen | 5,078.26 |
| Brian Fairbanks | 2,652.34 |
| Adrian Gomez | 2,652.34 |
| Steven Hamm | 2,652.34 |
| Victor Sanchez | 896.00 |
| Ingrid Anderson | 896.00 |
| Caren Carpio | 1,463.00 |
| Lauren Turner | 889.00 |
| Sandy Holguin | 3,500.00 |
| Christopher Williams | 4,319.72 |
| **TOTAL** | **84,872.62** |

**Land Rover Jaguar Cerritos**

| Name | Earnings |
|------|----------|
| Vartan Asatryan | 3,181.82 |
| Pete Ochoa | 2,500.00 |
| Robert Giannini | 4,454.55 |
| Edward Hafferkamp | 2,500.00 |
| John Totaro | 2,500.00 |
| Zachary Wegner | 2,500.00 |
| Gregg Kessler | 2,159.11 |
| Jerardo Jimenez | 962.50 |
| Pedro Rodriguez | 1,078.00 |
| Abraham Montano | 808.50 |
| Eric Moreno | 4,297.35 |
| Travis Gale | 2,310.00 |
| Francisco Ortiz | 1,500.00 |
| Fernando Glickman | 3,800.00 |
| Ryan Griffith | 2,000.00 |
| Lourdes Sanchez | 1,488.00 |
| Kenneth Benson | 4,000.00 |
| Justin Ellis | 3,551.33 |
| Christopher Labady | 567.00 |
| Christopher Stark | 5,376.17 |
| Jerry Dobbs Jr. | 2,070.00 |
| TOTAL | 53,604.33 |

EXHIBIT 9

## LAND ROVER JAGUAR CERRITOS

| Utility Name | Utility Addres 1 | Utility City, State and Zip | Account No. | Type of Services Provided by Each Utility Company | Aug-10 | Sep-10 |
|---|---|---|---|---|---|---|
| Southern California Edison | PO Box 300 | Rosemead, CA 91772 | 2-28-733-5020 | Electric | 8,757.27 | 8,328.37 |
| AT&T | Payment Center | Sacramento, CA 95887 | 073-251-0409-737 | Point to Point line | 636.28 | 636.28 |
| AT&T | PO Box 5019 | Carol Stream, IL 60197 | 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-221 | Internet | 512.10 | 512.10 |
| AT&T | PO Box 5019 | Carol Stream, IL 60197 | TONL-TONL01 | PRI | 342.51 | 343.72 |
| AT&T | PO Box 5019 | Carol Stream, IL 60197 | TONL-TONL02 | Analog Lines | 230.90 | 231.18 |
| City of Cerritos | 18125 Bloomfield Ave | Cerritos, CA 90703 | 394370060650 | Water | - | 388.44 |
| City of Cerritos | 18125 Bloomfield Ave | Cerritos, CA 90703 | 394370750091 | Reclaimed Water | 96.00 | 126.75 |
| Calmet Services Inc. | PO Box 227 | Paramount, CA 90723 | 134734 | Trash Collection | 386.02 | 386.4 |
| TOTAL | | | | | | |

| Oct-10 | Nov-10 | Dec-10 | Jan-11 | Feb-11 | Mar-11 | Apr-11 | May-11 | 11-Jun | 11-Jul | Avg |
|---|---|---|---|---|---|---|---|---|---|---|
| 6,697.88 | 5,407.23 | 4,314.00 | 4,450.57 | 4,527.43 | 4,328.81 | 4,382.12 | 4,432.51 | 6,187.82 | 7,638.10 | 4,363.87 |
| 632.36 | 632.36 | 632.36 | 646.93 | 647.56 | 560.11 | 643.57 | 644.87 | 653.07 | 645.28 | 528.21 |
| 512.10 | 499.91 | 499.91 | 499.91 | 499.91 | 499.91 | 499.91 | 499.91 | 499.91 | 510.25 | 418.47 |
| 353.17 | 339.24 | 343.82 | 353.65 | 354.24 | 337.04 | 352.47 | 341.46 | 336.88 | 343.39 | 287.95 |
| 231.11 | 231.35 | 230.82 | 230.56 | 230.75 | 230.94 | 231.03 | 230.46 | 230.93 | 231.16 | 192.43 |
| - | 388.40 | - | 432.17 | - | 388.44 | - | 388.52 | - | 388.54 | 165.51 |
| 126.00 | 96.00 | 111.75 | 125.25 | 68.25 | 51.00 | 50.25 | 60.00 | 57.00 | 60.75 | 67.19 |
| 386.02 | 386.02 | 386.02 | 386.02 | 386.02 | 386.02 | 386.02 | 386.02 | 386.02 | 386.02 | 321.68 |
| | | | | | | | | | | 6,345.30 |

**LAND ROVER JAGUAR ANAHEIM HILLS**

| Utility Name | Utility Addres 1 | Utility Address 2 | Utility City, State and Zip | Account No. | Type of Services Provided by Each Utility Company | Aug-10 | Sep-10 |
|---|---|---|---|---|---|---|---|
| City of Anaheim | P.O. Box 3069 | | Anaheim, CA 92803-3069 | 535197 | Electricity/Water/Trash collection | 7,775.98 | 7,191.60 |
| AT&T | P.O. Box 5019 | | Carol Stream, IL 60197 | 831-000-2271-073 | T-1 Line | 512.10 | 512.10 |
| AT&T | 14575 Presidio Square | Room CR | Houston, TX 77083 | 714-701-0417-997-2 | Wholesale Parts Phone Line | 34.44 | 34.58 |
| AT&T | 14575 Presidio Square | Room CR | Houston, TX 77083 | 714-693-7821-246-9 | Phone Lines | 530.97 | 532.97 |
| AT&T | 14575 Presidio Square | Room CR | Houston, TX 77083 | 714-693-0044-877-7 | Alarm Phone line | 67.49 | 67.69 |
| AT&T | 14575 Presidio Square | Room CR | Houston, TX 77083 | 714-693-4646-087-7 | PRI (main phone number) | 477.36 | 477.36 |
| AT&T | 14575 Presidio Square | Room CR | Houston, TX 77083 | 339-341-8497-086-2 | Point to Point line (connecting to Cerritos) | 239.07 | 239.07 |
| AT&T | P.O. Box 5017 | | Carol Stream, IL 60197 | 1298288 | Long Distance | 255.90 | 289.43 |
| TOTAL | | | | | | | |

| | Oct-10 | Nov-10 | Dec-10 | Jan-11 | Feb-11 | Mar-11 | Apr-11 | May-11 | Jun-11 | Jul-11 | Avg. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6,547.93 | 7,517.76 | 7,666.09 | 6,621.44 | 6,526.83 | 6,542.51 | 5,923.97 | 5,766.68 | 7,621.77 | 6,034.43 | 5,564.12 |
| | 512.10 | 569.85 | 499.91 | 569.85 | 563.30 | 602.51 | 602.51 | 602.51 | 627.10 | 613.64 | 480.27 |
| | 34.58 | 44.30 | 34.42 | 44.40 | 44.31 | 34.07 | 44.07 | 44.93 | 43.95 | 44.86 | 34.49 |
| | 541.16 | 531.38 | 604.02 | 577.15 | 578.42 | 566.83 | 577.31 | 576.81 | 576.70 | 577.44 | 475.60 |
| | 77.10 | 67.47 | 67.34 | 77.37 | 76.86 | 67.01 | 77.05 | 86.66 | 78.25 | 68.73 | 61.99 |
| | 497.64 | 491.54 | 482.69 | 489.59 | 494.38 | 494.38 | 478.19 | 487.79 | 500.82 | 477.39 | 407.87 |
| | 239.07 | 239.07 | 238.81 | 238.81 | 238.81 | 238.81 | 238.81 | 238.46 | 241.09 | 239.89 | 199.30 |
| | 274.67 | 258.97 | 276.00 | 254.14 | 277.53 | 262.44 | 250.88 | 239.00 | 220.18 | 224.61 | 211.54 |
| | | | | | | | | | | | 7,435.18 |


EXHIBIT 10

1  _____

2  _____
   Telephone:  _____
3  Facsimile:  _____
   Email:  _____
4

5  Attorneys for  _____

6

7              UNITED STATES BANKRUPTCY COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                    SANTA ANA DIVISION

10

11  In re:                              Lead Case No.: 9:11-bk-▨▨▨▨▨
                                        (jointly administered with Case No.: 9:11-
12  TOWNSEND CORPORATION                bk-▨▨▨▨▨▨▨)
    d/b/a Land Rover Jaguar Anaheim Hills,
13                                      Chapter 11 Cases
             Debtor and Debtor in Possession.
14  _____

15                                      _____
    In re:                              _____
16                                      _____
    LRJC, INC.
17  d/b/a Land Rover Jaguar Cerritos,

18           Debtor and Debtor in Possession.

19  _____

20  Affects:                            **Hearing:**
                                        Date:    ▨▨▨▨▨▨
21  ☐  TOWNSEND CORPORATION Only        Time:    ▨▨▨▨▨▨
                                        Place:   Courtroom "▨▨▨"
22  ☐  LRJC, INC. Only                           411 West Fourth Street
                                                 Santa Ana, CA 92701-4593
23  ☐  BOTH DEBTORS

24

25

26

27

28

                              1

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as ***OMNIBUS STATEMENT OF FACTS IN SUPPORT OF FIRST DAY MOTIONS AND DECLARATIONS IN SUPPORT THEREOF*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***September 9, 2011,*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Todd M Arnold    tma@lnbrb.com
- Martin J Brill    mjb@lnbrb.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On ***September 9, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page **(Service by Overnight Mail)**

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***September 9, 2011,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

<u>Via Personal Attorney Service</u>
The Hon. Robert N. Kwan
United States Bankruptcy Court
411 West Fourth Street, Room 5165
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 9, 2011 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                        **F 9013-3.1.PROOF.SERVICE**

LRJAH
LRJC
File No. 5121
RSN Consolidated

<u>Debtor</u>
Townsend Corporation
5425 E. La Palma Avenue
Anaheim, CA 92807-0000

<u>Debtor</u>
LRJC, Inc.
10861 183rd Street
Cerritos, CA 90703-0000

U.S. Trustee - Santa Ana
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-8000

LRJAH
LRJC
File No. 5121
Secured Creditors (Consolidated

LRJAH

ADP Commercial Leasing
15 WATERVIEW BOULEVARD-MS
#934
PARSIPPANY, NJ 07054

ADP Dealer Services
PO BOX 88921
Chicago, IL 60695

BMW Financial Services NA LLC
Jeff Burnside
5550 Britton Parkway
Hilliard, OH 43026

BMW Financial Services NA, LLC
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677

BMW Financial Services NA, LLC
Attn: Manager, Ret. Comm. Fin.
5515 Parkcenter Circle
Dublin, OH 43017

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Ford Motor Company
1555 Fairlane Dr., Suite 200
Allen Park, MI 48101

IRS/OHIO
PO Box 145595
Cincinnati, OH 45250-5595

Sterling Savings Bank
5005 SW Meadows Road, Suite 400
Lake Oswego, OR 97035

Wynn's, A Div. of Illinois
Tool Works, Inc.
1050 W. Fifth St.
Azusa, CA 91702

LRJC

ADP Commercial Leasing
15 WATERVIEW BOULEVARD-MS
#934
PARSIPPANY, NJ 07054

ADP Dealer Services
PO BOX 88921
Chicago, IL 60695

Anthony Rector
13337 South Street # 569
Cerritos, CA 90703

Bank of the West
Trinity Division
475 Sansome Street, 19th Floor
San Francisco, CA 94111

BMW Financial Services
Flooring Interest
5550 Britton Parkway
Hilliard, OH 43026

BMW Financial Services
Loan Interest
5550 Britton Parkway
Hilliard, OH 43026

BMW Financial Services NA, LLC
Attn: Manager, Ret. Comm. Fin.
5515 Parkcenter Circle
Dublin, OH 43017

Wynn's, A Div. of Illinois
Tool Works, Inc.
1050 W. Fifth St.
Azusa, CA 91702

LRJAH
LRJC
File No. 5121
20 Largest (Consolidated

LRJAH

Michael Morgan
Land Rover North America
555 MacArthur Blvd.
Mahwah, NJ 07430

Land Rover North America- Parts
PO BOX 674266
Detroit, MI 48267

Enterprise Rent a Car (AH)
22921 SAVI RANCH PKWY
Yorba Linda, CA 92887

LBA/Met Partners
PO BOX 749019
Los Angeles, CA 90074

Unipart North America-Jaguar Parts
PO BOX 651570
Charlotte, NC 28265

American Express
PO BOX 360001
Ft. Lauderdale, FL 33336

Dane Taylor
Sentry Insurance Company
Box 88315
Milwaukee, WI 53288

Blue Shield California
File 55331
Los Angeles, CA 90074

Land Rover North America - Rotunda
555 MacArthur Blvd.
Mahwah, NJ 07430

Sandy Holguin
836 Bridgewood St.
Corona, CA 92881

Thomas McNerney
1314 Anacapa
Irvine, CA 92602

Jerry DeSouza
3288 Stargate Dr.
Corona, CA 92882

Shell
PO BOX 689010
Des Moines, IA 50368

Autotrader.com LLC
P.O. Box 932207
Atlanta, GA 31193

City of Anaheim
201 South Anaheim Blvd.
Anaheim, CA 92805

The Siegmann Family Trust
1780 E MC FADDEN STREET #117
Santa Ana, CA 92705

Jay Allen
28935 Boleada
Mission Viejo, CA 92692

On-Line Administrators Inc.
PO Box 4539
Chatsworth, CA 91311

Christopher Williams
110 N. Limo St., Unit C
Sierra Madre, CA 91024

SKS, Inc.
PO BOX 469110
Escondido, CA 92046

LRJC

LRNA - Parts
PO BOX 674266
Detroit, MI 48267

Unipart North America-Jaguar Parts
PO BOX 651570
Charlotte, NC 28265

Fernando Glickman
2934 Candelwood St.
Lakewood, CA 90812

Sentry Insurance Company
Box 88315
Milwaukee, WI 53288

Enterprise Rent a Car (Cerr)
10901 AUTO SQUARE DRIVE
Cerritos, CA 90703

City of Cerritos
18125 Bloomfield Ave.
Cerritos, CA 90703

Cerritos Center for the Performing Arts
12700 Center Court Drive
Cerritos, CA 92833

Cerritos Auto Square
3349 CAHUENGA BOULVARD WEST
Los Angeles, CA 90068

Southern California Edison
PO Box 300
Rosemead, CA 91772

Autotrader.com LLC
PO Box 932207
Atlanta, GA 31193

Christopher Stark
29 Alegria
Irvine, CA 92620

Robert Giannini
3902 Berenice Pl.
Los Angeles, CA 90031

Aramark Uniform Services
PO Box 101004
Pasadena, CA 91189

Eric Moreno
15765 Lashburn St.
Whittier, CA 90603

On-Line Administrators Inc.
PO Box 4539
Chatsworth, CA 91311

Kenneth Benson
1118 S. Miramar Avenue
Anaheim Hills, CA 92808

BP Lubricants USA Inc.
PO Box 409383
Atlanta, GA 30384

Trinity Financial Services
P.O. BOX 7167
Pasadena, CA 91109

Justin Ellis
5601 E. Orangethorpe, U107
Anaheim Hills, CA 92807

Vartan Asatryan
17155 Barneston St.
Granada Hills, CA 91344